

CO-386-online

FILED

FEB 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

JUDICIAL WATCH, INC. )
)
)
)
      vs    Plaintiff )   Civil Action
)
)
U.S. SECRET SERVICE )
)
    Defendant )

CASE NUMBER  1:06CV00310

JUDGE: John Garrett Penn

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/22/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Judicial Watch, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Judicial Watch, Inc.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[Signature]*
Signature

__429716__
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

__501 School Street, SW, Suite 500__
Address

__Washington__  __DC__  __20024__
City  State  Zip Code

__(202) 646-5172__
Phone Number

2