IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. SECRET SERVICE, )<br>)<br>Defendant. )<br>_____) | C.A. No. 1:06CV00310 (JGP) |

**NOTICE OF APPEARANCE**

Plaintiff hereby requests that the Clerk of the Court please enter the appearance of Jason B. Aldrich as counsel for Plaintiff in the above-captioned case.

Respectfully submitted,

JUDICIAL WATCH, INC.

*/s/ Jason Aldrich*
Jason B. Aldrich
D.C. Bar No. 495488
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172

Attorneys for Plaintiff