IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-310 (JGP) |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR ORDER SETTING DEADLINE TO RESPOND TO SUMMARY JUDGMENT MOTION AND FOR EXTENSION OF TIME TO ANSWER**

Defendant, through undersigned counsel, hereby moves this Court for (i) an order setting the deadline for the response to plaintiff's motion for summary judgment as April 19, and (ii) a twenty-one (21) day extension of time, to April 19, to answer the complaint. These requests are unopposed. The reasons for these requests are as follows:

1. Plaintiff filed this action on February 22, 2006. Based on service to the United States Attorney's Office for the District of Columbia, an answer is currently due on March 29, 2006.

2. On March 16, 2002, before defendant had entered an appearance in the case or had otherwise responded to plaintiff's Freedom of Information Act request, plaintiff moved for summary judgment. Plaintiff did not serve the motion, because it was "uncertain on whom to serve the instant motion." Plaintiff's Motion for Summary Judgment, n.1.

3. Defendant only recently learned of the motion after checking the electronic case docket, and contacted plaintiff to request sufficient time in which to respond to the motion. Defendant also requested that, for the sake of efficiency, the answer time be consolidated with the response to

plaintiff's motion.

4. Plaintiff's counsel has advised that he does not oppose defendant's requests that it be granted until April 19, 2006 to respond to both the pending summary judgment motion and the complaint.

Accordingly, defendant requests that its motion be granted, and that defendant be afforded until April 19, 2006 to respond to both the pending summary judgment motion and the complaint.

Dated: March 28, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

CARL NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

s/ Justin M. Sandberg
ELIZABETH J. SHAPIRO
(D.C. Bar No. 418925)
Assistant Branch Director
JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7224
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-3489
Facsimile: (202) 616-8202
E-mail: justin.sandberg@usdoj.gov

            <u>Attorneys for Defendant</u>