IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 06-310 (JGP) |
| UNITED STATES SECRET SERVICE, | ) ECF |
|     Defendant. | ) ) ) |

## ORDER

The Court GRANTS the United States Secret Service's motion requesting that it be afforded until April 19, 2006 to respond to both the pending summary judgment motion and the complaint.

IT IS SO ORDERED.

ENTERED: _____

_____
UNITED STATES DISTRICT
COURT JUDGE JOHN GARRETT
PENN