*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **JUDICIAL WATCH, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0310 (JGP) |
| | ) |
| **UNITED STATES SECRET SERVICE,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of defendant's Motion for Extension of Time [5], including defendant's representation that the motion is unopposed, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that defendant shall file its responses to the complaint and to plaintiff's motion for partial summary judgment on or before April 19, 2006.

**DATE: March 29, 2006**　　　　　　　　　　　　　　　　**JOHN GARRETT PENN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**