IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00310 (JGP) |
| ) | |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant ) | |

**JOINT STIPULATION AND AGREED ORDER**

The parties, by counsel, hereby stipulate and agree as follows:

1. Plaintiff hereby withdraws its pending motion for summary judgment;

2. Defendant shall produce any and all documents responsive to Plaintiff's January 20, 2006 Freedom of Information Act request, without redactions or claims of exemption, on or before May 10, 2006.

3. Defendant shall have until and including May 15, 2006 to file any answer or otherwise respond to the Complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

CARL NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

ELIZABETH J. SHAPIRO
Assistant Director
D.C. Bar No. 418925
Federal Programs Branch

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| JUSTIN M. SANDBERG | PAUL J. ORFANEDES |
| Trial Attorney | D.C. Bar No. 429716 |
| (Ill. Bar No. 6278377) | Judicial Watch, Inc. |
| U.S. Department of Justice | 501 School Street, S.W. |
| Civil Division, Federal Programs Branch | Suite 500 |
| <u>Mailing Address</u> | Washington, D.C. 20024 |
| P.O. Box 883 Ben Franklin Station | Telephone: (202) 646-5172 |
| Washington, D.C. 20044 | Facsimile: (202) 646-5199 |
| <u>Delivery Address</u> | |
| 20 Massachusetts Avenue, N.W., Rm. 7224 | *Attorneys for Plaintiff* |
| Washington, D.C. 20001 | |
| Telephone: (202) 514-3489 | |
| Facsimile: (202) 616-8202 | |

*Attorneys for Defendant*

      IT IS SO ORDERED.

Dated: _____          _____
                                                                The Hon. John Garrett Penn, U.S.D.J.