# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 1:06CV00310 (JGP) |
| v. | ) | |
| | ) | |
| U.S. SECRET SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Plaintiff hereby requests that the Clerk of the Court please enter the appearance of Jason B. Aldrich as counsel for Plaintiff in the above-captioned case.

Respectfully submitted,

JUDICIAL WATCH, INC.

Jason B. Aldrich
D.C. Bar No. 495488
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172

Attorneys for Plaintiff