IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES SECRET SERVICE,<br><br>   Defendant. | Civil Action No. 06-310 (JGP) |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant, through undersigned counsel, hereby moves this Court for a one-day extension of time, until May 16, 2006, to respond to the Complaint. The reasons for this request are as follows:

1. Based on the Joint Stipulation and Agreed Order signed by the Court on April 25, 2006, defendant's first responsive pleading is due today, May 15, 2006.

2. In response to the complaint, defendant plans on filing a motion to dismiss with a supporting declaration from Special Agent Kathy Lyerly. Unfortunately, the declaration could not be finalized in time for the brief and declaration to be filed today.

3. Defendant has released all responsive records to plaintiff; plaintiff will not be materially prejudiced by a short, one-day extension.

4. Plaintiff's counsel has advised that she does not oppose defendant's request for an extension of time.

Accordingly, defendant requests that its motion be granted and that defendant be afforded until May 16, 2006 to respond to the complaint.

Dated: May 15, 2006                              Respectfully submitted,

                                                PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

s/ Justin M. Sandberg
ELIZABETH J. SHAPIRO
(D.C. Bar No. 418925)
Assistant Branch Director
JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7224
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 514-3489
Facsimile:  (202) 616-8202
E-mail:  justin.sandberg@usdoj.gov

<u>Attorneys for Defendant</u>