IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-310 (JGP) |
| UNITED STATES SECRET SERVICE, | ) ECF |
| Defendant. | ) |

## ORDER

The Court GRANTS the United States Secret Service's motion for an extension of time until May 16, 2006 to respond to the complaint.

IT IS SO ORDERED.

ENTERED: _____

_____
UNITED STATES DISTRICT
COURT JUDGE JOHN GARRETT
PENN