# EXHIBIT 1



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00310 (JGP) |
| ) | |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant ) | |

### JOINT STIPULATION AND AGREED ORDER

The parties, by counsel, hereby stipulate and agree as follows:

1. Plaintiff hereby withdraws its pending motion for summary judgment;

2. Defendant shall produce any and all documents responsive to Plaintiff's January 20, 2006 Freedom of Information Act request, without redactions or claims of exemption, on or before May 10, 2006.

3. Defendant shall have until and including May 15, 2006 to file any answer or otherwise respond to the Complaint.

1

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

CARL NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

ELIZABETH J. SHAPIRO
Assistant Director
D.C. Bar No. 418925
Federal Programs Branch

| /s/ | /s/ |
|---|---|
| JUSTIN M. SANDBERG | PAUL J. ORFANEDES |
| Trial Attorney | D.C. Bar No. 429716 |
| (Ill. Bar No. 6278377) | Judicial Watch, Inc. |
| U.S. Department of Justice | 501 School Street, S.W. |
| Civil Division, Federal Programs Branch | Suite 500 |
| Mailing Address | Washington, D.C. 20024 |
| P.O. Box 883 Ben Franklin Station | Telephone: (202) 646-5172 |
| Washington, D.C. 20044 | Facsimile: (202) 646-5199 |
| Delivery Address | |
| 20 Massachusetts Avenue, N.W., Rm. 7224 | *Attorneys for Plaintiff* |
| Washington, D.C. 20001 | |
| Telephone: (202) 514-3489 | |
| Facsimile: (202) 616-8202 | |

*Attorneys for Defendant*

IT IS SO ORDERED.

Dated: *April 25, 2006*

The Hon. John Garrett Penn, U.S.D.J.

2

```
*********************
***    TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                 3490
CONNECTION TEL           9*818*202p616p8202
CONNECTION ID
ST. TIME                 05/12 12:52
USAGE T                  03'50
PGS. SENT                14
RESULT                   OK
```

# Judicial Watch, Inc.
501 School Street, S. W., Suite 725
Washington, D. C. 20024
(202) 646-5172
Fax: (202) 646-5199

FAX TRANSMISSION COVER SHEET

| | |
|---|---|
| To: | Justin Sandberg<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| Date: | May 12, 2006 |
| Fax: | (202) 616-8202 |
| Sender: | Meredith Di Liberto |
| Re: | *Judicial Watch v. Secret Service*, Case No.: 06-00310 (JGP) |

YOU SHOULD RECEIVE 14 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU
DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (202) 646-5172.

# Judicial Watch, Inc.

*501 School Street, S. W., Suite 725*
*Washington, D. C. 20024*
*(202) 646-5172*
*Fax: (202) 646-5199*

FAX TRANSMISSION COVER SHEET

| | |
|---|---|
| To: | Justin Sandberg |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| Date: | May 12, 2006 |
| Fax: | (202) 616-8202 |
| Sender: | Meredith Di Liberto |
| Re: | *Judicial Watch v. Secret Service,* Case No.: 06-00310 (JGP) |

*YOU SHOULD RECEIVE 14 PAGE(S), INCLUDING THIS COVER SHEET.  IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (202) 646-5172.*