EXHIBIT 3



**U.S. Department of Justice**

Civil Division, Federal Programs Branch

| **Via First-Class Mail** | **Via Overnight Delivery** |
|---|---|
| P.O. Box 883 | 20 Massachusetts Ave., N.W. |
| Ben Franklin Station | Rm. 7224 |
| Washington, D.C. 20044 | Washington, D.C. 20001 |

Justin M. Sandberg
Trial Attorney

Tel: (202) 514-3489
Fax: (202) 616-8202
email: *justin.sandberg@usdoj.gov*

May 10, 2006

BY HAND DELIVERY

Judicial Watch, Inc.
Christopher J. Farrell
501 School St., S.W.
Suite 500
Washington, D.C. 20024

Dear Judicial Watch:

On January 20, 2006, you submitted to the United States Secret Service a Freedom of Information Act (FOIA) request for records "concerning, relating to, or reflecting . . . [a]ll White House visitor logs from January 1, 2001 to present that reflect the entries and exits of lobbyist Jack Abramoff from the White House."

Pursuant to the stipulation to which we voluntarily agreed, and without conceding that the documents constitute "agency records" under FOIA, we are providing you with the enclosed documents that are responsive to your FOIA request. No exemptions have been claimed, and no responsive documents or portions thereof have been withheld. In addition, please be advised that the enclosed documents were found as the result of a computer-generated query of electronic entry and exit logs for the White House Complex, and that the system does not differentiate between individuals with the same name.

Sincerely,

Justin M. Sandberg
Trial Attorney
U.S. Department of Justice, Civil Division

Enclosures



# U.S. Secret Service
# Access Control Records Report

Date of report
3/3/2006

QUERY by: Last Name:  ABRAMOFF          First Name:  JACK

| LAST NAME | FIRST NAME | MI | DATE | TIME | BADGE # | POST | STATUS | PASTTYPE |
|-----------|------------|----|------|------|---------|------|--------|----------|
| ABRAMOFF | JACK | | 03/06/2001 | 16:23:35 | 346C25 | A4 | ENTERING | A |
| ABRAMOFF | JACK | | 03/06/2001 | 16:49:50 | 346C25 | A4 | EXITING | A |

RECORDS OBTAINED BY JUDICIAL WATCH
THROUGH FREEDOM OF INFORMATION ACT



# U.S. Secret Service

## NWHACS - Access Control Records - 2004

Date of report

3/3/2006

QUERY by:    Last Name: **ABRAMOFF**    First Name: **JACK**

| UserLastName: | UserFirstName: | MsgDateTime | BadgeNbr: | RdrName: | MsgName: | Reason: | Front-Art: | Badge-Type |
|---|---|---|---|---|---|---|---|---|
| ABRAMOFF | JACK | 1/20/2004 10:42:20 AM | 37581 | D1 Entry Lane 1 | AcsGrant | Normal | | |
| ABRAMOFF | JACK | 1/20/2004 11:29:34 AM | 37581 | D1 Exit Lane | AcsGrant | Normal | | |

— RECORDS OBTAINED BY JUDICIAL WATCH —
THROUGH FREEDOM OF INFORMATION ACT