EXHIBIT 4

```
HORPT                                          WAVES CENTER                              PAGE 1
08/07/96        07:39:01 AM  SEARCH REQUEST FOR DEC93

      date     LNAME       FNAME     dob    VISITEE    REQUESTOR    ARRIVE TIME  BADGE #    ROOM
      ------   ---------   -------   ----   --------   ----------   -----------  --------   ---------
 ☆    931213   LIVINGSTONE ELLEN            ZWALLY     ZWALLY       0926         000582     360
      931207   LIVINGSTONE CRAIG            POTUS      SPANGLER     1923         000000     RESIDENCE

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN DEC93
```

MATERIAL REDACTED

004954

```
MORPT
08/07/96         02:49:14 PM  SEARCH REQUEST FOR OCT94        WAVES CENTER                                              PAGE 1

       date       LNAME         FNAME      dob    VISITEE      REQUESTOR    ARRIVE TIME    BADGE #     ROOM
       --------   -----------   ---------  -----  -----------  -----------  ------------   -------    ---------
  ☆    941018    LIVINGSTONE   CRAIG             VP           DUNN         1342           000000     450
       941018    LIVINGSTONE   CRAIG             POTUS        SPANGLER     1618           000000     RESIDENCE

       SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN OCT94
```

MATERIAL REDACTED

CC043236

```
MORPT                                              WAVES CENTER                                    PAGE 1
08/08/96         11:59:24 AM  SEARCH REQUEST FOR MAR96

  date     LNAME         FNAME         dob     VISITEE       REQUESTOR  | ARRIVE TIME  BADGE #    ROOM
  ----     -----         -----         ---     -------       ---------  | -----------  -------    ----

☆ 960306  LIVINGSTONE   DAVID                  POTUS         SPANGLER   |    1615      000000    RESIDEN
  960314  LIVINGSTONE   REGINA                 LIVINGSTONE   LIVINGSTONE|    1913      34E326    WW
  960327  MARCECA       ANDREA                 MARCECA       MARCECA    |    2050      34D746    457
  960327  MARCECA       DAVID                  MARCECA       MARCECA    |    2050      34D8A6    457
  960327  MARCECA       BONNIE                 MARCECA       MARCECA    |    2050      34D95E    457

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN MAR96
```

MATERIAL
REDACTED

004875

```
HORPT                                              HAVES CENTER                                    PAGE 1
08/07/96         07:38:43  AM   SEARCH REQUEST FOR DEC93

  date      LNAME          FNAME         dob     VISITEE        REQUESTOR     ARRIVE TIME   BADGE #    ROOM
 ------   ------------   ------------   -----   ------------   ------------   -----------   -------   -------

 931205   LANGSLET       CRAIG                  LIVINGSTONE    LIVINGSTONE       1101       521521     84
 931205   PRUE           LINDA                  LIVINGSTONE    LIVINGSTONE       1101       521521     84
 931206   BISH           TERRY                  LIVINGSTONE    WETZL             1008       014733     23
 931218   FREEH          BRENDON                LIVINGSTONE    ANDERSON          1449       269863     84
 931218   FREEH          CONNOR                 LIVINGSTONE    ANDERSON          1449       434364     84
 931218   FREEH          LOUIS                  LIVINGSTONE    ANDERSON          1449       436453     84
 931218   FREEH          SEAN                   LIVINGSTONE    ANDERSON          1449       553359     84
 931218   FREEH          MARILYN                LIVINGSTONE    ANDERSON          1449       643543     84
 931218   FREEH          JUSTIN                 LIVINGSTONE    ANDERSON          1449       863436     84
 931228   LEACH          RICHARD                LIVINGSTONE    LIVINGSTONE       1332       065100     84
 931201   DAINO          HARRY                  MARCECA        MARCECA           0947       000077     84
 931214   ALLEN          DAVID                  MARCECA        MARCECA           1200       014117     84
 931215   CARR           EDWIN                  MARCECA        MARCECA           1216       744744     84
 931216   LEE            WILLIAM                MARCECA        MARCECA           0953       654654     84
 931216   REFFE          PAIGE                  MARCECA        MARCECA           1433       014389     84
 931217   REAMES         CARLA                  MARCECA        MARCECA           1246       000296     84
 931221   BREWERCARLS    NANCY                  MARCECA        MARCECA           0903       000104     84
 931222   REFFE          PAIGE                  MARCECA        MARCECA           1622       014857     84
 931223   OFFERMAN       DOUG                   MARCECA        MARCECA           1248       015900     84
 931230   LINDSAY        JAMES                  MARCECA        MARCECA           1412       000145     84

SEARCHED LIVINGSTONE/MARCECA'S APPOINTMENTS FOR DEC93
```

MATERIAL REDACTED

0049952

```
HORPT                                                    HAVES CENTER                                    PAGE 1
08/06/96        11:54:43  AM   SEARCH REQUEST FOR MAR93

 date     LNAME        FNAME        dob      VISITEE      REQUESTOR    ARRIVE TIME   BADGE #      ROOM
 ------   ----------   ----------   ------   ----------   ----------   -----------   --------     -------

 930306   LIVINGSTON   CRAIG                 BROWN        BROWN        0904          000000       480
 930323   MARCECA      TONY                  ANDERSON     ANDERSON     1432          009877       84

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN MAR93
```

MATERIAL REDACTED

| date | LNAME | FNAME | dob | VISITEE | REQUESTOR | ARRIVE TIME | BADGE # | ROOM |
|---|---|---|---|---|---|---|---|---|
| 931012 | MARCECA | ANTHONY |  | MARCECA | MARCECA | 1121 | 000000 | B4 |
| 931003 | MARCECA | NATHAN |  | MARCECA | MARCECA | 1212 | 001268 | B4 |
| 931003 | MARCECA | ANDREA |  | MARCECA | MARCECA | 1212 | 004530 | B4 |

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN OCT93

MATERIAL REDACTED

G 04960

```
MORPT                                              HAVES CENTER                                        PAGE 1
08/07/96          08:14:03 AM   SEARCH REQUEST FOR JAN94

   date      LNAME           FNAME        job    VISITEE      REQUESTOR     ARRIVE TIME   BADGE #    ROOM
   ----      -----           -----        ---    -------      ---------     -----------   -------    ----

  940124    TOOHEY           JOHN                LIVINGSTONE  LIVINGSTONE      1015       752013      84
  940126    BLUMBERG         PAUL                LIVINGSTONE  MARCICA          1330       000007      84
  940126    MCARRON          DAN                 LIVINGSTONE  MARCICA          1330       000017      84
  940119    REFFE            PAIGE               MARCECA      MARCECA          1138       000550      84
  940124    HICKS            GREGORY             MARCECA      MARCECA          0943       000705      84
  940125    HICKS            GREG                MARCECA      MARCECA          0854       000003      84
  940126    BROWN            JEROME              MARCECA      MARCECA          1407       987356      84
  940128    MARENCHIN        ERNEST              MARCECA      MARCECA          1708       010263      84
  940128    HOPKINS          RICHARD             MARCECA      MARCECA          1707       012665      84
  940128    MOORE            RONALD              MARCECA      MARCECA          1708       012753      84

SEARCHED LIVINGSTONE/MARCECA'S APPOINTMENTS FOR JAN94
```

MATERIAL REDACTED

046949

```
HORPT                              WAVES CENTER                                              PAGE 1
08/07/96        08.12.07  AM  SEARCH REQUEST FOR FEB94

  date      LNAME        FNAME       Job     VISITEE      REQUESTOR    ARRIVE TIME   BADGE #    ROOM
  ----      -----        -----       ---     -------      ---------    -----------   -------    ----

  940208   REFFE         PAIGE               LIVINGSTONE  ANDERSON         1158       465465     84
  940208   KHAMZAEV      ALMAZ               LIVINGSTONE  ANDERSON         1158       984665     84
  940208   KAZYKHANOV    ERZHAN              LIVINGSTONE  ANDERSON         1158       987987     84
  940214   BUCHHOLZ      MARY                LIVINGSTONE  LIVINGSTONE      1304       456565     84
  940221   SOWELL        ROBIN               LIVINGSTONE  LIVINGSTONE      1411       000836     WW
  940203   DUPLICKI      EUGENE              MARCECA      MARCECA          1137       004525     84
  940210   HICKS         GREGORY             MARCECA      MARCECA          1003       000201     84
  940211   HICKS         GREGORY             MARCECA      MARCECA          0818       000442     84

SEARCHED LIVINGSTONE/MARCECA'S APPOINTMENTS FOR FEB94
```

**MATERIAL REDACTED**

004946

```
HORPT                                           WAVES CENTER                                                    PAGE 1
08/07/95          09:06:22 AM  SEARCH REQUEST FOR MAR94
```

| date   | LNAME      | FNAME    | Job | VISITEE    | REQUESTOR  | ARRIVE TIME | BADGE # | ROOM |
|--------|------------|----------|-----|------------|------------|-------------|---------|------|
| 940303 | HUGHES     | EDWARD   |     | LIVINGSTONE | ANDERSON   | 1607        | 000135  | B4   |
| 940309 | GOLDIE     | CAROLINE |     | LIVINGSTONE | LIVINGSTONE | 1318       | 000565  | B4   |
| 940313 | LIVINGSTONE | STEVE   |     | LIVINGSTONE | LIVINGSTONE | 1150       | 000258  | B4   |
| 940313 | WINDLE     | SUZANNE  |     | LIVINGSTONE | LIVINGSTONE | 1303       | 111215  | C4   |
| 940313 | REFFE      | PAIGE    |     | LIVINGSTONE | LIVINGSTONE | 1303        | 152561  | B4   |
| 940313 | WINDLE     | PEGGY    |     | LIVINGSTONE | LIVINGSTONE | 1303        | 512512  | C4   |
| 940314 | STEINBERG  | SUE      |     | LIVINGSTONE | LIVINGSTONE | 1204        | 012547  | B4   |
| 940315 | DOLAN      | CHARLES  |     | LIVINGSTONE | WETZEL     | 1315        | 322222  | WW   |
| 940315 | CHALMERS   | WALTON   |     | LIVINGSTONE | WETZEL     | 1315        | 987456  | WW   |
| 940317 | LINDSAY    | JAMES    |     | LIVINGSTONE | LIVINGSTONE | 1250       | 000116  | B4   |
| 940318 | BERNBAUM   | JEN      |     | LIVINGSTONE | LIVINGSTONE | 1216        | 000965  | B4   |
| 940318 | FERARA     | EVA      |     | LIVINGSTONE | LIVINGSTONE | 1216        | 000994  | B4   |
| 940318 | BERNBAUM   | JEN      |     | LIVINGSTONE | LIVINGSTONE | 2111        | 489876  | B4   |
| 940318 | FERARA     | EVA      |     | LIVINGSTONE | LIVINGSTONE | 2111        | 546565  | B4   |
| 940319 | DIETZ      | DWIGHT   |     | LIVINGSTONE | LIVINGSTONE | 1523        | 000000  | WW   |
| 940319 | LIVINGSTONE | DAVID   |     | LIVINGSTONE | LIVINGSTONE | 1523        | 111111  | WW   |
| 940323 | PETTIT     | LAWRENCE |     | LIVINGSTONE | LIVINGSTONE | 1155        | 653421  | WW   |
| 940324 | WILLIAMS   | MEGAN    |     | LIVINGSTONE | LIVINGSTONE | 1200        | 258852  | WW   |
| 940330 | WILEY      | ROBIN    |     | LIVINGSTONE | LIVINGSTONE | 1311        | 009795  | B4   |
| 940308 | EDWARDSEN  | CHARLES  |     | MARCECA    | MARCECA    | 1836        | 022221  | B4   |

SEARCHED LIVINGSTONE/MARCECA'S APPOINTMENTS FOR MAR94

MATERIAL REDACTED

004943

```
MORPT                                                    WAVES CENTER                                          PAGE 1
08/07/96         11:37:38 AM   SEARCH REQUEST FOR AUG94

  date      LNAME        FNAME        dob      VISITEE       REQUESTOR    ARRIVE TIME   BADGE #    ROOM
  ------    ----------   ----------   ------   -----------   ----------   -----------   --------   --------

  940801    LIVINGSTONE  RACHAEL               THIERWECHTE   THIERWECHTE  1026          340505     6236
  940804    MARCECA      ANTHONY               ABRAMS        ABRAMS       1039          132030     91
  940824    MARCECA      ANTHONY               ABRAMS        ABRAMS       1635          545777     91

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN AUG94
```

MATERIAL REDACTED

004931

```
HORPT                                              WAVES CENTER                                    PAGE 1
08/07/96        12:32:36  PM  SEARCH REQUEST FOR SEP94

  date    LNAME         FNAME       dob    VISITEE      REQUESTOR    ARRIVE TIME   BADGE #    ROOM
  ------  ------------  ----------  -----  -----------  -----------  -----------   --------   ------
  940902  LIVINGSTONE   GLORIA             LIVINGSTONE  LIVINGSTONE  1132          464641     WW
  940902  LIVINGSTONE   MARJORIE           LIVINGSTONE  LIVINGSTONE  1132          614651     WW
  940902  LIVINGSTONE   STEVEN             LIVINGSTONE  LIVINGSTONE  1132          616164     WW
  940902  LIVINGSTONE   DAVID              LIVINGSTONE  LIVINGSTONE  1132          654446     WW
  940921  LIVINGSTONE   STEVEN             SHEKETOFF    BURWINKEL    1526          000000     450
  940901  MARCECA       ANTHONY            WETZEL       WETZEL       1514          687236     B4

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN SEP94
```

MATERIAL REDACTED

004928

```
MORPT                                         WAVES CENTER                                    PAGE 1
08/07/96        03:40:33  PM  SEARCH REQUEST FOR DEC94

date     LNAME        FNAME        dob     VISITEE      REQUESTOR    ARRIVE TIME   BADGE #    ROOM
------   ----------   ----------   ------  ----------   ----------   -----------   --------   -------

941214   MARCECA      DAVID                HETZL        HETZL        1045          000454     84
941214   MARCECA      BONNIE               HETZL        HETZL        1046          000507     84
941226   MARCECA      BONNIE               ABRAMS       ABRAMS       1506          464646     91
941226   MARCECA      NATHAN               ABRAMS       ABRAMS       1506          541313     91

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN DEC94
```

MATERIAL REDACTED

004920

```
HORPT                                             HAVES CENTER                                    PAGE 1
08/07/96           07:30:01  PM  SEARCH REQUEST FOR MAY95

 date     LNAME        FNAME       dob    VISITEE       REQUESTOR     ARRIVE TIME   BADGE #    ROOM
 ------   ----------   ---------   ----   -----------   -----------   -----------   -------   -------

 950404   TURK         RANDALL            LIVINGSTONE   HUGHES          1047        689859     B4
 950413   CLIFFORD     SUSAN              LIVINGSTONE   HUGHES          1250        111110     B4
 950413   DECOURSEY    ARTHUR             LIVINGSTONE   HUGHES          1250        777700     B4
 950505   TURK         RANDY              LIVINGSTONE   LIVINGSTONE     1313        001200     B4
 950505   COHEN        DAVID              LIVINGSTONE   LIVINGSTONE     1316        256222     B4
 950509   WERNER       JAMES              LIVINGSTONE   LIVINGSTONE     1223        745676     WW
 950515   RICHARD      PAUL               LIVINGSTONE   LIVINGSTONE     1103        002618     B4
 950531   LIVINGSTONE  GLORIA             LIVINGSTONE   LIVINGSTONE     1412        000000     WW
 950531   NICOLA       AMY                LIVINGSTONE   LIVINGSTONE     1412        000000     WW
 950531   NICOLA       LEAH               LIVINGSTONE   LIVINGSTONE     1413        000000     WW
 950531   PERKINS      BONNIE             LIVINGSTONE   LIVINGSTONE     1412        000000     WW

SEARCHED LIVINGSTONE/MARCECA'S APPOINTMENTS FOR MAY95
```

MATERIAL REDACTED

004904

```
MORPT                                    HAVES CENTER                                    PAGE 1
08/07/96        08:16:33  PM  SEARCH REQUEST FOR JUN95

date     LNAME        FNAME       dob     VISITEE      REQUESTOR    ARRIVE TIME   BADGE #    ROOM
------   ----------   ---------   -----   ----------   ----------   -----------   -------    ----
950601   LEVY         JAMES               LIVINGSTONE  LIVINGSTONE  1057          001376     B4
950607   WILLHITE     SUMMER              LIVINGSTONE  WETZL        2001          06T578     B4
950607   WILLHITE     PIPER               LIVINGSTONE  WETZL        2001          906805     B4
950607   WILLHITE     DEBORAH             LIVINGSTONE  WETZL        2001          908955     B4
950607   WILLHITE     BANDI               LIVINGSTONE  WETZL        2001          968960     B4
950607   FOX          SUSAN               LIVINGSTONE  WETZL        2001          985795     B4
950613   DENBO        JAMES               LIVINGSTONE  LIVINGSTONE  1112          000013     B4

SEARCHED LIVINGSTONE/MARCECA'S APPOINTMENTS FOR JUN95
```

**MATERIAL REDACTED**

0049801

```
MORPT                                           HAVES CENTER                                    PAGE 1
08/08/96        10:53:11 AM  SEARCH REQUEST FOR JUL95

 date    LNAME         FNAME        dob      VISITEE      REQUESTOR     ARRIVE TIME   BADGE #    ROOM
 ------  ------------  -----------  -------  -----------  ------------  ------------  --------  ---------

 950719  MARCECA       NATHAN                ABRAMS       ABRAMS        1253          34E407    91
 950719  MARCECA       NATHAN                ABRAMS       ABRAMS        1408          34B672    91

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN JUL95
```

MATERIAL REDACTED

0048099

```
MORPT                                              WAVES CENTER                              PAGE 1
08/08/96         10:24:00 AM  SEARCH REQUEST FOR OCT95

 date     LNAME         FNAME       dob     VISITEE       REQUESTOR    ARRIVE TIME   BADGE #    ROOM
 -----    ----------    --------    ---     --------      ----------   -----------   -------    --------

 951027   LIVINGSTONE   WILLIAM             SHECK         SHECK        0953          34A291     8002
 951023   MARCECA       NATHAN              BERRY         PETERS       0855          3485DE     4013
 951006   MARCECA       NATHAN              POTUS         WALKER       1205          000000     B. GROUNDS
 951006   MARCECA       TONY                POTUS         WALKER       1205          000000     B. GROUNDS

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN OCT95
```

MATERIAL REDACTED

T 0048891

```
HORPT                                         WAVES CENTER                               PAGE 1
08/08/96        11:20:11  AM  SEARCH REQUEST FOR DEC95

  date    LNAME         FNAME       dob     VISITEE      REQUESTOR    ARRIVE TIME   BADGE #    ROOM
  ------  ------------  ----------  ------  -----------  -----------  ------------  --------  ----------

  951214  LIVINGSTONE   GLORIA              DENBO        DENBO        1241          34076C    B4
  951216  LIVINGSTONE   CRAIG               POTUS        HIDDESS      1854          000000    STATE F
  951216  LIVINGSTONE   CRAIG               POTUS        HIDDESS      1911          000000    STATE F
  951211  LIVINGSTONE   DEANNA              POTUS        HIDDESS      1727          000000    STATE F
  951203  MARCECA       NATHAN              POTUS        HIDDESS      1636          000000    RESIDENCE

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN DEC95
```

MATERIAL REDACTED

CC04885