# EXHIBIT 5

19 of 100 DOCUMENTS

Copyright 2006 Time Inc.
All Rights Reserved
Time

January 30, 2006
U.S. Edition

**SECTION:** NATION; Pg. 30 Vol. 167 No. 5

**LENGTH:** 1307 words

**HEADLINE:** When George Met Jack;
White House aides deny the President knew lobbyist Abramoff, but unpublished photos shown to TIME suggest there's more to the story

**BYLINE:** Adam Zagorin; Mike Allen; With reporting by Massimo Calabresi/ Washington

**BODY:**

As details poured out about the illegal and unseemly activities of Republican lobbyist Jack Abramoff, White House officials sought to portray the scandal as a Capitol Hill affair with little relevance to them. Peppered for days with questions about Abramoff's visits to the White House, press secretary Scott McClellan said the now disgraced lobbyist had attended two huge holiday receptions and a few "staff-level meetings" that were not worth describing further. "The President does not know him, nor does the President recall ever meeting him," McClellan said.

The President's memory may soon be unhappily refreshed. TIME has seen five photographs of Abramoff and the President that suggest a level of contact between them that Bush's aides have downplayed. While TIME's source refused to provide the pictures for publication, they are likely to see the light of day eventually because celebrity tabloids are on the prowl for them. And that has been a fear of the Bush team's for the past several months: that a picture of the President with the admitted felon could become the iconic image of direct presidential involvement in a burgeoning corruption scandal like the shots of President Bill Clinton at White House coffees for campaign contributors in the mid-1990s.

In one shot that TIME saw, Bush appears with Abramoff, several unidentified people and Raul Garza Sr., a Texan Abramoff represented who was then chairman of the Kickapoo Indians, which owned a casino in southern Texas. Garza, who is wearing jeans and a bolo tie in the picture, told TIME that Bush greeted him as "Jefe," or "chief" in Spanish. Another photo shows Bush shaking hands with Abramoff in front of a window and a blue drape. The shot bears Bush's signature, perhaps made by a machine. Three other photos are of Bush, Abramoff and, in each view, one of the lobbyist's sons (three of his five children are boys). A sixth picture shows several Abramoff children

with Bush and House Speaker Dennis Hastert, who is now pushing to tighten lobbying laws after declining to do so last year when the scandal was in its early stages.

Most of the pictures have the formal look of photos taken at presidential receptions. The images of Bush, Abramoff and one of his sons appear to be the rapid-fire shots--known in White House parlance as clicks-- that the President snaps with top supporters before taking the podium at fund-raising receptions. Over five years, Bush has posed for tens of thousands of such shots--many with people he does not know. Last month 9,500 people attended holiday receptions at the White House, and most went two by two through a line for a photo with the President and the First Lady. The White House is generous about providing copies--in some cases, signed by the President--that become centerpieces for "walls of fame" throughout status-conscious Washington.

Abramoff knew the game. In a 2001 e-mail to a lawyer for tribal leader Lovelin Poncho, he crows about an upcoming meeting at the White House that he had arranged for Poncho and says it should be a priceless asset in his client's upcoming re-election campaign as chief of Louisiana's Coushatta Indians. "By all means mention [in the tribal newsletter] that the Chief is being asked to confer with the President and is coming to Washington for this purpose in May," Abramoff writes. "We'll definitely have a photo from the opportunity, which he can use." The lawyer had asked about attire, and Abramoff advises, "As to dress, probably suit and tie would work best."

The e-mail, now part of a wide-ranging federal investigation into lobbying practices and lobbyists' relationships with members of Congress, offers a window into Abramoff's willingness to trade on ties to the White House and to invoke Bush's name to impress clients who were spending tens of millions of dollars on Abramoff's advice.

Abramoff was once in better graces at 1600 Pennsylvania Avenue, having raised at least $100,000 for the President's re-election campaign. During 2001 and 2002, his support for Republicans and connections to the White House won him invitations to Hanukkah receptions, each attended by 400 to 500 people. McClellan has said Abramoff may have been present at "other widely attended" events. He was also admitted to the White House complex for meetings with several staff members, including one with presidential senior adviser Karl Rove, one of the most coveted invitations in Washington.

Michael Scanlon, who is Abramoff's former partner and has pleaded guilty to conspiring to bribe a Congressman, in 2001 told the New Times of Fort Lauderdale, Fla., that Abramoff had "a relationship" with the President. "He doesn't have a bat phone or anything, but if he wanted an appointment, he would have one," Scanlon said. Nonsense, say others. A former White House official familiar with some Abramoff requests to the White House said Abramoff had some meetings with Administration officials in 2001 and 2002, but he was later frozen out because aides became suspicious of his funding sources and annoyed that the issues he raised did not mesh with their agenda. A top Republican official said it was clear to him that Abramoff couldn't pick up the phone and reach Bush aides because Abramoff had asked the official to serve as an intermediary.

The White House describes the number of Abramoff's meetings with staff members only as "a few," even though senior Bush aides have precise data about them. McClellan will not give details, saying he doesn't "get into discussing staff-level meetings." During a televised briefing, he added, "We're not going to engage in a fishing expedition." Pressed for particulars about Abramoff's White House contacts, McClellan said with brio, "People are insinuating things based on no evidence whatsoever." But he said he cannot "say with absolute certainty that [Abramoff] did not have any

other visits" apart from those disclosed. Another White House official said, "The decision was made don't put out any additional information." That reticence has been eagerly seized upon by some Democrats. Senate minority leader Harry Reid of Nevada wrote to Bush last week to demand details, saying Abramoff "may have had undue and improper influence within your Administration."

Garza, the bolo-wearing former chairman of the Kickapoo Traditional Tribe of Texas, has fond memories of his session with Bush, which he said was held in 2001 in the Eisenhower Executive Office Building, next to the White House. According to e-mails in the hands of investigators, the meeting was arranged with the help of Abramoff and Grover Norquist, president of Americans for Tax Reform. In an April 18, 2001, e-mail to Abramoff, Norquist wrote that he would be "honored" if Abramoff "could come to the White House meeting."

Garza--known in his native Kickapoo language as Makateonenodua, or black buffalo--is under federal indictment for allegedly embezzling more than $300,000 from his tribe. Through his spokesman, Garza said that during the session, Bush talked about policy matters and thanked those present for supporting his agenda, then took questions from the audience of about two dozen people. Garza told TIME, "We were very happy that Jack Abramoff helped us to be with the President. Bush was in a very good mood--very upbeat and positive." No evidence has emerged that the Bush Administration has done anything for the Kickapoo at Abramoff's behest.

Three attendees who spoke to TIME recall that Abramoff was present, and three of them say that's where the picture of Bush, Abramoff and the former Kickapoo chairman was taken. The White House has a different description of the event Garza attended. "The President stopped by a meeting with 21 state legislators and two tribal leaders," spokeswoman Erin Healy said. "Available records show that Mr. Abramoff was not in attendance."

**NOTES:** See also additional image in Table of Contents of same issue.

**GRAPHIC:** TWO PHOTOS: CHRISTOPHER MORRIS--VII FOR TIME (2) PIX FIX: Are the photos of Bush and Abramoff just routine ceremonial snaps taken of the President or evidence of a deeper acquaintance?; PHOTO: DAVID BURNETT--CONTACT See caption above.; PHOTO: ALICIA WAGNER CALZADA--ZUMA PHOTO OP: Shots place Abramoff with Garza, seen here in 2002, and Bush at the White House

**LOAD-DATE:** May 12, 2006