IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-CV-00310 (JGP) |
| | ) |
| UNITED STATES SECRET SERVICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Compel the Defendant United States Secret Service to comply with the Joint Stipulation And Agreed Order issued by this Court on April 25, 2006 requiring the United States Secret Service to produce "any and all documents responsive to Plaintiff's January 20, 2006 Freedom of Information Act request, without redaction or claims of exemption, on or before May 10, 2006," it is this __ day of May, 2006 hereby:

ORDERED, that Plaintiff's said motion is granted and Defendant is directed to produce all visitor logs and Workers Appointments and Visitors Entry System logs to Plaintiff within ten (10) days of the date of this Order;

ORDERED, that Defendant shall pay to Judicial Watch the amount of its attorney's fees and costs in filing and prosecuting its motion to compel with ten (10) days after Judicial Watch provides Defendant in writing with a summary of such fees and costs; and

ORDERED, that Plaintiff shall be entitled to take limited discovery under the Federal

Rules of Civil Procedure, including but not limited to written interrogatories and depositions under oath of all representatives of Defendant who have had any involvement in the production of documents required by this Court's Order of April 25, 2006, for the purpose of determining whether Defendant has withheld any existing, responsive documents in violation of the Court's Order and whether any such withholding was done at the direction or suggestion of any officials at the White House.

 

                                            _____
                                            Judge John Garrett Penn
                                            United States District Judge for
                                            The District of Columbia