EXHIBIT 4

```
HORPT                                                WAVES CENTER                          PAGE 1
08/07/96         07:39:01  AM   SEARCH REQUEST FOR DEC93

      date       LNAME       FNAME      dob    VISITEE      REQUESTOR    ARRIVE TIME   BADGE #   ROOM
      ------     ---------   --------   -----  ---------    ----------   -----------   -------   ---------
☆    931213     LIVINGSTONE ELLEN              ZWALLY       ZWALLY       0926          000582    350
      931207     LIVINGSTONE CRAIG              POTUS        SPANGLER     1923          000000    RESIDENCE

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN DEC93
```

MATERIAL REDACTED

004954

```
MORPT
08/07/96         02:49:14 PM  SEARCH REQUEST FOR OCT94    WAVES CENTER                                          PAGE 1

  date      LNAME       FNAME      dob     VISITEE    REQUESTOR    ARRIVE TIME    BADGE #      ROOM
  ----      -----       -----      ---     -------    ---------    -----------    -------      ----

☆ 941018  LIVINGSTONE  CRAIG              VP         DUNN             1342        000000       450
  941018  LIVINGSTONE  CRAIG              POTUS      SPANGLER         1618        000000       RESIDENCE

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN OCT94
```

MATERIAL REDACTED

```
MORPT                                        WAVES CENTER                                          PAGE 1
08/08/96        11:59:24 AM  SEARCH REQUEST FOR MAR96
```

| date | LNAME | FNAME | dob | VISITEE | REQUESTOR | ARRIVE TIME | BADGE # | ROOM |
|------|-------|-------|-----|---------|-----------|-------------|---------|------|
| ☆ 960306 | LIVINGSTONE | DAVID | | POTUS | SPANGLER | 1615 | 000000 | RESIDEN |
| 960314 | LIVINGSTONE | REGINA | | LIVINGSTONE | LIVINGSTONE | 1913 | 34E326 | WW |
| 960327 | MARCECA | ANDREA | | MARCECA | MARCECA | 2050 | 34D746 | 457 |
| 960327 | MARCECA | DAVID | | MARCECA | MARCECA | 2050 | 34D8A6 | 457 |
| 960327 | MARCECA | BONNIE | | MARCECA | MARCECA | 2050 | 34D95E | 457 |

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN MAR96

MATERIAL REDACTED

004875

```
HORPT                                           HAVES CENTER                                PAGE 1
08/07/96         07:38:43  AM  SEARCH REQUEST FOR DEC93

  date    LNAME         FNAME        dob    VISITEE       REQUESTOR    ARRIVE TIME   BADGE #    ROOM
  ------  ------------  -----------  -----  ------------  ------------ -----------   --------   -------
  931205  LANGSLET      CRAIG               LIVINGSTONE   LIVINGSTONE     1101        521521      B4
  931205  PRUE          LINDA               LIVINGSTONE   LIVINGSTONE     1101        521521      B4
  931206  BISH          TERRY               LIVINGSTONE   WETZL           1008        014733      23
  931218  FREEH         BRENDON             LIVINGSTONE   ANDERSON        1449        269863      B4
  931218  FREEH         CONNOR              LIVINGSTONE   ANDERSON        1449        434364      B4
  931218  FREEH         LOUIS               LIVINGSTONE   ANDERSON        1449        436453      B4
  931218  FREEH         SEAN                LIVINGSTONE   ANDERSON        1449        553359      B4
  931218  FREEH         MARILYN             LIVINGSTONE   ANDERSON        1449        643543      B4
  931218  FREEH         JUSTIN              LIVINGSTONE   ANDERSON        1449        863436      B4
  931228  LEACH         RICHARD             LIVINGSTONE   LIVINGSTONE     1332        063100      B4
  931201  DAINO         HARRY               MARCECA       MARCECA         0947        000077      B4
  931214  ALLEN         DAVID               MARCECA       MARCECA         1200        014117      B4
  931215  CARR          EDWIN               MARCECA       MARCECA         1216        744744      B4
  931216  LEE           WILLIAM             MARCECA       MARCECA         0953        634654      B4
  931216  REFFE         PAIGE               MARCECA       MARCECA         1433        014389      B4
  931217  REAMES        CARLA               MARCECA       MARCECA         1246        000296      B4
  931221  BREWERCARLS   NANCY               MARCECA       MARCECA         0903        000104      B4
  931222  REFFE         PAIGE               MARCECA       MARCECA         1622        014857      B4
  931223  OFFERMAN      DOUG                MARCECA       MARCECA         1248        015900      B4
  931230  LINDSAY       JAMES               MARCECA       MARCECA         1412        000143      B4

SEARCHED LIVINGSTONE/MARCECA'S APPOINTMENTS FOR DEC93
```

MATERIAL REDACTED

0049052

```
MORPT
08/06/96        11:54:43 AM    SEARCH REQUEST FOR MAR93        HAVES CENTER                                        PAGE 1

date      LNAME         FNAME         dob      VISITEE      REQUESTOR     ARRIVE TIME    BADGE #      ROOM
------    ----------    ----------    ------   ----------   ----------    -----------    -------      ----------

930306    LIVINGSTON    CRAIG                  BROWN        BROWN         0904           000000       480
930323    MARCECA       TONY                   ANDERSON     ANDERSON      1432           009877       B4

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN MAR93
```

MATERIAL REDACTED

| date | LNAME | FNAME | dob | VISITEE | REQUESTOR | ARRIVE TIME | BADGE # | ROOM |
|---|---|---|---|---|---|---|---|---|
| 931012 | MARCECA | ANTHONY | | MARCECA | MARCECA | 1121 | 000000 | B4 |
| 931003 | MARCECA | NATHAN | | MARCECA | MARCECA | 1212 | 001268 | B4 |
| 931003 | MARCECA | ANDREA | | MARCECA | MARCECA | 1212 | 004530 | B4 |

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN OCT93

MATERIAL REDACTED

G04960

```
MORPT                                         HAVES CENTER                                    PAGE 1
08/07/96        08:14:05 AM   SEARCH REQUEST FOR JAN94

  date     LNAME         FNAME        job      VISITEE      REQUESTOR    ARRIVE TIME   BADGE #    ROOM
  ----     -----         -----        ---      -------      ---------    -----------   -------    ----

 940124    TOOHEY        JOHN                  LIVINGSTONE  LIVINGSTONE     1015        752013    84
 940126    BLUMBERG      PAUL                  LIVINGSTONE  MARCECA         1330        000007    84
 940126    MCARRON       DAN                   LIVINGSTONE  MARCECA         1330        000017    84
 940119    REFFE         PAIGE                 MARCECA      MARCECA         1138        000550    84
 940124    HICKS         GREGORY               MARCECA      MARCECA         0943        000705    84
 940125    HICKS         GREG                  MARCECA      MARCECA         0854        000003    84
 940126    BROWN         JEROME                MARCECA      MARCECA         1407        987356    84
 940128    MARENCHIN     ERNEST                MARCECA      MARCECA         1708        010263    84
 940128    HOPKINS       RICHARD               MARCECA      MARCECA         1707        012665    84
 940128    MOORE         RONALD                MARCECA      MARCECA         1708        012753    84

SEARCHED LIVINGSTONE/MARCECA'S APPOINTMENTS FOR JAN94
```

MATERIAL REDACTED

646900049

```
HDRPT                                         WAVES CENTER                                    PAGE 1
08/07/96           08.12.07  AM  SEARCH REQUEST FOR FEB94

  date     LNAME         FNAME      Job   VISITEE     REQUESTOR    ARRIVE TIME   BADGE #    ROOM
  ------   -----------   --------   ---   ---------   ----------   -----------   -------    ------

  940208   REFFE         PAIGE            LIVINGSTONE ANDERSON     1158          465465     B4
  940208   KHAMZAEV      ALMAZ            LIVINGSTONE ANDERSON     1158          984665     B4
  940208   KAZYKHANOV    ERZHAN           LIVINGSTONE ANDERSON     1158          987987     B4
  940214   BUCHHOLZ      MARY             LIVINGSTONE LIVINGSTONE  1304          456565     B4
  940221   SOWELL        ROBIN            LIVINGSTONE LIVINGSTONE  1411          000836     WW
  940203   DUPLICKI      EUGENE           MARCECA     MARCECA      1137          004525     B4
  940210   HICKS         GREGORY          MARCECA     MARCECA      1003          000201     B4
  940211   HICKS         GREGORY          MARCECA     MARCECA      0818          000442     B4

SEARCHED LIVINGSTONE/MARCECA'S APPOINTMENTS FOR FEB94
```

MATERIAL REDACTED

004946

```
HORPT                                          WAVES CENTER                                PAGE 1
08/07/95        09:06:22 AM  SEARCH REQUEST FOR MAR94
```

| date | LNAME | FNAME | Job | VISITEE | REQUESTOR | ARRIVE TIME | BADGE # | ROOM |
|---|---|---|---|---|---|---|---|---|
| 940303 | HUGHES | EDWARD | | LIVINGSTONE | ANDERSON | 1607 | 000135 | B4 |
| 940309 | GOLDIE | CAROLINE | | LIVINGSTONE | LIVINGSTONE | 1318 | 000565 | B4 |
| 940313 | LIVINGSTONE | STEVE | | LIVINGSTONE | LIVINGSTONE | 1150 | 000258 | B4 |
| 940313 | WINDLE | SUZANNE | | LIVINGSTONE | LIVINGSTONE | 1303 | 111215 | C4 |
| 940313 | REFFE | PAIGE | | LIVINGSTONE | LIVINGSTONE | 1303 | 152561 | B4 |
| 940313 | WINDLE | PEGGY | | LIVINGSTONE | LIVINGSTONE | 1303 | 512512 | C4 |
| 940314 | STEINBERG | SUE | | LIVINGSTONE | LIVINGSTONE | 1204 | 012547 | B4 |
| 940315 | DOLAN | CHARLES | | LIVINGSTONE | WETZEL | 1315 | 322222 | WW |
| 940315 | CHALMERS | WALTON | | LIVINGSTONE | WETZEL | 1315 | 987456 | WW |
| 940317 | LINDSAY | JAMES | | LIVINGSTONE | LIVINGSTONE | 1250 | 000116 | B4 |
| 940318 | BERNBAUM | JEN | | LIVINGSTONE | LIVINGSTONE | 1216 | 000965 | B4 |
| 940318 | FERARA | EVA | | LIVINGSTONE | LIVINGSTONE | 1216 | 000994 | B4 |
| 940318 | BERNBAUM | JEN | | LIVINGSTONE | LIVINGSTONE | 2111 | 489876 | B4 |
| 940318 | FERARA | EVA | | LIVINGSTONE | LIVINGSTONE | 2111 | 546565 | B4 |
| 940319 | DIETZ | DWIGHT | | LIVINGSTONE | LIVINGSTONE | 1523 | 000000 | WW |
| 940319 | LIVINGSTONE | DAVID | | LIVINGSTONE | LIVINGSTONE | 1523 | 111111 | WW |
| 940323 | PETTIT | LAWRENCE | | LIVINGSTONE | LIVINGSTONE | 1155 | 653421 | WW |
| 940324 | WILLIAMS | MEGAN | | LIVINGSTONE | LIVINGSTONE | 1200 | 258852 | WW |
| 940330 | WILEY | ROBIN | | LIVINGSTONE | LIVINGSTONE | 1311 | 009795 | B4 |
| 940308 | EDWARDSEN | CHARLES | | MARCECA | MARCECA | 1806 | 022221 | B4 |

```
SEARCHED LIVINGSTONE/MARCECA'S APPOINTMENTS FOR MAR94
```

MATERIAL REDACTED

0049943

```
MORPT                                            WAVES CENTER                              PAGE 1
08/07/96         11:37:38 AM   SEARCH REQUEST FOR AUG94

   date      LNAME         FNAME        dob      VISITEE      REQUESTOR    ARRIVE TIME   BADGE #    ROOM
   ----      -----         -----        ---      -------      ---------    -----------   -------    ----

   940801    LIVINGSTONE   RACHAEL               THIERWECHTE  THIERWECHTE  1026          34B5C5     6236
   940806    MARCECA       ANTHONY               ABRAMS       ABRAMS       1039          132030     91
   940826    MARCECA       ANTHONY               ABRAMS       ABRAMS       1635          545777     91

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN AUG94
```

MATERIAL REDACTED

004931

```
MORPT                                          WAVES CENTER                                      PAGE 1
08/07/96        12:32:36  PM  SEARCH REQUEST FOR SEP94

  date    LNAME         FNAME         dob     VISITEE      REQUESTOR    ARRIVE TIME   BADGE #    ROOM
  ------  ------------  ------------  ------  -----------  -----------  -----------   -------    -------

  940902  LIVINGSTONE   GLORIA                LIVINGSTONE  LIVINGSTONE  1132          464641     WH
  940902  LIVINGSTONE   MARJORIE              LIVINGSTONE  LIVINGSTONE  1132          614651     WH
  940902  LIVINGSTONE   STEVEN                LIVINGSTONE  LIVINGSTONE  1132          616164     WH
  940902  LIVINGSTONE   DAVID                 LIVINGSTONE  LIVINGSTONE  1132          654446     WH
  940921  LIVINGSTONE   STEVEN                SHEKETOFF    BURWINKEL    1526          000000     450
  940901  MARCECA       ANTHONY               WETZEL       WETZEL       1514          687236     B4

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN SEP94
```

MATERIAL REDACTED

004928

```
MORPT                                              WAVES CENTER                                              PAGE 1
08/07/96          03:40:33  PM  SEARCH REQUEST FOR DEC94

date      LNAME         FNAME         dob     VISITEE        REQUESTOR      ARRIVE TIME    BADGE #    ROOM
------    ----------    ----------    -----   -----------    -----------    -----------    -------    -------

941214    MARCECA       DAVID                 HETZL          HETZL          1045           000454     84
941214    MARCECA       BONNIE                HETZL          HETZL          1046           000507     84
941226    MARCECA       BONNIE                ABRAMS         ABRAMS         1506           464646     91
941226    MARCECA       NATHAN                ABRAMS         ABRAMS         1506           541313     91

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN DEC94
```

MATERIAL REDACTED

004920

```
HORPT                                          WAVES CENTER                                          PAGE 1
08/07/96           07:30:01  PM   SEARCH REQUEST FOR MAY95

 date      LNAME          FNAME       dob    VISITEE        REQUESTOR      ARRIVE TIME   BADGE #    ROOM
 ----      -----          -----       ---    -------        ---------      -----------   -------    ----

 950404    TURK           RANDALL            LIVINGSTONE    HUGHES          1047         689859     B4
 950413    CLIFFORD       SUSAN              LIVINGSTONE    HUGHES          1250         111110     B4
 950413    DECOURSEY      ARTHUR             LIVINGSTONE    HUGHES          1250         777700     B4
 950505    TURK           RANDY              LIVINGSTONE    LIVINGSTONE     1313         001200     B4
 950505    COHEN          DAVID              LIVINGSTONE    LIVINGSTONE     1316         256222     B4
 950509    WERNER         JAMES              LIVINGSTONE    LIVINGSTONE     1223         745676     WW
 950515    RICHARD        PAUL               LIVINGSTONE    LIVINGSTONE     1103         002618     B4
 950531    LIVINGSTONE    GLORIA             LIVINGSTONE    LIVINGSTONE     1412         000000     WW
 950531    NICOLA         AMY                LIVINGSTONE    LIVINGSTONE     1412         000000     WW
 950531    NICOLA         LEAH               LIVINGSTONE    LIVINGSTONE     1413         000000     WW
 950531    PERKINS        BONNIE             LIVINGSTONE    LIVINGSTONE     1412         000000     WW

SEARCHED LIVINGSTONE/MARCECA'S APPOINTMENTS FOR MAY95
```

004904

MATERIAL REDACTED

```
MORPT                                      WAVES CENTER                                    PAGE 1
08/07/96        08:16:33  PM  SEARCH REQUEST FOR JUN95

 date    LNAME         FNAME       dob     VISITEE      REQUESTOR    ARRIVE TIME   BADGE #    ROOM
 ------  ------------  ----------  ------  -----------  -----------  -----------   -------   -------

 950601  LEVY          JAMES               LIVINGSTONE  LIVINGSTONE  1057          001376     84
 950607  WILLHITE      SUMMER              LIVINGSTONE  WETZL        2001          06T578     84
 950607  WILLHITE      PIPER               LIVINGSTONE  WETZL        2001          906805     84
 950607  WILLHITE      DEBORAH             LIVINGSTONE  WETZL        2001          908955     84
 950607  WILLHITE      SANDI               LIVINGSTONE  WETZL        2001          968960     84
 950607  FOX           SUSAN               LIVINGSTONE  WETZL        2001          985795     84
 950613  DENBO         JAMES               LIVINGSTONE  LIVINGSTONE  1112          000013     84

SEARCHED LIVINGSTONE/MARCECA'S APPOINTMENTS FOR JUN95
```

MATERIAL REDACTED

0049801

```
MORPT                                                HAYES CENTER                              PAGE 1
08/08/96        10:53:11 AM  SEARCH REQUEST FOR JUL95

 date    LNAME        FNAME       dob    VISITEE      REQUESTOR    ARRIVE TIME   BADGE #   ROOM
 ------  -----------  ----------  -----  -----------  -----------  ------------  --------  --------
 950719  MARCECA      NATHAN             ABRAMS       ABRAMS       1253          34E407    91
 950719  MARCECA      NATHAN             ABRAMS       ABRAMS       1408          34B672    91

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN JUL95
```

MATERIAL
REDACTED

00488400

```
MORPT                                           WAVES CENTER                              PAGE 1
08/08/96        10:24:00 AM  SEARCH REQUEST FOR OCT95

date     LNAME          FNAME       dob      VISITEE       REQUESTOR     ARRIVE TIME   BADGE #    ROOM
------   -------------  ----------- ------   ------------  ------------  -----------   -------    ----------

951027   LIVINGSTONE    WILLIAM              SHECK         SHECK         0953          34A291     B002
951023   MARCECA        NATHAN               BERRY         PETERS        0855          34B5DE     4013
951006   MARCECA        NATHAN               POTUS         WALKER        1205          000000     B. GROUNDS
951006   MARCECA        TONY                 POTUS         WALKER        1205          000000     B. GROUNDS

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN OCT95
```

MATERIAL REDACTED

0048891

```
MORPT                                            WAVES CENTER                                PAGE 1
08/08/96          11:20:11  AM   SEARCH REQUEST FOR DEC95

  date    LNAME          FNAME       dob    VISITEE       REQUESTOR     ARRIVE TIME   BADGE #   ROOM
  ------  -------------  ----------  -----  ------------  ------------  -----------   -------   ----------
  951214  LIVINGSTONE    GLORIA             DENBO         DENBO         1241          34D76C    B4
  951216  LIVINGSTONE    CRAIG              POTUS         HIDDESS       1854          000000    STATE F
  951216  LIVINGSTONE    CRAIG              POTUS         HIDDESS       1911          000000    STATE F
  951211  LIVINGSTONE    DEANNA             POTUS         HIDDESS       1727          000000    STATE F
  951203  MARCECA        NATHAN             POTUS         HIDDESS       1636          000000    RESIDENCE

SEARCHED BADGE HISTORY FOR LIVINGSTONE/MARCECA ENTRY IN DEC95
```

MATERIAL REDACTED

CC04885