# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | )    Civil Action No. 06-310 (JGP) |
| UNITED STATES SECRET SERVICE, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## <u>PROPOSED ORDER</u>

The Court concludes that Plaintiff's case is moot and, therefore, dismisses it pursuant to

Federal Rule of Civil Procedure 12(b)(1).

SO ORDERED.

ENTERED:_____

_____
JUDGE JOHN GARRETT PENN
United States District Court for the
District of Columbia

cc:    ELIZABETH SHAPIRO
       JUSTIN M. SANDBERG

       United States Department of Justice
       Civil Division, Rm. 7224
       20 Massachusetts Ave., N.W.
       Washington, D.C.  20530

       PAUL ORFANEDES
       MEREDITH DI LIBERTO

501 School St., S.W.
Suite 500
Washington, D.C. 20024