IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-310 (JGP) |
| ) | |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER**

The Court concludes that Plaintiff's case is moot and, therefore, dismisses it pursuant to Federal Rule of Civil Procedure 12(b)(1).

SO ORDERED.

ENTERED:_____

_____
JUDGE JOHN GARRETT PENN
United States District Court for the
District of Columbia

cc:   ELIZABETH SHAPIRO
      JUSTIN M. SANDBERG

      United States Department of Justice
      Civil Division, Rm. 7224
      20 Massachusetts Ave., N.W.
      Washington, D.C.  20530

      PAUL ORFANEDES
      MEREDITH DI LIBERTO

501 School St., S.W.
Suite 500
Washington, D.C. 20024