IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES SECRET SERVICE, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:06-CV-00310 (JGP) |

### JOINT MOTION FOR EXTENSIONS OF TIME

Plaintiff, Judicial Watch, Inc. ("Judicial Watch"), and Defendant, U.S. Secret Service ("Secret Service"), respectfully submit this joint motion for extensions of time: (1) for Judicial Watch to file its opposition to Secret Service's motion to dismiss (Docket No. 14), and (2) for Secret Service to file its opposition to Judicial Watch's motion to compel (Docket No. 12).

### MEMORANDUM OF LAW

On May 16, 2006, Judicial Watch filed a motion to compel Secret Service to comply with this Court's order and for sanctions. Secret Service's opposition is currently due May 30, 2006. Also on May 16, 2006, Secret Service filed a motion to dismiss for lack of subject matter jurisdiction. Judicial Watch's opposition is also currently due on May 30, 2006. The parties respectfully request ten-day extensions of time to and including Friday, June 9, 2006 in which to file their oppositions.

Earlier this morning Judicial Watch was notified by the wife of Judicial Watch attorney Michael J. Hurley that Mike had passed away on Sunday morning. Mr. Hurley's work on this case, as well as funeral arrangements, necessitate this ten-day extension of time. And in an effort

not to prejudice Secret Service in any way, parties respectfully request that Secret Service also be granted a ten-day extension of time in which to file its opposition.

WHEREFORE, Judicial Watch and Secret Service respectfully request entry of an order granting the parties' ten-day extensions of time to file their oppositions until and including Friday, June 9, 2006.

Respectfully submitted,

| | |
|---|---|
| JUDICIAL WATCH, INC. | PETER D. KEISLER<br>Assistant Attorney General |
| /s/ Meredith L. Di Liberto<br>D.C. Bar No. 487733<br>501 School Street, S.W., Suite 500<br>Washington, D.C. 20024<br>Tel.: (202) 646-5172<br>Fax.:(202) 646-5199<br><br>Counsel for Plaintiff | KENNETH L. WAINSTEIN<br>United States Attorney<br><br>CARL NICHOLS<br>Deputy Assistant Attorney General<br><br>JOSEPH H. HUNT<br>Branch Director<br><br>ELIZABETH J. SHAPIRO<br>Assistant Director<br>D.C. Bar No. 418925<br><br>  /s/  Justin M. Sandberg<br>(Ill. Bar No. 6278377)<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883 Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 514-3489<br><br>Counsel for Defendant |