IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES SECRET SERVICE, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:06-CV-00310 (JGP) |

**[PROPOSED] ORDER**

Upon consideration of Parties' Joint Motion For Extension of Time, it is hereby

ORDERED that

    1.    Parties' joint motion for extensions of time are granted;

    2.    Plaintiff shall have until Friday, June 9, 2006 to file its opposition to Defendant Secret Service's motion to dismiss; and

    3.    Defendant shall have until Friday, June 9, 2006 to file its opposition to Plaintiff's motion to compel.

DATE_____                    _____
                                          Judge John Garrett Penn
                                          United States District Judge for
                                          The District of Columbia