IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　　　v. )<br>)<br>UNITED STATES SECRET SERVICE, )<br>)<br>　　　　Defendant. )<br>) | Civil Action No. 06-310 (JGP)<br>ECF |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT
OF MOTION TO DISMISS**

　　Defendant, through undersigned counsel, hereby moves this Court for a four (4) day extension of time, until June 23, to file a reply brief in support of its motion to dismiss for lack of subject-matter jurisdiction. The reason for the request is as follows:

　　1.　Defendant's reply brief is currently due on June 19, 2006.

　　2.　Justin Sandberg, attorney for defendant, will be out of town from June 15-18 attending to a family member who is recovering from surgery, and will be unable to work on the brief.

　　3. Pursuant to Local Rule 7(m), plaintiff's counsel Meredith Di Liberto has advised that she does not object to the requested extension of time to file the reply.

　　Accordingly, defendant requests an extension of time of four (4) days to file a reply brief in support of its motion to dismiss, making the reply due on or before June 23, 2006.

Dated: June 13, 2006						Respectfully submitted,

							PETER D. KEISLER
							Assistant Attorney General

							KENNETH L. WAINSTEIN
							United States Attorney

							CARL NICHOLS
							Deputy Assistant Attorney General

							JOSEPH H. HUNT
							Branch Director

							ELIZABETH J. SHAPIRO
							Assistant Branch Director


							<u>s/ Justin M. Sandberg</u>
							JUSTIN M. SANDBERG
							United States Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Avenue, N.W. #7224
							P.O. Box 883 Ben Franklin Station
							Washington, D.C. 20044
							Telephone:  (202) 514-3489
							Facsimile:  (202) 616-8202
							E-mail:  justin.sandberg@usdoj.gov

							<u>Attorneys for Defendant</u>