IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES SECRET SERVICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-310 (JGP)<br>ECF |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT
OF MOTION TO DISMISS**

Defendant, through undersigned counsel, hereby moves this Court for a seven (7) day extension of time, until June 30, to file a reply brief in support of its motion to dismiss for lack of subject matter jurisdiction. The reason for the request is as follows:

1. Defendant's reply brief is currently due on June 23, 2006.

2. Defendant has recently learned that there is additional information that it needs to review before it can file a reply.

3. This is defendant's second request for an extension of time to file its reply. Defendant previously obtained a four (4) day extension because Justin Sandberg, attorney for defendant, was out of town from June 15-18 helping a family member who was recovering from surgery.

4. Pursuant to Local Rule 7(m), Mr. Sandberg contacted plaintiff's counsel Paul Orfanedes. Mr. Orfanedes stated that he does not object to the requested extension of time to file the reply.

1

Accordingly, defendant requests an extension of time of seven (7) days to file a reply brief in support of its motion to dismiss, making the reply due on or before June 30, 2006.

Dated: June 23, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

CARL NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

ELIZABETH J. SHAPIRO
Assistant Branch Director


s/ Justin M. Sandberg
JUSTIN M. SANDBERG
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7224
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-3489
Facsimile: (202) 616-8202
E-mail: justin.sandberg@usdoj.gov

Attorneys for Defendant