IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. 06-310 (JGP) <br> UNITED STATES SECRET SERVICE, ) ECF <br> ) <br> Defendant. ) <br> ) | |

## PROPOSED ORDER

The Court GRANTS defendant's unopposed motion requesting that it be afforded until June 30, 2006 to file a reply brief in support of its motion to dismiss for lack of subject matter jurisdiction.

IT IS SO ORDERED.

ENTERED: _____

_____
UNITED STATES DISTRICT
COURT JUDGE JOHN GARRETT
PENN