IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-310 (JGP) |
| UNITED STATES SECRET SERVICE, ) | ECF |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant, through undersigned counsel, hereby moves this Court for a seven (7) day extension of time, until July 7, to file a reply brief in support of its motion to dismiss for lack of subject matter jurisdiction. The reason for the request is as follows:

1. Defendant's reply brief is currently due on June 30, 2006.

2. Before it can file its reply, defendant needs to obtain additional factual information that can be provided only by contract employees who could not be reached in time to meet today's filing deadline. Although defendant is requesting an extension of seven days, it may be able to obtain the necessary information in advance of that date. Nevertheless, in order to avoid coming back to the court with an additional request for time, and due to the intervening Fourth of July holiday, defendant requests a full week's extension.

3. This is defendant's third request for an extension of time to file its reply. Defendant previously obtained a four (4) day extension because Justin Sandberg, attorney for defendant, was out of town from June 15-18 helping a family member who was recovering from

surgery, and a seven (7) day extension of time to prepare its filing and obtain an appropriate declaration.

4.      Pursuant to Local Rule 7(m), Mr. Sandberg attempted to reach plaintiff's counsel Meredith Di Liberto on Friday afternoon by telephone and electronic mail, but was unable to do so.

Accordingly, defendant requests an extension of time of seven (7) days to file a reply brief in support of its motion to dismiss, making the reply due on or before July 7, 2006.

Dated: June 30, 2006                                  Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

CARL NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

ELIZABETH J. SHAPIRO
Assistant Branch Director


s/ Justin M. Sandberg
JUSTIN M. SANDBERG
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7224
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 514-3489
Facsimile:  (202) 616-8202
E-mail:  justin.sandberg@usdoj.gov

Attorneys for Defendant