IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-310 (JGP) |
| UNITED STATES SECRET SERVICE, ) | ECF |
| ) | |
| Defendant. ) | |
| ) | |

**<u>PROPOSED ORDER</u>**

The Court GRANTS defendant's motion requesting that it be afforded until July 7, 2006 to file a reply brief in support of its motion to dismiss for lack of subject matter jurisdiction.

IT IS SO ORDERED.

ENTERED: _____

_____
UNITED STATES DISTRICT
COURT JUDGE JOHN GARRETT
PENN