*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **JUDICIAL WATCH, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0310 (JGP) |
| | ) |
| **UNITED STATES SECRET SERVICE,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of defendant's Motion for Extension of Time [20], it is hereby

**ORDERED** that the motion is **GRANTED** *nunc pro tunc*; and it is further

**ORDERED** that defendant shall file its reply in support of its motion to dismiss or before July 7, 2006.


DATE: July 6, 2006                                              JOHN GARRETT PENN
                                                                **United States District Judge**