# EXHIBIT 2

WAVES-4-2-2003

6/23/2006

| NAMELAST | NAMEFIRST | NAMEMID | DOB | SSN | UIN |
|----------|-----------|---------|-----|-----|-----|
| ABRAMOFF | JACK | | | | U70552 |
| ABRAMOFF | JACK | | | | U11679 |
| ABRAMOFF | JACK | | | | U00083 |
| ABRAMOFF | JACK | | | | U07823 |

WAVES-4-2-2003

6/23/2006

| BDGNBR | ACCESS_TYPE | TOA | POA | TOD | POD |
|--------|-------------|-----|-----|-----|-----|
| 0 | VA | 12/10/2001 5:30:00 PM | WAVES | 001 5:30:00 AM | |
| | VA | | | | |
| | VA | | | | |
| 0 | VA | 5/9/2001 10:00:00 AM | Z2TSD | 01 10:00:00 PM | |

WAVES-4-2-2003                                                                          6/25/2006

| APPT. MADE D | APPT. START | APPT. END DA | APPT. CANCEL | Total People | ESCORT_TYPE |
|---|---|---|---|---|---|
| 001 6:02:00 PM | 001 5:30:00 PM | 001 7:30:00 PM | | 326 | |
| 001 8:26:17 AM | 001 9:15:00 AM | 01 11:59:00 PM | | 40 | |
| 01 12:25:00 PM | 01 12:00:00 PM | 001 2:00:00 PM | | 1 | |
| 001 6:17:00 PM | 01 10:00:00 AM | 01 11:59:00 PM | | 31 | |

| ESCORT NAM | ESCORT NAM | LAST UPDATE | POST | LastEntryDate | TERMINAL SU |
|---|---|---|---|---|---|
| | | J9 | WIJ | 001 6:02:00 PM | 49 |
| | | SH | WIN | 001 8:28:20 AM | SH |
| | | SH | WIS | 01 12:25:00 PM | LH |
| | | SH | WIA | 001 7:02:00 AM | 20 |

WAVES-4-2-2003

6/23/2006

| visitee_namelas | visitee_namefirs | visitee_phone | MEETING_LOC | MEETING_ROC | CALLER_NAME |
|---|---|---|---|---|---|
| POTUS | | 0-0 | WH | RESIDENCE | JOHNSTON |
| RYUN | | 0065675 | OEOB | 276 | RYUN |
| CONDA | | 0-0 | OEOB | 286 | REES |
| ESTES | | 0062930 | OEOB | 476 | ESTES |

WAVES-4-2-2003

| CALLER NAME | CALLER PHON | CALLER ROON |
|-------------|-------------|-------------|
| MEGAN | 6-9702 | |
| CATHARINE | 0065675 | |
| NINA | 6-9012 | |
| JOHN | 0000000 | |

| NAMELAST | NAMEFIRST | NAMEMID | DOB | SSN | UIN |
|----------|-----------|---------|-----|-----|-----|
| ABRAMOFF | JACK | | | | U70552 |

WAVES-4-2-2003    6/23/2006

| BDGNBR | ACCESS TYPE | TOA | POA | TOD |
|---|---|---|---|---|
| 0 | VA | 12/10/2001 5:30:00 PM | WAVES | 001 5:30:00 AM |

WAVES-4-2-2003                                                          6/23/2006

| POD | APPT MADE | APPT START | APPT END DA | APPT CANCEL | Total People |
|-----|-----------|------------|-------------|-------------|--------------|
|     | 001 6:02:00 PM | 001 5:30:00 PM | 001 7:30:00 PM |  | 326 |

WAVES-4-2-2003                                                    6/23/2006

| ESCORT TYPE | ESCORT NAM | ESCORT NAM | LAST UPDATE | POST | LastEntryDate |
|---|---|---|---|---|---|
| | | | J9 | WIJ | 001 6:02:00 PM |

| TERMINAL_SU | visitee_namelas | visitee_namefirs | visitee_phone | MEETING_LOC | MEETING_ROC |
|---|---|---|---|---|---|
| 49 | POTUS | | 0-0 | WH | RESIDENCE |

WAVES 4-2-2003    6/29/2006

| CALLER NAME | CALLER NAME | CALLER PHON | CALLER ROON |
|-------------|-------------|-------------|-------------|
| JOHNSTON | MEGAN | 6-9702 | |

WAVES-4-2-2003                                    6/23/2006

| NAMELAST | NAMEFIRST | NAMEMID | DOB | SSN | UIN |
|----------|-----------|---------|-----|-----|-----|
| ABRAMOFF | JACK      |         |     |     | U11679 |

Page 1

WAVES-4-2-2003

6/23/2006

| BDGNBR | ACCESS TYPE | TOA | POA | TOD |
|--------|-------------|-----|-----|-----|
|        | VA          |     |     |     |

WAVES-4-2-2003                                                    6/23/2006

| POD | APPT MADE D | APPT START | APPT END DA | APPT CANCEL | Total People |
|-----|-------------|------------|-------------|-------------|--------------|
| 001 | 8:26:17 AM | 001 9:15:00 AM | 01 11:59:00 PM | | 40 |

| ESCORT TYPE | ESCORT NAME | ESCORT NAME | LAST UPDATE | POST | LastEntryDate |
|---|---|---|---|---|---|
|  |  |  | SH | WIN | 001 8:28:20 AM |

WAVES-4-2-2003                                    6/23/2006

| TERMINAL_SU | visitee_namelas | visitee_namefirs | visitee_phone | MEETING_LOC | MEETING_ROC |
|---|---|---|---|---|---|
| SH | RYUN | | 0065675 | OEOB | 276 |

WAVES-4-2-2003

6/23/2006

| CALLER NAME | CALLER NAME | CALLER PHONE | CALLER ROOM |
|---|---|---|---|
| RYUN | CATHARINE | 0065675 | |

WAVES-4-2-2003                                    6/23/2006

| NAMELAST | NAMEFIRST | NAMEMID | DOB | SSN | UIN |
|----------|-----------|---------|-----|-----|--------|
| ABRAMOFF | JACK      |         |     |     | U00083 |

WAVES-4-2-2003

| BDGNBR | ACCESS_TYPE | TOA | POA | TOD |
|--------|-------------|-----|-----|-----|
|        | VA          |     |     |     |

WAVES-4-2-2003
6/23/2006

| POD | APPT_MADE | APPT_START | APPT_END DA | APPT_CANCEL | Total People |
|-----|-----------|------------|-------------|-------------|--------------|
|     | 01 12:25:00 PM | 01 12:00:00 PM | 001 2:00:00 PM |  | 1 |

WAVES-4-2-2003                                                6/23/2006

| ESCORT_TYPE | ESCORT_NAME | ESCORT_NAM | LAST_UPDATE | POST | LastEntryDate |
|---|---|---|---|---|---|
| | | | SH | WIS | 01 12:25:00 PM |

WAVES-4-2-2003                                                                  6/23/2006

| TERMINAL SU | visitee namelas | visitee namefirs | visitee phone | MEETING LOC | MEETING ROO |
|-------------|-----------------|------------------|---------------|-------------|-------------|
| LH          | CONDA           |                  | 0-0           | OEOB        | 286         |

WAVES-4-2-2003                                                                   6/23/2006

| CALLER NAME | CALLER NAME | CALLER PHON | CALLER ROOM |
|-------------|-------------|-------------|-------------|
| REES        | NINA        | 6-9012      |             |

| NAMELAST | NAMEFIRST | NAMEMID | DOB | SSN | UIN |
|----------|-----------|---------|-----|-----|-----|
| ABRAMOFF | JACK | | | | U07823 |

| BDGNBR | ACCESS TYPE | TOA | POA | TOD |
|---|---|---|---|---|
| 0 | VA | 5/9/2001 10:00:00 AM | Z2TSD | 01 10:00:00 PM |

WAVES-4-2-2003

| POD | APPT_MADE_D | APPT_START | APPT_END_DA | APPT_CANCEL | Total_People |
|-----|-------------|------------|-------------|-------------|--------------|
| 001 | 6:17:00 PM | 01 10:00:00 AM | 01 11:59:00 PM | | 31 |

WAVES-4-2-2003

4/29/2006

| ESCORT TYPE | ESCORT NAME | ESCORT NAME | LAST UPDATE | POST | LastEntryDate |
|---|---|---|---|---|---|
| | | | SH | WIA | OO1 7:02:00 AM |

| TERMINAL SU | visitee namelas | visitee namefirs | visitee phone | MEETING LOC | MEETING ROC |
|---|---|---|---|---|---|
| 20 | ESTES | | 0062930 | OEOB | 476 |

WAVES-4-2-2003

| CALLER NAME | CALLER NAME | CALLER PHON | CALLER ROON |
|---|---|---|---|
| ESTES | JOHN | 0000000 | |