# EXHIBIT 3

Searching: C:\xdata\WAVESDISKS\WAVESDISK_1-8-2002.mdb Table name: WAVES-ALL-1-8-2002

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK        U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM  12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326    J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS              0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702

ABRAMOFF JACK        U11679  VA  5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40   SH WIN 5/17/2001 8:28:20 AM SH RYUN         0065675 OEOB 276 RYUN CATHARINE 0065675

ABRAMOFF JACK        U00083  VA   4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  1     SH WIS 4/17/2001 12:25:00 PM LH CONDA         0-0 OEOB 286 REES NINA 6-9012

ABRAMOFF JACK        U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31     SH WIA 5/9/2001 7:02:00 AM 20 ESTES          0062930 OEOB 476 ESTES JOHN 0000000

Searching: C:\xdata\WAVESDISKS\WAVESDISK_10-2-2001.mdb Table name: WAVES-ALL-10-2

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK        U11679  VA  5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40   SH WIN 5/17/2001 8:28:20 AM SH RYUN         0065675 OEOB 276 RYUN CATHARINE 0065675

ABRAMOFF JACK        U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31     SH WIA 5/9/2001 7:02:00 AM 20 ESTES          0062930 OEOB 476 ESTES JOHN 0000000

ABRAMOFF JACK        U00083  VA   4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  1     SH WIS 4/17/2001 12:25:00 PM LH CONDA         0-0 OEOB 286 REES NINA 6-9012

Searching: C:\xdata\WAVESDISKS\WAVESDISK_11-29-2001.mdb Table name: WAVES-ALL-11-29

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                         U11679  VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM  40    SH WIN 5/17/2001 8:28:20 AM SH RYUN                   0065675 OEOB 276 RYUN CATHARINE 0065675

ABRAMOFF JACK                         U00083  VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  1     SH WIS 4/17/2001 12:25:00 PM LH CONDA                  0-0 OEOB 286 REES NINA 6-9012

ABRAMOFF JACK                         U07823  0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  31      SH WIA 5/9/2001 7:02:00 AM 20 ESTES                  0062930 OEOB 476 ESTES JOHN 0000000

Searching:  C:\xdata\WAVESDISKS\WAVESDISK_12-31-2001.mdb Table name: WAVES-ALL-12-31

NAMELAST  NAMEFIRST  NAMEMID  DOB  SSN  UIN  BDGNBR  ACCESS_TYPE  TOA  POA  TOD  POD  APPT_MADE_DATE  APPT_START_DATE  APPT_END_DATE  APPT_CANCEL_DATE  Total_People  ESCORT_TYPE  ESCORT_NAME_LAST  ESCORT_NAME_F  LAST_UPDATEDBY  POST  LastEntryDate  TERMINAL_SUFFIX  visitee_namelast  visitee_namefirst  visitee_phone  MEETING_LOC  MEETING_ROOM  CALLER_NAME_LAST  CALLER_NAME_FIRST  CALLER_PHONE  CALLER_ROOM

ABRAMOFF JACK                         U11679  VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM  40    SH WIN 5/17/2001 8:28:20 AM SH RYUN                   0065675 OEOB 276 RYUN CATHARINE 0065675

ABRAMOFF JACK                         U70552  0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM  326     J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS                   0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702

ABRAMOFF JACK                         U00083  VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  1     SH WIS 4/17/2001 12:25:00 PM LH CONDA                  0-0 OEOB 286 REES NINA 6-9012

ABRAMOFF JACK                         U07823  0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  31      SH WIA 5/9/2001 7:02:00 AM 20 ESTES                  0062930 OEOB 476 ESTES JOHN 0000000

Searching:  C:\xdata\WAVESDISKS\WAVESDISK_2-5-2002.mdb Table name: WAVES-ALL-2-5-2002

NAMELAST  NAMEFIRST  NAMEMID  DOB  SSN  UIN  BDGNBR  ACCESS_TYPE  TOA  POA  TOD  POD  APPT_MADE_DATE  APPT_START_DATE  APPT_END_DATE  APPT_CANCEL_DATE  Total_People  ESCORT_TYPE  ESCORT_NAME_LAST  ESCORT_NAME_F  LAST_UPDATEDBY  POST  LastEntryDate  TERMINAL_SUFFIX  visitee_namelast  visitee_namefirst  visitee_phone  MEETING_LOC  MEETING_ROOM  CALLER_NAME_LAST  CALLER_NAME_FIRST  CALLER_PHONE  CALLER_ROOM

ABRAMOFF JACK                         U11679  VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM  40    SH WIN 5/17/2001 8:28:20 AM SH RYUN                   0065675 OEOB 276 RYUN CATHARINE 0065675

ABRAMOFF JACK                         U70552  0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM  326     J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS                   0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702

ABRAMOFF JACK                         U07823  0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  31      SH WIA 5/9/2001 7:02:00 AM 20 ESTES                  0062930 OEOB 476 ESTES JOHN 0000000

ABRAMOFF JACK                               U00083  VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  1     SH WIS 4/17/2001 12:25:00 PM LH CONDA                                   0-0  OEOB 286 REES NINA 6-9012

**Searching: C:\xdata\WAVESDISKS\WAVESDISK_8-13-2001.mdb Table name: WAVES-ALL-8-13**

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                              U11679  VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM  40   SH WIN 5/17/2001 8:28:20 AM SH RYUN                         0065675  OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                              U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  31       SH WIA 5/9/2001 7:02:00 AM 20 ESTES                  0062930 OEOB 476 ESTES JOHN 0000000
ABRAMOFF JACK                              U00083  VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  1     SH WIS 4/17/2001 12:25:00 PM LH CONDA                                   0-0  OEOB 286 REES NINA 6-9012

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES_10-2-01.mdb Table name: VISITOR**

STATUS UIN NAMELAST NAMEFIRST NAMEMID SSN DOB APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE ACCESS_TYPE NOTE BADGE_NUM ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F DESTINATION LAST_UPDATEDBY POST TERMINAL_SUFFIX LastEntryDate VGUID

NO STATUS AVAIL U11679 ABRAMOFF JACK                  -          5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM  VA       O SH WIN SH 5/17/2001 8:28:20 AM {guid {28798F09-4912-4B14-9DB6-108B31287179}}
OK U00083 ABRAMOFF JACK                           4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM VA       O SH WIS LH 4/17/2001 12:25:00 PM {guid {405A1179-CB5E-43B0-B2A0-6133CB7C5A84}}
NO STATUS AVAIL U07823 ABRAMOFF JACK                       5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  VA       O SH WIA 20 5/9/2001 7:02:00 AM {guid {21468A36-8013-4BAF-8976-92B271CB8B03}}
OK U80455 ABRAMOFF JACK                             2/21/2001 7:35:00 PM 3/1/2001 4:00:00 PM 3/1/2001 6:00:00 PM  VA        WIA 20 2/21/2001 7:35:00 PM {guid {14071A35-2E0F-4577-9D9C-990ADADA458C}}
OK U83982 ABRAMOFF JACK                             3/3/2001 1:16:00 PM 3/6/2001 4:30:00 PM 3/6/2001 6:30:00 PM VA        WIJ 49 3/3/2001 1:16:00 PM {guid {DC3EC8E4-2DED-4B43-A041-AA461A282527}}

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES_10-2-01.mdb Table name: VISITOR_LOG**

UIN NAMELAST NAMEFIRST NAMEMID SSN DOB TOA POA USERNBR BDGNBR LCN TOD POD VGUID DESTINATION REMARKS ACCESS_TYPE VISITEE_LAST_NAME VISITEE_FIRST_NAME BADGE_TYPE Agency_Firm Authorize Officer PkgDescription Inspected Status StatusDate IsArchived

U07823 ABRAMOFF JACK                    5/9/2001 10:00:00 AM Z2TSD  0 00000 5/9/2001 10:00:00 PM  {guid {21468A36-8013-4BAF-8976-92B271CB8B03}} O Automatic TOD after 12 hours from TOA VA    N  5/9/2001 10:17:59 AM

**Searching:  C:\xdata\WAVESTABLES\WAVESTABLES_2-1-02.mdb Table name: VISITOR**

STATUS  UIN  NAMELAST  NAMEFIRST  NAMEMID  SSN  DOB  APPT_MADE_DATE  APPT_START_DATE  APPT_END_DATE  APPT_CANCEL_DATE  ACCESS_TYPE  NOTE  BADGE_NUM  ESCORT_TYPE  ESCORT_NAME_LAST  ESCORT_NAME_F  DESTINATION  LAST_UPDATEDBY  POST  TERMINAL_SUFFIX  LastEntryDate  VGUID

NO STATUS AVAIL U11679 ABRAMOFF JACK           5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM  VA    O SH WIN SH 5/17/2001 8:28:20 AM {guid {28798F09-4912-4B14-9DB6-108B31287179}}
NO STATUS AVAIL U70552 ABRAMOFF JACK           12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM  VA    W J9 WIJ 49 12/7/2001 6:02:00 PM {guid {68693164-BF18-4CC3-99DF-3BA52613F42E}}
OK U00083 ABRAMOFF JACK                    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  VA    O SH WIS LH 4/17/2001 12:25:00 PM {guid {405A1179-CB5E-43B0-B2A0-6133CB7C5A84}}
NO STATUS AVAIL U07823 ABRAMOFF JACK              5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  VA    O SH WIA 20 5/9/2001 7:02:00 AM {guid {21468A36-8013-4BAF-8976-92B271CB8B03}}

**Searching:  C:\xdata\WAVESTABLES\WAVESTABLES_2-1-02.mdb Table name: VISITOR_LOG**

UIN  NAMELAST  NAMEFIRST  NAMEMID  SSN  DOB  TOA  POA  USERNBR  BDGNBR  LCN  TOD  POD  VGUID  DESTINATION  REMARKS  ACCESS_TYPE  VISITEE_LAST_NAME  VISITEE_FIRST_NAME  BADGE_TYPE  Agency_Firm  Authorize  Officer  PkgDescription  Inspected  Status  StatusDate  IsArchived

U07823 ABRAMOFF JACK                    5/9/2001 10:00:00 AM Z2TSD  0 00000 5/9/2001 10:00:00 PM  {guid {21468A36-8013-4BAF-8976-92B271CB8B03}} O Automatic TOD after 12 hours from TOA VA    N  5/9/2001 10:17:59 AM
U70552 ABRAMOFF JACK                    12/10/2001 5:30:00 PM WAVES  0 00000 12/11/2001 5:30:00 AM  {guid {68693164-BF18-4CC3-99DF-3BA52613F42E}} W  VA    N  12/11/2001 9:00:03 AM

**Searching:  C:\xdata\WAVESTABLES\WAVESTABLES_5-09-01.mdb Table name: VISITOR**

STATUS  UIN  NAMELAST  NAMEFIRST  NAMEMID  SSN  DOB  APPT_MADE_DATE  APPT_START_DATE  APPT_END_DATE  APPT_CANCEL_DATE  ACCESS_TYPE  NOTE  BADGE_NUM  ESCORT_TYPE  ESCORT_NAME_LAST  ESCORT_NAME_F  DESTINATION  LAST_UPDATEDBY  POST  TERMINAL_SUFFIX  LastEntryDate  VGUID

OK U00083 ABRAMOFF JACK                    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  VA    O SH WIS LH 4/17/2001 12:25:00 PM {guid {405A1179-CB5E-43B0-B2A0-6133CB7C5A84}}
NO STATUS AVAIL U07823 ABRAMOFF JACK              5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  VA    O SH WIA 20 5/9/2001 7:02:00 AM {guid {21468A36-8013-4BAF-8976-92B271CB8B03}}

OK U80455 ABRAMOFF JACK                    2/21/2001 7:35:00 PM 3/1/2001 4:00:00 PM 3/1/2001 6:00:00 PM  VA        WIA 20 2/21/2001 7:35:00 PM {guid {14071A35-2E0F-4577-9D9C-990ADADA458C}}

OK U83982 ABRAMOFF JACK                    3/3/2001 1:16:00 PM 3/6/2001 4:30:00 PM 3/6/2001 6:30:00 PM  VA        WIJ 49 3/3/2001 1:16:00 PM {guid {DC3EC8E4-2DED-4B43-A041-AA461A282527}}

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES_5-09-01.mdb Table name: VISITOR_LOG**

UIN NAMELAST NAMEFIRST NAMEMID SSN DOB TOA POA USERNBR BDGNBR LCN TOD POD VGUID DESTINATION REMARKS ACCESS_TYPE VISITEE_LAST_NAME VISITEE_FIRST_NAME BADGE_TYPE Agency_Firm Authorize Officer PkgDescription Inspected Status StatusDate IsArchived

U07823 ABRAMOFF JACK                       5/9/2001 10:00:00 AM Z2TSD 0 00000  {guid {21468A36-8013-4BAF-8976-92B271CB8B03}} O  VA        N  5/9/2001 10:17:59 AM

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES_7-20-01.mdb Table name: 7/20_visitor**

STATUS UIN NAMELAST NAMEFIRST NAMEMID SSN DOB APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE ACCESS_TYPE NOTE BADGE_NUM ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F DESTINATION LAST_UPDATEDBY POST TERMINAL_SUFFIX LastEntryDate VGUID

NO STATUS AVAIL U11679 ABRAMOFF JACK                    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM  VA       O SH WIN SH 5/17/2001 8:28:20 AM {guid {28798F09-4912-4B14-9DB6-108B31287179}}

OK U00083 ABRAMOFF JACK                    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  VA       O SH WIS LH 4/17/2001 12:25:00 PM {guid {405A1179-CB5E-43B0-B2A0-6133CB7C5A84}}

NO STATUS AVAIL U07823 ABRAMOFF JACK                    5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  VA       O SH WIA 20 5/9/2001 7:02:00 AM {guid {21468A36-8013-4BAF-8976-92B271CB8B03}}

OK U80455 ABRAMOFF JACK                    2/21/2001 7:35:00 PM 3/1/2001 4:00:00 PM 3/1/2001 6:00:00 PM  VA        WIA 20 2/21/2001 7:35:00 PM {guid {14071A35-2E0F-4577-9D9C-990ADADA458C}}

OK U83982 ABRAMOFF JACK                    3/3/2001 1:16:00 PM 3/6/2001 4:30:00 PM 3/6/2001 6:30:00 PM  VA        WIJ 49 3/3/2001 1:16:00 PM {guid {DC3EC8E4-2DED-4B43-A041-AA461A282527}}

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES_7-20-01.mdb Table name: 7/20_visitor_log**

UIN NAMELAST NAMEFIRST NAMEMID SSN DOB TOA POA USERNBR BDGNBR LCN TOD POD VGUID DESTINATION REMARKS ACCESS_TYPE VISITEE_LAST_NAME VISITEE_FIRST_NAME BADGE_TYPE Agency_Firm Authorize Officer PkgDescription Inspected Status StatusDate IsArchived

U07823 ABRAMOFF JACK                       5/9/2001 10:00:00 AM Z2TSD 0 00000 5/9/2001 10:00:00 PM  {guid {21468A36-8013-4BAF-8976-92B271CB8B03}} O Automatic TOD after 12 hours from TOA VA       N  5/9/2001 10:17:59 AM

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES_8-15-01.mdb Table name: VISITOR**

STATUS  UIN  NAMELAST  NAMEFIRST  NAMEMID  SSN  DOB  APPT_MADE_DATE  APPT_START_DATE  APPT_END_DATE  APPT_CANCEL_DATE  ACCESS_TYPE  NOTE  BADGE_NUM  ESCORT_TYPE  ESCORT_NAME_LAST  ESCORT_NAME_F  DESTINATION  LAST_UPDATEDBY  POST  TERMINAL_SUFFIX  LastEntryDate  VGUID

NO STATUS AVAIL U11679 ABRAMOFF JACK        5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM  VA    O SH WIN SH 5/17/2001 8:28:20 AM {guid {28798F09-4912-4B14-9DB6-108B31287179}}

OK U00083 ABRAMOFF JACK        4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  VA    O SH WIS LH 4/17/2001 12:25:00 PM {guid {405A1179-CB5E-43B0-B2A0-6133CB7C5A84}}

NO STATUS AVAIL U07823 ABRAMOFF JACK        5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  VA    O SH WIA 20 5/9/2001 7:02:00 AM {guid {21468A36-8013-4BAF-8976-92B271CB8B03}}

OK U80455 ABRAMOFF JACK        2/21/2001 7:35:00 PM 3/1/2001 4:00:00 PM 3/1/2001 6:00:00 PM  VA    WIA 20 2/21/2001 7:35:00 PM {guid {14071A35-2E0F-4577-9D9C-990ADADA458C}}

OK U83982 ABRAMOFF JACK        3/3/2001 1:16:00 PM 3/6/2001 4:30:00 PM 3/6/2001 6:30:00 PM  VA    WIJ 49 3/3/2001 1:16:00 PM {guid {DC3EC8E4-2DED-4B43-A041-AA461A282527}}

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES_8-15-01.mdb Table name: VISITOR_LOG**

UIN  NAMELAST  NAMEFIRST  NAMEMID  SSN  DOB  TOA  POA  USERNBR  BDGNBR  LCN  TOD  POD  VGUID  DESTINATION  REMARKS  ACCESS_TYPE  VISITEE_LAST_NAME  VISITEE_FIRST_NAME  BADGE_TYPE  Agency_Firm  Authorize  Officer  PkgDescription  Inspected  Status  StatusDate  IsArchived

U07823 ABRAMOFF JACK        5/9/2001 10:00:00 AM Z2TSD 0 00000 5/9/2001 10:00:00 PM  {guid {21468A36-8013-4BAF-8976-92B271CB8B03}} O Automatic TOD after 12 hours from TOA VA    N 5/9/2001 10:17:59 AM

**Searching: C:\NWHACS\ACR\2004\ACR_2004.mdb Table name: ACR-2004**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2004\ORIGINAL_ACR_2004.mdb Table name: 2004 - Card Swipe Data**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2004\ORIGINAL_ACR_2004.mdb Table name: 2004-EOP CARD DATA**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2004\ORIGINAL_ACR_2004.mdb Table name: ACR-2004**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2004\Monthly_records\Monthly_2004.mdb Table name: JANUARY-2004**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2005\Copy of ACR_2005.mdb Table name: 2004 - Card Swipe Data**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2005\Copy of ACR_2005.mdb Table name: 2004-EOP CARD DATA**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2005\Copy of ACR_2005.mdb Table name: ACR-2004**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2005\ORIGINAL_ACR_2005.mdb Table name: 2004 - Card Swipe Data**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2005\ORIGINAL_ACR_2005.mdb Table name: 2004-EOP CARD DATA**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2005\ORIGINAL_ACR_2005.mdb Table name: ACR-2004**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\REAL_DATA\REAL_WAVESn.mdb Table name: WAVES-4-2-2003**

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                   U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM  12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM  326     J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS               0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK                   U11679 VA   5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40   SH WIN 5/17/2001 8:28:20 AM SH RYUN              0065675 OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                   U00083 VA   4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM 1    SH WIS 4/17/2001 12:25:00 PM LH CONDA              0-0 OEOB 286 REES NINA 6-9012
ABRAMOFF JACK                   U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31     SH WIA 5/9/2001 7:02:00 AM 20 ESTES              0062930 OEOB 476 ESTES JOHN 0000000

**Searching: C:\NWHACS\REAL_DATA\REAL_WAVESnote.mdb Table name: WAVES-ALL-2-5**

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                   U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM  12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM  326     J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS               0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK                   U11679 VA   5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40   SH WIN 5/17/2001 8:28:20 AM SH RYUN              0065675 OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                   U00083 VA   4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM 1    SH WIS 4/17/2001 12:25:00 PM LH CONDA              0-0 OEOB 286 REES NINA 6-9012

ABRAMOFF JACK                    U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  31      SH WIA 5/9/2001 7:02:00 AM 20 ESTES                     0062930 OEOB 476 ESTES JOHN 0000000

Searching:  C:\Steve 05\REAL_WAVES1.mdb Table name: WAVES-4-2-2003

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                    U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326     J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS                  0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK                    U11679 VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40  SH WIN 5/17/2001 8:28:20 AM SH RYUN                    0065675 OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                    U00083 VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  1    SH WIS 4/17/2001 12:25:00 PM LH CONDA                      0-0 OEOB 286 REES NINA 6-9012
ABRAMOFF JACK                    U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  31      SH WIA 5/9/2001 7:02:00 AM 20 ESTES                     0062930 OEOB 476 ESTES JOHN 0000000

Searching:  C:\Steve 05\REAL_WAVES1.mdb Table name: WAVES-ALL-2-5

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                    U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326     J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS                  0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK                    U11679 VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40  SH WIN 5/17/2001 8:28:20 AM SH RYUN                    0065675 OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                    U00083 VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  1    SH WIS 4/17/2001 12:25:00 PM LH CONDA                      0-0 OEOB 286 REES NINA 6-9012
ABRAMOFF JACK                    U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  31      SH WIA 5/9/2001 7:02:00 AM 20 ESTES                     0062930 OEOB 476 ESTES JOHN 0000000

Searching: C:\Steve 05\REAL_WAVESNOTE.mdb Table name: WAVES-4-2-2003

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                           U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326    J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS           0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK                           U11679 VA   5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40   SH WIN 5/17/2001 8:28:20 AM SH RYUN                0065675 OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                           U00083 VA   4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM 1    SH WIS 4/17/2001 12:25:00 PM LH CONDA              0-0 OEOB 286 REES NINA 6-9012
ABRAMOFF JACK                           U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31    SH WIA 5/9/2001 7:02:00 AM 20 ESTES              0062930 OEOB 476 ESTES JOHN 0000000

Searching: C:\Steve 05\REAL_WAVESNOTE.mdb Table name: WAVES-ALL-2-5

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                           U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326    J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS           0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK                           U11679 VA   5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40   SH WIN 5/17/2001 8:28:20 AM SH RYUN                0065675 OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                           U00083 VA   4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM 1    SH WIS 4/17/2001 12:25:00 PM LH CONDA              0-0 OEOB 286 REES NINA 6-9012
ABRAMOFF JACK                           U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31    SH WIA 5/9/2001 7:02:00 AM 20 ESTES              0062930 OEOB 476 ESTES JOHN 0000000

Searching: D:\NWHACS\EPASS-Old ACR's\EPASS-1-20-2001-FORWARD.mdb Table name: EPASS_1-20-2001_12NOON_FORWARD

   BADGE  DATE  TIME  POST  STATUS  NAME_LAST  NAME_FIRST  NAME_MI  PASS_TYPE  EPASS_TYPE

   346C25 3/6/2001 16:23:35 A4 ENTERING ABRAMOFF JACK  A
   346C25 3/6/2001 16:49:50 A4 EXITING ABRAMOFF JACK  A

Searching: D:\NWHACS\EPASS-Old ACR's\EPASS-2001all.mdb Table name: EPASS-2001

   BADGE  DATE  TIME  POST  STATUS  NAME_LAST  NAME_FIRST  NAME_MI  PASS_TYPE  EPASS_TYPE

   346C25 3/6/2001 16:23:35 A4 ENTERING ABRAMOFF JACK  A
   346C25 3/6/2001 16:49:50 A4 EXITING ABRAMOFF JACK  A

Searching: D:\NWHACS\EPASS-Old ACR's\ACR\2003\ACR_2003.mdb Table name: ACR-2003

   AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

   7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
   7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

Searching: D:\NWHACS\EPASS-Old ACR's\ACR\2003\Original_ACR_2003.mdb Table name: ACR-2003

   AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

   7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
   7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

Searching: D:\NWHACS\EPASS-Old ACR's\ACR\2004\ACR_2004.mdb Table name: ACR-2004

   AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

   7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
   7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
   7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
   7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

Searching: D:\NWHACS\EPASS-Old ACR's\ACR\2004\Original_ACR_2004.mdb Table name: ACR-2004

   AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

   7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active

7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching:  D:\NWHACS\EPASS-Old ACR's\ACR\2004\Monthly_records\Monthly_2004.mdb Table name: JANUARY-2004**

AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active