# EXHIBIT 4

```
                            New_PC_C_Drive_Output_Hits.txt
     AccessLogId    BadgeNbr    MsgDateTime    RdrName    MsgName    Reason
UserLastName    UserFirstName    BadgeStsName   ARTWORKFRONT    BADGE_TYPE

     7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF
JACK Active
     7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK
Active




       NAMELAST    NAMEFIRST    NAMEMID    DOB    SSN    UIN    BDGNBR    ACCESS_TYPE    TOA
POA    TOD    POD    APPT_MADE_DATE    APPT_START_DATE    APPT_END_DATE
APPT_CANCEL_DATE    Total_People    ESCORT_TYPE    ESCORT_NAME_LAST    ESCORT_NAME_F
LAST_UPDATEDBY    POST    LastEntryDate    TERMINAL_SUFFIX    visitee_namelast
visitee_namefirst    visitee_phone    MEETING_LOC    MEETING_ROOM    CALLER_NAME_LAST
CALLER_NAME_FIRST    CALLER_PHONE    CALLER_ROOM
     ABRAMOFF JACK                             U70552 0 VA 12/10/2001 5:30:00 PM WAVES
12/11/2001 5:30:00 AM  12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00
PM  326       J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS
     0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
     ABRAMOFF JACK                             U11679   VA    5/17/2001 8:26:17 AM
5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM   40    SH WIN 5/17/2001 8:28:20 AM SH
RYUN                                0065675 OEOB 276 RYUN CATHARINE 0065675
     ABRAMOFF JACK                             U00083   VA    4/17/2001 12:25:00 PM
4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  1      SH WIS 4/17/2001 12:25:00 PM
LH CONDA                            0-0 OEOB 286 REES NINA 6-9012
     ABRAMOFF JACK                             U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD
5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM
31         SH WIA 5/9/2001 7:02:00 AM 20 ESTES
0062930 OEOB 476 ESTES JOHN 0000000






                                          Page 1
```

```
                          Old_PC_D_Drive_Output_Hits.txt
BADGE     DATE            TIME            POST     STATUS          NAME_LAST
NAME_FIRST     NAME_MI
346C25    3/6/2001        16:23:35        A4       ENTERING        ABRAMOFF         JACK
               A
346C25    3/6/2001        16:49:50        A4       EXITING         ABRAMOFF         JACK
               A


AccessLogId    BadgeNbr        MsgDateTime              RdrName         MsgName
        Reason         UserLastName    UserFirstName    BADGE_TYPE
7554337        37581           1/20/2004 10:42:20 AM    D1 Entry        Lane 1
AcsGrant       Normal          ABRAMOFF        JACK              Active

7554802        37581           1/20/2004 11:29:34 AM    D1 Exit         Lane
AcsGrant                Normal          ABRAMOFF         JACK            Active
```

Page 1

```
                    Old_PC_C_Drive_Output_Hits.txt
STATUS             UIN      NAMELAST        NAMEFIRST    NAMEMID      SSN                 DOB
                   APPT_MADE_DATE           APPT_START_DATE            APPT_END_DATE
APPT_CANCEL_DATE            ACCESS_TYPE
NO STATUS AVAIL    U70552   ABRAMOFF        JACK
                   12/7/2001 6:02:00 PM     12/10/2001 5:30:00 PM      12/10/2001 7:30:00
PM                          VA
NO STATUS AVAIL    U07823   ABRAMOFF        JACK
                   5/7/2001 6:17:00 PM      5/9/2001 10:00:00 AM       5/9/2001 11:59:00 PM
                            VA
NO STATUS AVAIL    U11679   ABRAMOFF        JACK
                   5/17/2001 8:26:17 AM     5/17/2001 9:15:00 AM       5/17/2001 11:59:00
PM                          VA
OK                 U00083   ABRAMOFF        JACK
                   4/17/2001 12:25:00 PM    4/20/2001 12:00:00 PM      4/20/2001 2:00:00 PM
                            VA
OK                 U80455   ABRAMOFF        JACK
                   2/21/2001 7:35:00 PM     3/1/2001 4:00:00 PM        3/1/2001 6:00:00 PM
                            VA
OK                 U83982   ABRAMOFF        JACK
                   3/3/2001 1:16:00 PM      3/6/2001 4:30:00 PM        3/6/2001 6:30:00 PM
                            VA
                   U70552   ABRAMOFF        JACK
                   12/10/2001 5:30:00 PM    12/10/2001 5:30:00 AM      12/7/2001 6:02:00 PM
12/10/2001 5:30:00 PM  12/10/2001 7:30:00 PM   326
```

Page 1