# EXHIBIT 5

| AccessLogId | BadgeNbr | MsgDateTime | RdrName | MsgName | Reason | UserLastName | UserFirstName |
|---|---|---|---|---|---|---|---|
| 7554337 | 37581 | 1/20/2004 10:42:20 AM | D1 Entry Lane 1 | AcsGrant | Normal | ABRAMOFF | JACK |
| 7554802 | 37581 | 1/20/2004 11:29:34 AM | D1 Exit Lane | AcsGrant | Normal | ABRAMOFF | JACK |

| STATUS | UIN | NAMELAST | NAMEFIRST | NAMEMID | SSN | DOB | APPT_MADE_DATE |
|---|---|---|---|---|---|---|---|
| OK | U00083 | ABRAMOFF | JACK | | | | 4/17/2001 12:25:00 PM |
| NO STATUS AVAIL | U07823 | ABRAMOFF | JACK | | | | 5/7/2001 6:17:00 PM |
| NO STATUS AVAIL | U11679 | ABRAMOFF | JACK | | | | 5/17/2001 8:26:17 AM |
| NO STATUS AVAIL | U70552 | ABRAMOFF | JACK | | | | 12/7/2001 6:02:00 PM |
| OK | U80455 | ABRAMOFF | JACK | | | | 2/21/2001 7:35:00 PM |
| OK | U83982 | ABRAMOFF | JACK | | | | 3/3/2001 1:16:00 PM |

| NAMELAST | NAMEFIRST | NAMEMID | DOB | SSN | UIN | BDGNBR | ACCESS_TYPE |
|---|---|---|---|---|---|---|---|
| ABRAMOFF | JACK | | | | U00083 | | VA |
| ABRAMOFF | JACK | | | | U11679 | 0 | VA |
| ABRAMOFF | JACK | | | | U07823 | 0 | VA |
| ABRAMOFF | JACK | | | | U70552 | 0 | VA |

| UIN | NAMELAST | NAMEFIRST | | | | TOA | POA |
|---|---|---|---|---|---|---|---|
| U07823 | ABRAMOFF | JACK | | | | 5/9/2001 10:00:00 AM | Z2TSD |
| U70552 | ABRAMOFF | JACK | | | | 12/10/2001 5:30:00 PM | WAVES |

| BADGE | DATE | TIME | POST | STATUS | NAME_LAST | NAME_FIRST | NAME_MI |
|---|---|---|---|---|---|---|---|
| 346C25 | 3/6/2001 | 16:23:35 | A4 | ENTERING | ABRAMOFF | JACK | |
| 346C25 | 3/6/2001 | 16:49:50 | A4 | EXITING | ABRAMOFF | JACK | |

| BadgeStsName | ARTWORKFRONT | BADGE_TYPE |
|---|---|---|
| Active | | |
| Active | | |

| APPT_START_DATE | APPT_END_DATE | APPT_CANCEL_DATE | ACCESS_TYPE | NOTE |
|---|---|---|---|---|
| 4/20/2001 12:00:00 PM | 4/20/2001 2:00:00 PM | | VA | |
| 5/9/2001 10:00:00 AM | 5/9/2001 11:59:00 PM | | VA | |
| 5/17/2001 9:15:00 AM | 5/17/2001 11:59:00 PM | | VA | |
| 12/10/2001 5:30:00 PM | 12/10/2001 7:30:00 PM | | VA | |
| 3/1/2001 4:00:00 PM | 3/1/2001 6:00:00 PM | | VA | |
| 3/6/2001 4:30:00 PM | 3/6/2001 6:30:00 PM | | VA | |

| TOA | POA | TOD | POD | APPT_MADE_DATE |
|---|---|---|---|---|
| | | | | 4/17/2001 12:25:00 PM |
| 5/9/2001 10:00:00 AM | | 5/9/2001 10:00:00 PM | 5/9/2001 10:00:00 PM | 5/7/2001 6:17:00 PM |
| | | | | 5/17/2001 8:26:17 AM |
| 12/10/2001 5:30:00 PM | WAVES | 12/11/2001 5:30:00 AM | 12/11/2001 5:30:00 AM | 12/7/2001 6:02:00 PM |
| | | | | |
| | | | | |

| USERNBR | BDGNBR | LCN | TOD | POD |
|---|---|---|---|---|
| | 0 | 00000 | 5/9/2001 10:00:00 PM | 5/9/2001 10:00:00 PM |
| | 0 | 00000 | 12/11/2001 5:30:00 AM | 12/11/2001 5:30:00 AM |

| PASS_TYPE | EPASS_TYPE |
|---|---|
| A | |
| A | |

| BADGE_NUM | ESCORT_TYPE | ESCORT_NAME_LAST | ESCORT_NAME_F |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| APPT_START_DATE | APPT_END_DATE | APPT_CANCEL_DATE | Total_People |
|---|---|---|---|
| 4/20/2001 12:00:00 PM | 4/20/2001 2:00:00 PM | | 1 |
| 5/17/2001 9:15:00 AM | 5/17/2001 11:59:00 PM | | 40 |
| 5/9/2001 10:00:00 AM | 5/9/2001 11:59:00 PM | | 31 |
| 12/10/2001 5:30:00 PM | 12/10/2001 7:30:00 PM | | 326 |

| VGUID | DESTINATION | REMARKS | ACCESS_TYPE |
|---|---|---|---|
| {guid {21468A36-8013-4BAF-8976-92B271CB8B03}} | O | | VA |
| {guid {68693164-BF18-4CC3-99DF-3BA52613F42E}} | W | Automatic TOD after 12 hours from TOA | VA |

| DESTINATION | LAST_UPDATEDBY | POST | TERMINAL_SUFFIX | LastEntryDate |
|---|---|---|---|---|
| O | SH | WIS | LH | 4/17/2001 12:25:00 PM |
| O | SH | WIA | 20 | 5/9/2001 7:02:00 AM |
| O | SH | WIN | SH | 5/17/2001 8:28:20 AM |
| W | J9 | WIJ | 49 | 12/7/2001 6:02:00 PM |
|  |  | WIA | 20 | 2/21/2001 7:35:00 PM |
|  |  | WIJ | 49 | 3/3/2001 1:16:00 PM |

| ESCORT_TYPE | ESCORT_NAME_LAST | ESCORT_NAME_F | LAST_UPDATEDBY | POST |
|---|---|---|---|---|
|  |  |  | SH | WIS |
|  |  |  | SH | WIN |
|  |  |  | SH | WIA |
|  |  |  | J9 | WIJ |

| VISITEE_LAST_NAME | VISITEE_FIRST_NAME | BADGE_TYPE | Agency_Firm | Authorize |
|---|---|---|---|---|

| VGUID |
|---|
| {guid {405A1179-CB5E-43B0-B2A0-6133CB7C5A84}} |
| {guid {21468A36-8013-4BAF-8976-92B271CB8B03}} |
| {guid {28798F09-4912-4B14-9DB6-108B31287179}} |
| {guid {68693164-BF18-4CC3-99DF-3BA52613F42E}} |
| {guid {14071A35-2E0F-4577-9D9C-990ADADA458C}} |
| {guid {DC3EC8E4-2DED-4B43-A041-AA461A282527}} |

| LastEntryDate | TERMINAL_SUFFIX | visitee_namelast | visitee_namefirst | visitee_phone | MEETING_LOC |
|---|---|---|---|---|---|
| 4/17/2001 12:25:00 PM | LH | CONDA | | 0-0 | OEOB |
| 5/17/2001 8:28:20 AM | SH | RYUN | | 0065675 | OEOB |
| 5/9/2001 7:02:00 AM | 20 | ESTES | | 0062930 | OEOB |
| 12/7/2001 6:02:00 PM | 49 | POTUS | | 0-0 | WH |

| Officer | PkgDescription | Inspected | Status | StatusDate | IsArchived |
|---|---|---|---|---|---|
| | | N | | 5/9/2001 10:17:59 AM | |
| | | N | | 12/11/2001 9:00:03 AM | |

| MEETING_ROOM | CALLER_NAME_LAST | CALLER_NAME_FIRST | CALLER_PHONE | CALLER_ROOM |
|---|---|---|---|---|
| 286 | REES | NINA | 6-9012 | |
| 276 | RYUN | CATHARINE | 0065675 | |
| 476 | ESTES | JOHN | 0000000 | |
| RESIDENCE | JOHNSTON | MEGAN | 6-9702 | |