IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00310 (JGP) |
| ) | |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Strike Defendant's July 7, 2006 Amendment or in the Alternative, Motion For Leave to Reply, any opposition thereto, and the entire record herein, it is hereby:

ORDERED, that

1. Plaintiff's motion to strike is GRANTED; and

2. Defendant's July 7, 2006 amendment (Docket No. 23) is stricken from the record.

DATE_____          _____
                                Judge John Garrett Penn
                                United States District Judge for
                                The District of Columbia