# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:06-CV-00310 (JGP) |
| | ) |
| UNITED STATES SECRET SERVICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion for Leave to File a Response to Defendant U.S. Secret Service's Reply in Support of its Motion to Dismiss, and the entire record herein, it is hereby:

ORDERED, that

1. Plaintiff's motion for leave to respond is GRANTED; and

2. Plaintiff shall file its response by Monday, July 17, 2006.

DATE_____                         _____
                                                Judge John Garrett Penn
                                                United States District Judge for
                                                The District of Columbia