UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-0310 (JGP) |
| | ) |
| UNITED STATES SECRET SERVICE, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

This matter comes before the Court on Plaintiff's **Motion [24] to Strike Defendant's July 7, 2006 Amendment, or in the Alternative, Motion for Leave to File a Reply to the Amendment**. The history of this matter is as follows: On April 25, 2006, the Court filed an Order approving the parties' stipulation and agreement. Dissatisfied with Defendant's compliance with that Order, on May 16, 2006, Plaintiff filed a motion to compel Defendant to comply and for sanctions. Defendant filed an opposition on June 1, 2006. Plaintiff filed a reply on June 7, 2006. On July 7, 2006, Defendant filed an amendment to its opposition. Plaintiff asserts that this amendment was filed in violation of federal and local rules and accordingly requests that it be stricken, or, alternatively, that it be allowed to file a response. In light of the above, it is hereby

**ORDERED** that the Motion [24] is **GRANTED** insofar as is requests leave for Plaintiff to file a response. Plaintiff may file a response to Defendant's amendment on or before July 24, 2006; and it is further

**ORDERED** that the Motion [24] is **DENIED** insofar as it requests that Defendant's Amendment be stricken.

    **SO ORDERED.**

**DATE: July 13, 2006**　　　　　　　　　　　　　　　　　　　　**JOHN GARRETT PENN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**