UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )    Civil Action No. 06-0310 (JGP) |
| | ) |
| **UNITED STATES SECRET SERVICE,** | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

This matter comes before the Court on Plaintiff's **Unopposed Motion for Leave to File a Response to Defendant U.S. Secret Service's Reply in Support of its Motion to Dismiss [26]**. Plaintiff asserts that a surreply should be permitted because Defendant raised new matters for the first time in its reply. Defendant does not oppose this motion. Accordingly, it is hereby

**ORDERED** that the Motion [26] is **GRANTED**. Plaintiff may file a surreply on or before July 24, 2006.

**SO ORDERED.**

DATE: July 13, 2006                                              **JOHN GARRETT PENN**
                                                                                                **United States District Judge**