**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    Civil Action No. 06-310 (JGP) |
| UNITED STATES SECRET SERVICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF FILING**

The attached Declaration of Paul S. Morrissey supplements the Declarations of Kathy J.

Lyerly with information that has become available since Ms. Lyerly provided her last declaration.


Dated: December 12, 2006                    Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            JEFFREY A. TAYLOR
                                            United States Attorney

                                            CARL J. NICHOLS
                                            Deputy Assistant Attorney General

                                            JOSEPH H. HUNT
OF COUNSEL:                                 Branch Director

MOLLY WEBER                                 _____/s_____
United States Secret Service               ELIZABETH J. SHAPIRO
                                           (D.C. Bar No. 418925)
                                           Assistant Branch Director
                                           JAMES J. GILLIGAN
                                           (D.C. Bar No. 422152)

Assistant Branch Director

JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7224
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 514-3489
Facsimile:  (202) 616-8202
E-mail:  justin.sandberg@usdoj.gov

Attorneys for Defendant

2