UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES SECRET SERVICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-310 (JGP) |

DECLARATION OF PAUL S. MORRISSEY
DEPUTY ASSISTANT DIRECTOR
UNITED STATES SECRET SERVICE

I, Paul S. Morrissey, hereby make the following declaration:

1. I am submitting this declaration to supplement the July 7, 2006 declaration of Kathy J. Lyerly ("Supp. Lyerly Decl."), regarding the search for records responsive to Judicial Watch's January 20, 2006 Freedom of Information Act (FOIA) request, based on my personal knowledge or information made available to me in my official capacity since that declaration.

2. Judicial Watch's FOIA request asks for records "concerning, relating to, or reflecting . . . [a]ll White House visitor logs from January 1, 2001 to present that reflect the entries and exit(s) of lobbyist Jack Abramoff from the White House."

3. With respect to visits to the White House Complex (also "Complex"), the Supp. Lyerly Decl. discusses two categories of potentially responsive records, Worker and Visitor Entrance System ("WAVES") records and Access Control Records System ("ACR") records. See, e.g., Supp. Lyerly Decl. ¶¶ 1, 9. In the course of litigation in The Washington Post v. Dep't of Homeland Security, 06-1737 (RMU), another FOIA case in which a plaintiff seeks records of

visits to the White House Complex (and the Vice President's Residence), additional information has come to light about the universe of records potentially responsive to Judicial Watch's request, including but not limited to information about an additional category of potentially responsive records. This category includes records known as Secret Service Form (SSF) 1888s concerning those who enter the White House Complex, together with related paper records known as work orders and 622, 623, and certain 624 and 628 files. These groups of records are described in my declarations in the Washington Post case, the relevant paragraphs of which I hereby incorporate by reference. Third Declaration of Paul S. Morrissey, Deputy Assistant Director, United States Secret Service, December 12, 2006, ¶¶ 2-4; Supplemental Declaration of Paul S. Morrissey, Deputy Assistant Director, United States Secret Service, October 25, 2006, ¶¶ 11-12.

4. Although it is questionable whether this new category of records is even responsive to Judicial Watch's request, the Secret Service has nevertheless searched the SSF 1888s for the name Jack Abramoff and found no responsive records.

5. In addition to this category of records, I have been advised that in the course of an office move at the White House Complex, the Secret Service recently discovered a number of paper access requests and related and unrelated documents, covering the period March 2001 through October 2001, in an unexpected location. The Secret Service searched these documents

for the name Jack Abramoff and did not locate any responsive records.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct to the best of my knowledge and belief.

12/12/06
Date

Paul S. Morrissey
Deputy Assistant Director
Office of Protective Operations
United States Secret Service