UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-310 (JGP) |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of August 14, 2007, the parties submit the following joint status report.

1. <u>Should this case be closed?</u>

No, this case has not been resolved and should remain open. The case has not become moot or been appealed.

2. <u>Status of the case and list of pending motions</u>

Two motions remain pending in this Freedom of Information Act ("FOIA") case. The earlier filed of the two is Judicial Watch's motion to compel and for sanctions. Plaintiff's Motion to Compel Defendant United States Secret Service to Comply with this Court's Order and for Sanctions, May 16, 2006. (Docket Entry No. 12). In April 2006, the parties entered an agreement, which was endorsed by the Court, for the Secret Service to produce records responsive to Judicial Watch's January 20, 2006 FOIA request seeking records of visits made by Jack Abramoff to the White House Complex. Joint Stipulation and Agreed Order, April 25,

2006. (Docket Entry No. 8). On May 10, 2006, the Secret Service produced records to Judicial Watch. Less than a week later, Judicial Watch filed its motion to compel and for sanctions, asserting that the Secret Service had failed to comply with the joint stipulation. The Secret Service opposed the motion, arguing that it produced all responsive, non-exempt records found after a reasonable search.[1]

The later filed of the two pending motions is the Secret Service's motion to dismiss Judicial Watch's Complaint for Declaratory and Injunctive Relief, February 22, 2006 (Docket No. 1). Motion to Dismiss for Lack of Subject Matter Jurisdiction, May 16, 2006. (Docket Entry No. 14). In it, the Secret Service asserts that it has produced all responsive, non-exempt records pursuant to the April 25, 2006 agreement, thereby making Judicial Watch's complaint moot. Judicial Watch asserts that the Secret Service failed to comply with the agreement and opposed the motion.

    3.    <u>Other relevant information</u>.

The Secret Service intends to supplement its filings to reflect recently discovered information relevant to plaintiff's FOIA request. Judicial Watch respectfully requests the opportunity to respond to any supplemental filings made by the Secret Service.

---

[1] In its motion to dismiss, the Secret Service treated the records discussed therein as "agency records" subject to the FOIA solely for purposes of the motion. <u>See</u> Defendant's Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction, May 16, 2006 (Docket Entry No. 14).

Dated: September 4, 2007                                     Respectfully submitted,


JUDICIAL WATCH, INC.                                         PETER D. KEISLER
                                                             Assistant Attorney General

 /s/  Meredith L. Di Liberto                                 CARL J. NICHOLS
(D.C. Bar. No. 487733)                                       Deputy Assistant Attorney General
PAUL J. ORFANEDES
(D.C. Bar. No. 429716)                                       JEFFREY A. TAYLOR
501 School St., S.W.                                         United States Attorney
Suite 500
Washington, D.C.                                             JOSEPH H. HUNT
20024                                                        Branch Director
Telephone:  (202) 646-5172
Facsimile:  (202) 646-5199                                   JOHN R. TYLER, D.C. Bar 297713
                                                             Senior Trial Counsel

Counsel for Plaintiff
                                                             /s/   Justin M. Sandberg
                                                             (Ill. Bar. No. 6278377)
                                                             Trial Attorney
                                                             United States Department of Justice
                                                             Civil Division, Federal Programs Branch
                                                             Room 7224
                                                             Post Office Box 883
                                                             Washington, D.C. 20044
                                                             Telephone:  (202) 514-3489
                                                             Facsimile:  (202) 616-8202
                                                             E-mail: justin.sandberg@usdoj.gov

                                                             Counsel for Defendant