CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH )
)
)
)
Plaintiff )
)
)
v. ) Civil Case Number 06-0310 (RMC)
)
)
U.S. SECRET SERVICE ) Category    I
)
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on October 25, 2007 from Judge John Garrett Penn to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Randomly assigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Collyer & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk