UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-310 (RMC) |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |

## RESPONSE TO COURT'S ORDER TO SHOW CAUSE

In an October 25, 2007, minute entry order, the Court ordered the United States Secret Service to show cause "why the Court should not treat Plaintiff's motion to compel [12] and Defendant's motion to dismiss [14] as fully briefed and ready for decision" given that the Secret Service stated in a joint status report that it "intends to supplement its filings to reflect recently discovered information relevant to plaintiff's FOIA request," Joint Status Report, September 4, 2007, Doc. No. 32, but has yet to do so. The Court should not yet treat the pending motions as being ready for decision. The Secret Service is continuing to assess the necessity of supplementing its filings to reflect additional information relevant to plaintiff's FOIA request, and requires an additional short period of time in which to complete its review.

Although the Secret Service conducted a reasonable search for responsive documents in the first instance, over the course of this litigation, the Secret Service has released documents discovered after its initial search, see Defendant's Reply in Support of Its Motion to Dismiss for Lack of Subject Matter Jurisdiction, July 7, 2006, Doc. No. 22, and has apprised the Court and

1

plaintiff of newly discovered categories of documents even when no responsive documents were discovered in those categories, Notice of Filing, December 12, 2006, Doc. No. 31.[1]  See Meeropol v. Meese, 790 F.2d 942, 953 (D.C. Cir. 1986) (noting that "the additional releases suggest a stronger, rather than a weaker, basis for accepting the integrity of the search").  The Secret Service requires some additional time – until November 30, 2007 – to ensure that the record is complete.  Accordingly, the Secret Service requests that it be granted through November 30, 2007, to supplement its filings (if necessary) and make the record as complete as possible.  The Secret Service appreciates the Court's patience in resolving this matter.

Dated: November 1, 2007                                    Respectfully submitted,

                                                        PETER D. KEISLER
                                                        Assistant Attorney General

                                                        JEFFREY A. TAYLOR
                                                        United States Attorney

                                                        CARL J. NICHOLS
                                                        Deputy Assistant Attorney General

                                                        JOSEPH H. HUNT
                                                        Branch Director

OF COUNSEL:                                                s/ Justin M. Sandberg
                                                        ELIZABETH J. SHAPIRO
MOLLY WEBER                                                (D.C. Bar No. 418925)
LIZA MURPHY                                                Assistant Branch Director
United States Secret Service                               JUSTIN M. SANDBERG
                                                        (Ill. Bar. No. 6278377)
                                                        Trial Attorney
                                                        United States Department of Justice

---

[1] The Secret Service does not concede, through its use of the word "responsive" or otherwise, that the records it has produced or searched are in fact "agency" records, as that term is used in the FOIA.

Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7224
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 514-3489
Facsimile:  (202) 616-8202
E-mail:  justin.sandberg@usdoj.gov

<u>Attorneys for Defendant</u>