**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUDICIAL WATCH INC., | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) Civil Action No. 06-310 (RMC) |
| UNITED STATES SECRET SERVICE, | ) |
| Defendant. | ) |

**PROPOSED ORDER**

UPON CONSIDERATION of defendant's Motion to Consolidate, any Opposition thereto and the whole record herein, it is hereby, this ____ day of _____, 2007.

ORDERED that this action shall be consolidated with <u>Citizens for Responsibility and Ethics in Washington ("CREW") v. Department of Homeland Security</u>, 06-CV-883 (D.D.C.) (RCL), for all purposes.

_____
UNITED STATES DISTRICT JUDGE