## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-310 (RMC) |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |

## **PROPOSED ORDER**

UPON CONSIDERATION of Defendant's Supplemental Motion for Summary Judgment, any Opposition thereto, and the whole record herein, it is hereby, this ____ day of

_____, 2007

ORDERED that defendant's motion is granted, and it is

FURTHER ORDERED that this action be, and hereby is, dismissed.

_____
UNITED STATES DISTRICT JUDGE