# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-310 (RMC) |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

Defendant, through undersigned counsel, hereby requests that this Court (i) grant defendant leave to file the attached statement of material facts in support of its motion for summary judgment and (ii) deem the attached statement filed upon granting such leave. The reason for the request is as follows:

1) In its November 2, 2007 minute entry, the Court afforded defendant until November 30, 2007 to file supplemental pleadings.

2) On November 30, 2007, defendant filed its Supplemental Motion for Summary Judgment, Doc. No. 36, along with a supporting memorandum and two declarations.

3) Defendant inadvertently omitted to file a separate statement of material facts in support of its motion, as required by Local Civil Rule 56.1

4) Plaintiff was not materially prejudiced by defendant's inadvertent omission: Defendant set out the relevant facts in the memorandum filed in support of its motion, Memorandum in Support of Supplemental Motion for Summary Judgment, Nov. 30, 2007, Doc.

No. 36, and this case does not involve an abundance of material facts, <u>see</u> Statement of Material Facts in Support of Defendant's Supplemental Motion for Summary Judgment, Dec. 7, 2007 (attached).

    5)    Pursuant to Local Rule 7(m), undersigned counsel contacted counsel for the plaintiff, and he stated that plaintiff opposes defendant's request for leave.

Accordingly, defendant requests that Court grant defendant leave to file the attached statement of facts and deem the attached statement filed upon granting such leave.

Dated:  December 7, 2007                          Respectfully submitted,

                                                JEFFREY S. BUCHOLTZ
                                                Acting Assistant Attorney General

                                                JEFFREY A. TAYLOR
                                                United States Attorney

                                                CARL J. NICHOLS
                                                Deputy Assistant Attorney General

                                                JOSEPH H. HUNT
                                                Branch Director

                                                ELIZABETH J. SHAPIRO
                                                Assistant Branch Director

OF COUNSEL:

                                                s/ Justin M. Sandberg
LIZA MURPHY                            JUSTIN M. SANDBERG
MOLLY WEBER                           (Ill. Bar. No. 6278377)
United States Secret Service           Trial Attorney
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                20 Massachusetts Avenue, N.W. #7224
                                                P.O. Box 883 Ben Franklin Station
                                                Washington, D.C. 20044
                                                Telephone:  (202) 514-3489

Facsimile: (202) 616-8202
E-mail: justin.sandberg@usdoj.gov

<u>Attorneys for Defendant</u>