# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-310 (RMC) |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER

UPON CONSIDERATION of Defendant's Motion for Leave to File Statement of Material Facts in Support of Defendant's Supplemental Motion for Summary Judgment, any Opposition thereto, and the whole record herein, it is hereby, this _____ day of _____, 2007

ORDERED that defendant's motion is granted, and it is

FURTHER ORDERED that the Statement of Material Facts in Support of Defendant's Supplemental Motion for Summary Judgment attached to defendant's motion for leave shall be deemed filed.

_____
UNITED STATES DISTRICT JUDGE