# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUDICIAL WATCH, INC.,                     )
                                          )
          Plaintiff,                      )
                                          )
          v.                              )        Case No. 1:06-CV-00310 (RMC)
                                          )
UNITED STATES SECRET SERVICE,             )
                                          )
          Defendant.                      )
_____ )

**DECLARATION OF DERONDA K. GROTHE**

I, Deronda K. Grothe, hereby declare as follows:

1.      I am a researcher in the Investigations Department of Judicial Watch, Inc., the

plaintiff in the above-captioned matter.  I am familiar with Judicial Watch, Inc.'s January 20,

2006 Freedom of Information Act ("FOIA") request to the U.S. Secret Service for records

regarding lobbyist Jack Abramoff's visits to the White House and have review both Judicial

Watch, Inc.'s request and the U.S. Secret Service's production of records responsive to the

request.

2.      On May 10, 2006, the U.S. Secret Service produced two records to Judicial

Watch, Inc. in response to Judicial Watch, Inc.'s January 20, 2006 FOIA request.  These records

show visits by Jack Abramoff to the White House on March 6, 2001 and January 20, 2004.  True

and correct copies of these records are attached hereto as Exhibit 1.

3.      On July 7, 2006, the U.S. Secret Service produced additional records to Judicial

Watch, Inc. in response to Judicial Watch, Inc.'s January 20, 2006 request.  These records appear

to show additional visits by Jack Abramoff to various persons and offices within the White

House offices on the following dates:

| **Date** | **Person** | **Office** |
|---|---|---|
| March 1, 2001 | N/A | N/A |
| April 20, 2001 | C. Conda | 286 Old Exec. Office Bldg. |
| May 9, 2001 | J. Estes | 476 Old Exec. Office Bldg. |
| May 17, 2001 | C. Ryun | 276 Old Exec. Office Bldg. |
| December 10, 2001 | POTUS | White House Residence |

The July 7, 2006 production also included additional records of Abramoff's visits to the White

House on March 6, 2001 and January 20, 2004, but they do not appear to identify the particular

office or person visited by Abramoff.  True and correct copies of these records are attached

hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

December 13, 2007 in Washington, D.C.

Deronda K. Grothe

**<u>EXHIBIT 1</u>**



**U.S. Department of Justice**
Civil Division, Federal Programs Branch

| Via First-Class Mail | Via Overnight Delivery |
|---|---|
| P.O. Box 883 | 20 Massachusetts Ave., N.W. |
| Ben Franklin Station | Rm. 7224 |
| Washington, D.C. 20044 | Washington, D.C. 20001 |

Justin M. Sandberg
Trial Attorney

Tel: (202) 514-3489
Fax: (202) 616-8202
email: *justin.sandberg@usdoj.gov*

May 10, 2006

<u>BY HAND DELIVERY</u>

Judicial Watch, Inc.
Christopher J. Farrell
501 School St., S.W.
Suite 500
Washington, D.C. 20024

Dear Judicial Watch:

On January 20, 2006, you submitted to the United States Secret Service a Freedom of Information Act (FOIA) request for records "concerning, relating to, or reflecting . . . [a]ll White House visitor logs from January 1, 2001 to present that reflect the entries and exits of lobbyist Jack Abramoff from the White House."

Pursuant to the stipulation to which we voluntarily agreed, and without conceding that the documents constitute "agency records" under FOIA, we are providing you with the enclosed documents that are responsive to your FOIA request. No exemptions have been claimed, and no responsive documents or portions thereof have been withheld. In addition, please be advised that the enclosed documents were found as the result of a computer-generated query of electronic entry and exit logs for the White House Complex, and that the system does not differentiate between individuals with the same name.

Sincerely,

Justin M. Sandberg
Trial Attorney
U.S. Department of Justice, Civil Division

Enclosures



# U.S. Secret Service
# Access Control Records Report

Date of report
3/3/2006

QUERY by: Last Name:  ABRAMOFF          First Name:  JACK

| LAST NAME | FIRST NAME | MI | DATE | TIME | BADGE # | POST | STATUS | PASTTYPE |
|-----------|-----------|----|------|------|---------|------|--------|----------|
| ABRAMOFF | JACK | | 03/06/2001 | 16:23:35 | 346C25 | A4 | ENTERING | A |
| ABRAMOFF | JACK | | 03/06/2001 | 16:49:50 | 346C25 | A4 | EXITING | A |

RECORDS OBTAINED BY JUDICIAL WATCH
THROUGH FREEDOM OF INFORMATION ACT



## U.S. Secret Service

## NWHACS - Access Control Records - 2004

Date of report
3/3/2006

QUERY by:     Last Name: ABRAMOFF          First Name:   JACK

| UserLastName: | UserFirstName: | MsgDateTime | BadgeNbr: | RdrName: | MsgName: | Reason: | Front-Art: | Badge-Type |
|---|---|---|---|---|---|---|---|---|
| ABRAMOFF | JACK | 1/20/2004 10:42:20 AM | 37581 | D1 Entry Lane 1 | AcsGrant | Normal | | |
| ABRAMOFF | JACK | 1/20/2004 11:29:34 AM | 37581 | D1 Exit Lane | AcsGrant | Normal | | |

Page 1 of 1

RECORDS OBTAINED BY JUDICIAL WATCH
THROUGH FREEDOM OF INFORMATION ACT

**EXHIBIT 2**

WAVES-4-2-2003

6/23/2006

| NAMELAST | NAMEFIRST | NAMEMID | DOB | SSN | UIN |
|----------|-----------|---------|-----|-----|-----|
| ABRAMOFF | JACK | | | | U70552 |
| ABRAMOFF | JACK | | | | U11679 |
| ABRAMOFF | JACK | | | | U00083 |
| ABRAMOFF | JACK | | | | U07823 |

Case 1:06-cv-00310-RCL    Document 41-3    Filed 12/14/2007    Page 10 of 60
Case 1:06-cv-003    JGP    Document 22    Filed 07/07/    06    Page 9 of 31
6/23/2006

WAVES-4-2-2003

| BDGNBR | ACCESS TYPE | TOA | POA | TOD | POD |
|---|---|---|---|---|---|
| 0 | VA | 12/10/2001 5:30:00 PM | WAVES | 001 5:30:00 AM | |
| | VA | | | | |
| | VA | | | | |
| 0 | VA | 5/9/2001 10:00:00 AM | Z2TSD | 01 10:00:00 PM | |

WAVES-4-2-2003

| APPT. MADE | APPT. START | APPT. END DA | APPT. CANCEL | Total People | ESCORT TYPE |
|---|---|---|---|---|---|
| 001 6:02:00 PM | 001 5:30:00 PM | 001 7:30:00 PM | | 326 | |
| 001 8:26:17 AM | 001 9:15:00 AM | 01 11:59:00 PM | | 40 | |
| 01 12:25:00 PM | 01 12:00:00 PM | 001 2:00:00 PM | | 1 | |
| 001 6:17:00 PM | 01 10:00:00 AM | 01 11:59:00 PM | | 31 | |

Case 1:06-cv-00310-RCL   Document 41-3   Filed 12/14/2007   Page 12 of 60
Case 1:06-cv-00___-JGP   Document 22   Filed 07/07/___06   Page 2 of 60
6/23/2006

WAVES-4-2-2003

| ESCORT_NAME | ESCORT_NAM | LAST_UPDATE | POST | LastEntryDate | TERMINAL_SU |
|---|---|---|---|---|---|
| | | J9 | WIJ | 001 6:02:00 PM | 49 |
| | | SH | WIN | 001 8:28:20 AM | SH |
| | | SH | WIS | 01 12:25:00 PM | LH |
| | | SH | WIA | 001 7:02:00 AM | 20 |

WAVES-4-2-2003

| visitee namelas | visitee namefirs | visitee phone | MEETING LOC | MEETING ROC | CALLER NAME |
|---|---|---|---|---|---|
| POTUS | | 0-0 | WH | RESIDENCE | JOHNSTON |
| RYUN | | 0065675 | OEOB | 276 | RYUN |
| CONDA | | 0-0 | OEOB | 286 | REES |
| ESTES | | 0062930 | OEOB | 476 | ESTES |

WAVES-4-2-2003

6/23/2006

| CALLER NAME | CALLER PHONE | CALLER ROOM |
|-------------|--------------|-------------|
| MEGAN | 6-9702 | |
| CATHARINE | 0065675 | |
| NINA | 6-9012 | |
| JOHN | 0000000 | |

| NAMELAST | NAMEFIRST | NAMEMID | DOB | SSN | UIN |
|----------|-----------|---------|-----|-----|--------|
| ABRAMOFF | JACK | | | | U70552 |

Case 1:06-cv-00310-RCL    Document 41-3    Filed 12/14/2007    Page 16 of 60
Case 1:06-cv-003    JGP    Document 22    Filed 07/07/  76   Page 9 of 25
WAVES-4-2-2003                                                    6/23/2006

| BDGNBR | ACCESS_TYPE | TOA | POA | TOD |
|---|---|---|---|---|
| 0 | VA | 12/10/2001 5:30:00 PM | WAVES | 001 5:30:00 AM |

WAVES-4-2-2003

| POD | APPT MADE | APPT START | APPT END DA | APPT CANCEL | Total People |
|-----|-----------|------------|-------------|-------------|--------------|
| 001 | 6:02:00 PM | 001 5:30:00 PM | 001 7:30:00 PM | | 326 |

Case 1:06-cv-00310-RCL   Document 41-3   Filed 12/14/2007   Page 18 of 60
Case 1:06-cv-003   JGP   Document 22-3   Filed 07/07/.   6   Page 1 of
WAVES-4-2-2003                                                6/23/2006

| ESCORT TYPE | ESCORT NAM | ESCORT NAM | LAST UPDATE | POST | LastEntryDate |
|---|---|---|---|---|---|
|  |  |  | J9 | WIJ | 001 6:02:00 PM |
|  |  |  |  |  |  |

| TERMINAL_SU | visitee_namelas | visitee_namefir | visitee_phone | MEETING_LOC | MEETING_RO |
|---|---|---|---|---|---|
| 49 | POTUS | | 0-0 | WH | RESIDENCE |

Case 1:06-cv-00310-RCL   Document 41-3   Filed 12/14/2007   Page 20 of 60
Case 1:06-cv-003    JGP    Document 41-3   Filed 07/07/    16   Page   of 5/26/2006
WAVES 4-2-2003

| CALLER NAME | CALLER NAME | CALLER PHON | CALLER ROOM |
|-------------|-------------|-------------|-------------|
| JOHNSTON | MEGAN | 6-9702 | |

| NAMELAST | NAMEFIRST | NAMEMID | DOB | SSN | UIN |
|----------|-----------|---------|-----|-----|-----|
| ABRAMOFF | JACK | | | | U11679 |

Case 1:06-cv-00310-RCL    Document 41-3    Filed 12/14/2007    Page 22 of 60
Case 1:06-cv-003    JGP    Document 22    Filed 07/07/2    8    Page 15 of 39
WAVES-4-2-2003                                                        6/23/2006

| BDGNBR | ACCESS TYPE | TOA | POA | TOD |
|--------|-------------|-----|-----|-----|
|        | VA          |     |     |     |

Case 1:06-cv-00310-RCL   Document 41-3   Filed 12/14/2007   Page 23 of 60
Case 1:06-cv-003    GP   Document 22-3   Filed 07/07/2   -9   Page 46 of 60
6/23/2006

WAVES-4-2-2003

| POD | APPT MADE | APPT START | APPT END DA | APPT CANCEL | Total People |
|---|---|---|---|---|---|
| | 001 8:26:17 AM | 001 9:15:00 AM | 01 11:59:00 PM | | 40 |

WAVES-4-2-2003

| ESCORT TYPE | ESCORT NAME | ESCORT NAM | LAST UPDATE | POST | LastEntryDate: |
|---|---|---|---|---|---|
| | | | SH | WIN | 001 8:28:20 AM |

Case 1:06-cv-00310-RCL    Document 41-3    Filed 12/14/2007    Page 25 of 60
Case 1:06-cv-003    JGP    Document 41-3  Filed 07/07/   06    Page 16 of 23/2006
WAVES 4-8-2003

| TERMINAL  SU | visitee namelas | visitee  namefirs | visitee  phone | MEETING  LOC | MEETING  ROC |
|---|---|---|---|---|---|
| SH | RYUN | | 0065675 | OEOB | 276 |

WAVES-4-2-2003

| CALLER NAME | CALLER NAME | CALLER PHONE | CALLER ROOM |
|-------------|-------------|--------------|-------------|
| RYUN        | CATHARINE   | 0065675      |             |

WAVES 42-2005                                        6/23/2006

| NAMELAST | NAMEFIRST | NAMEMID | DOB | SSN | UIN |
|----------|-----------|---------|-----|-----|-----|
| ABRAMOFF | JACK |  |  |  | U00083 |

Page 1

Case 1:06-cv-00310-RCL    Document 41-3    Filed 12/14/2007    Page 28 of 60
Case 1:06-cv-003    JGP    Document 22    Filed 07/07/    06    Page 21 of 31
WAVES-4-2-2003                                                    6/23/2006

| BDGNBR | ACCESS TYPE | TOA | POA | TOD |
|--------|-------------|-----|-----|-----|
|        | VA          |     |     |     |

Case 1:06-cv-00310-RCL    Document 41-3    Filed 12/14/2007    Page 29 of 60
Case 1:06-cv-0031    GP    Document 22    Filed 07/07/2    9    Page 22 of 49
WAVES-4-2-2003                                                      6/23/2006

| POD | APPT MADE T | APPT START | APPT END DA | APPT CANCEL | Total People |
|-----|-------------|------------|-------------|-------------|--------------|
|     | 01 12:25:00 PM | 01 12:00:00 PM | 001 2:00:00 PM |  | 1 |

| ESCORT TYPE | ESCORT NAME | ESCORT NAM | LAST UPDATE | POST | LastEntryDate |
|-------------|-------------|------------|-------------|------|---------------|
|             |             |            | SH          | WIS  | 01 12:25:00 PM |

Case 1:06-cv-00310-RCL   Document 41-3   Filed 12/14/2007   Page 31 of 60
Case 1:06-cv-003   JGP   Document 12-3   Filed 07/07/.   0   Page 2 of 3 of 60
WAVES-4-2-2003                                           6/23/2006

| TERMINAL SU | visitee name | lasvisitee namefir | visitee phone | MEETING LOC | MEETING ROO |
|---|---|---|---|---|---|
| LH | CONDA | | 0-0 | OEOB | 286 |

Case 1:06-cv-00310-RCL   Document 41-3   Filed 12/14/2007   Page 32 of 60
Case 1:06-cv-003:   GP   Document 22   Filed 07/07/2  9   Page 29 of 31
WAVES-4-2-2003                                                   8/23/2006

| CALLER NAME | CALLER NAME | CALLER PHONE | CALLER ROOM |
|---|---|---|---|
| REES | NINA | 6-9012 | |

| NAMELAST | NAMEFIRST | NAMEMID | DOB | SSN | UIN |
|----------|-----------|---------|-----|-----|-----|
| ABRAMOFF | JACK | | | | U07823 |

| BDGNBR | ACCESS TYPE | TOA | FOA | TOD |
|---|---|---|---|---|
| 0 | VA | 5/9/2001 10:00:00 AM | Z2TSD | 01 10:00:00 PM |

| POD | APPT MADE | APPT START | APPT END DA | APPT CANCEL | Total People |
|-----|-----------|------------|-------------|-------------|--------------|
| 001 | 6:17:00 PM | 01 10:00:00 AM | 01 11:59:00 PM | | 31 |

| ESCORT TYPE | ESCORT NAME | ESCORT NAME | LAST UPDATE | POST | LastEntryDate |
|---|---|---|---|---|---|
| | | | SH | WIA | 0O1 7:02:00 AM |

| TERMINAL_SU | visitee_namelas | visitee_namefirs | visitee_phone | MEETING_LOC | MEETING_ROC |
|---|---|---|---|---|---|
| 20 | ESTES | | 0062930 | OEOB | 476 |

WAVES 4-2-2003

| CALLER NAME | CALLER NAME | CALLER PHONE | CALLER ROOM |
|---|---|---|---|
| ESTES | JOHN | 0000000 | |

Searching: C:\xdata\WAVESDISKS\WAVESDISK 1-8-2002.mdb Table name: WAVES-ALL-1-8-2002

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                    U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326    J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS            0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK                    U11679 VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40   SH WIN 5/17/2001 8:28:20 AM SH RYUN              0065675 OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                    U00083 VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM 1    SH WIS 4/17/2001 12:25:00 PM LH CONDA              0-0 OEOB 286 REES NINA 6-9012
ABRAMOFF JACK                    U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31    SH WIA 5/9/2001 7:02:00 AM 20 ESTES            0062930 OEOB 476 ESTES JOHN 0000000

Searching: C:\xdata\WAVESDISKS\WAVESDISK 10-2-2001.mdb Table name: WAVES-ALL-10-2

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                    U11679 VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40   SH WIN 5/17/2001 8:28:20 AM SH RYUN              0065675 OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                    U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31    SH WIA 5/9/2001 7:02:00 AM 20 ESTES            0062930 OEOB 476 ESTES JOHN 0000000
ABRAMOFF JACK                    U00083 VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM 1    SH WIS 4/17/2001 12:25:00 PM LH CONDA              0-0 OEOB 286 REES NINA 6-9012

Searching: C:\xdata\WAVESDISKS\WAVESDISK 11-29-2001.mdb Table name: WAVES-ALL-11-29

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK U11679 VA 5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40 SH WIN 5/17/2001 8:28:20 AM SH RYUN 0065675 OEOB 276 RYUN CATHARINE 0065675

ABRAMOFF JACK U00083 VA 4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM 1 SH WIS 4/17/2001 12:25:00 PM LH CONDA 0-0 OEOB 286 REES NINA 6-9012

ABRAMOFF JACK U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31 SH WIA 5/9/2001 7:02:00 AM 20 ESTES 0062930 OEOB 476 ESTES JOHN 0000000

## Searching: C:\xdata\WAVESDISKS\WAVESDISK 12-31-2001.mdb Table name: WAVES-ALL-12-31

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK U11679 VA 5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40 SH WIN 5/17/2001 8:28:20 AM SH RYUN 0065675 OEOB 276 RYUN CATHARINE 0065675

ABRAMOFF JACK U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326 J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS 0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702

ABRAMOFF JACK U00083 VA 4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM 1 SH WIS 4/17/2001 12:25:00 PM LH CONDA 0-0 OEOB 286 REES NINA 6-9012

ABRAMOFF JACK U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31 SH WIA 5/9/2001 7:02:00 AM 20 ESTES 0062930 OEOB 476 ESTES JOHN 0000000

## Searching: C:\xdata\WAVESDISKS\WAVESDISK 2-5-2002.mdb Table name: WAVES-ALL-2-5-2002

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK U11679 VA 5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40 SH WIN 5/17/2001 8:28:20 AM SH RYUN 0065675 OEOB 276 RYUN CATHARINE 0065675

ABRAMOFF JACK U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326 J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS 0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702

ABRAMOFF JACK U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31 SH WIA 5/9/2001 7:02:00 AM 20 ESTES 0062930 OEOB 476 ESTES JOHN 0000000

ABRAMOFF JACK                    U00083 VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00
PM 4/20/2001 2:00:00 PM 1    SH WIS 4/17/2001 12:25:00 PM LH CONDA                0-0
OEOB 286 REES NINA 6-9012

---

**Searching: C:\xdata\WAVESDISKS\WAVESDISK_8-13-2001.mdb Table name: WAVES-ALL-8-13**

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA
TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE
Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY
POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone
MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST
CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                    U11679 VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM
5/17/2001 11:59:00 PM 40  SH WIN 5/17/2001 8:28:20 AM SH RYUN              0065675
OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                    U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001
10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31       SH WIA 5/9/2001
7:02:00 AM 20 ESTES                    0062930 OEOB 476 ESTES JOHN 0000000
ABRAMOFF JACK                    U00083 VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00
PM 4/20/2001 2:00:00 PM 1    SH WIS 4/17/2001 12:25:00 PM LH CONDA                0-0
OEOB 286 REES NINA 6-9012

---

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES_10-2-01.mdb Table name: VISITOR**

STATUS UIN NAMELAST NAMEFIRST NAMEMID SSN DOB APPT_MADE_DATE
APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE ACCESS_TYPE NOTE
BADGE_NUM ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F DESTINATION
LAST_UPDATEDBY POST TERMINAL_SUFFIX LastEntryDate VGUID

NO STATUS AVAIL U11679 ABRAMOFF JACK                    5/17/2001 8:26:17 AM
5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM VA    O SH WIN SH 5/17/2001 8:28:20 AM {guid
{28798F09-4912-4B14-9DB6-108B31287179}}
OK U00083 ABRAMOFF JACK                    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM
4/20/2001 2:00:00 PM VA    O SH WIS LH 4/17/2001 12:25:00 PM {guid {405A1179-CB5E-43B0-
B2A0-6133CB7C5A84}}
NO STATUS AVAIL U07823 ABRAMOFF JACK                    5/7/2001 6:17:00 PM 5/9/2001
10:00:00 AM 5/9/2001 11:59:00 PM VA    O SH WIA 20 5/9/2001 7:02:00 AM {guid {21468A36-8013-
4BAF-8976-92B271CB8B03}}
OK U80455 ABRAMOFF JACK                    2/21/2001 7:35:00 PM 3/1/2001 4:00:00 PM
3/1/2001 6:00:00 PM VA    WIA 20 2/21/2001 7:35:00 PM {guid {14071A35-2E0F-4577-9D9C-
990ADADA458C}}
OK U83982 ABRAMOFF JACK                    3/3/2001 1:16:00 PM 3/6/2001 4:30:00 PM
3/6/2001 6:30:00 PM VA    WIJ 49 3/3/2001 1:16:00 PM {guid {DC3EC8E4-2DED-4B43-A041-
AA461A282527}}

---

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES_10-2-01.mdb Table name: VISITOR_LOG**

UIN NAMELAST NAMEFIRST NAMEMID SSN DOB TOA POA USERNBR BDGNBR
LCN TOD POD VGUID DESTINATION REMARKS ACCESS_TYPE VISITEE_LAST_NAME
VISITEE_FIRST_NAME BADGE_TYPE Agency_Firm Authorize Officer PkgDescription Inspected
Status StatusDate IsArchived

U07823 ABRAMOFF JACK                              5/9/2001 10:00:00 AM Z2TSD 0 00000 5/9/2001
10:00:00 PM {guid {21468A36-8013-4BAF-8976-92B271CB8B03}} O Automatic TOD after 12 hours from
TOA VA    N 5/9/2001 10:17:59 AM

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES 2-1-02.mdb Table name: VISITOR**

STATUS UIN NAMELAST NAMEFIRST NAMEMID SSN DOB APPT_MADE_DATE
APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE ACCESS_TYPE NOTE
BADGE_NUM ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F DESTINATION
LAST_UPDATEDBY POST TERMINAL_SUFFIX LastEntryDate VGUID

NO STATUS AVAIL U11679 ABRAMOFF JACK                          5/17/2001 8:26:17 AM
5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM VA    O SH WIN SH 5/17/2001 8:28:20 AM {guid
{28798F09-4912-4B14-9DB6-108B31287179}}
NO STATUS AVAIL U70552 ABRAMOFF JACK                          12/7/2001 6:02:00 PM
12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM VA    W J9 WIJ 49 12/7/2001 6:02:00 PM {guid
{68693164-BF18-4CC3-99DF-3BA52613F42E}}
OK U00083 ABRAMOFF JACK                          4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM
4/20/2001 2:00:00 PM VA    O SH WIS LH 4/17/2001 12:25:00 PM {guid {405A1179-CB5E-43B0-
B2A0-6133CB7C5A84}}
NO STATUS AVAIL U07823 ABRAMOFF JACK                          5/7/2001 6:17:00 PM 5/9/2001
10:00:00 AM 5/9/2001 11:59:00 PM VA    O SH WIA 20 5/9/2001 7:02:00 AM {guid {21468A36-8013-
4BAF-8976-92B271CB8B03}}

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES 2-1-02.mdb Table name: VISITOR_LOG**

UIN NAMELAST NAMEFIRST NAMEMID SSN DOB TOA POA USERNBR BDGNBR
LCN TOD POD VGUID DESTINATION REMARKS ACCESS_TYPE VISITEE_LAST_NAME
VISITEE_FIRST_NAME BADGE_TYPE Agency_Firm Authorize Officer PkgDescription Inspected
Status StatusDate IsArchived

U07823 ABRAMOFF JACK                              5/9/2001 10:00:00 AM Z2TSD 0 00000 5/9/2001
10:00:00 PM {guid {21468A36-8013-4BAF-8976-92B271CB8B03}} O Automatic TOD after 12 hours from
TOA VA    N 5/9/2001 10:17:59 AM
U70552 ABRAMOFF JACK                              12/10/2001 5:30:00 PM WAVES 0 00000 12/11/2001
5:30:00 AM {guid {68693164-BF18-4CC3-99DF-3BA52613F42E}} W VA    N 12/11/2001 9:00:03 AM

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES 5-09-01.mdb Table name: VISITOR**

STATUS UIN NAMELAST NAMEFIRST NAMEMID SSN DOB APPT_MADE_DATE
APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE ACCESS_TYPE NOTE
BADGE_NUM ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F DESTINATION
LAST_UPDATEDBY POST TERMINAL_SUFFIX LastEntryDate VGUID

OK U00083 ABRAMOFF JACK                          4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM
4/20/2001 2:00:00 PM VA    O SH WIS LH 4/17/2001 12:25:00 PM {guid {405A1179-CB5E-43B0-
B2A0-6133CB7C5A84}}
NO STATUS AVAIL U07823 ABRAMOFF JACK                          5/7/2001 6:17:00 PM 5/9/2001
10:00:00 AM 5/9/2001 11:59:00 PM VA    O SH WIA 20 5/9/2001 7:02:00 AM {guid {21468A36-8013-
4BAF-8976-92B271CB8B03}}

OK U80455 ABRAMOFF JACK              ' 2/21/2001 7:35:00 PM 3/1/2001 4:00:00 PM
3/1/2001 6:00:00 PM  VA           WIA 20 2/21/2001 7:35:00 PM {guid {14071A35-2E0F-4577-9D9C-
990ADADA458C}}

     OK U83982 ABRAMOFF JACK                    3/3/2001 1:16:00 PM 3/6/2001 4:30:00 PM
3/6/2001 6:30:00 PM  VA           WIJ 49 3/3/2001 1:16:00 PM {guid {DC3EC8E4-2DED-4B43-A041-
AA461A282527}}

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES_5-09-01.mdb Table name: VISITOR LOG**

UIN NAMELAST NAMEFIRST NAMEMID SSN DOB TOA POA USERNBR BDGNBR
LCN TOD POD VGUID DESTINATION REMARKS ACCESS_TYPE VISITEE_LAST_NAME
VISITEE_FIRST_NAME BADGE_TYPE Agency_Firm Authorize Officer PkgDescription Inspected
Status StatusDate IsArchived

     U07823 ABRAMOFF JACK                    5/9/2001 10:00:00 AM Z2TSD 0 00000  {guid
{21468A36-8013-4BAF-8976-92B271CB8B03}} O VA      N 5/9/2001 10:17:59 AM

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES_7-20-01.mdb Table name: 7/20_visitor**

STATUS UIN NAMELAST NAMEFIRST NAMEMID SSN DOB APPT_MADE_DATE
APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE ACCESS_TYPE NOTE
BADGE_NUM ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F DESTINATION
LAST_UPDATEDBY POST TERMINAL_SUFFIX LastEntryDate VGUID

     NO STATUS AVAIL U11679 ABRAMOFF JACK              5/17/2001 8:26:17 AM
5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM VA      O SH WIN SH 5/17/2001 8:28:20 AM {guid
{28798F09-4912-4B14-9DB6-108B31287179}}
     OK U00083 ABRAMOFF JACK              4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM
4/20/2001 2:00:00 PM  VA        O SH WIS LH 4/17/2001 12:25:00 PM {guid {405A1179-CB5E-43B0-
B2A0-6133CB7C5A84}}
     NO STATUS AVAIL U07823 ABRAMOFF JACK              5/7/2001 6:17:00 PM 5/9/2001
10:00:00 AM 5/9/2001 11:59:00 PM VA      O SH WIA 20 5/9/2001 7:02:00 AM {guid {21468A36-8013-
4BAF-8976-92B271CB8B03}}
     OK U80455 ABRAMOFF JACK              2/21/2001 7:35:00 PM 3/1/2001 4:00:00 PM
3/1/2001 6:00:00 PM  VA           WIA 20 2/21/2001 7:35:00 PM {guid {14071A35-2E0F-4577-9D9C-
990ADADA458C}}
     OK U83982 ABRAMOFF JACK              3/3/2001 1:16:00 PM 3/6/2001 4:30:00 PM
3/6/2001 6:30:00 PM  VA           WIJ 49 3/3/2001 1:16:00 PM {guid {DC3EC8E4-2DED-4B43-A041-
AA461A282527}}

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES_7-20-01.mdb Table name: 7/20_visitor_log**

UIN NAMELAST NAMEFIRST NAMEMID SSN DOB TOA POA USERNBR BDGNBR
LCN TOD POD VGUID DESTINATION REMARKS ACCESS_TYPE VISITEE_LAST_NAME
VISITEE_FIRST_NAME BADGE_TYPE Agency_Firm Authorize Officer PkgDescription Inspected
Status StatusDate IsArchived

     U07823 ABRAMOFF JACK              5/9/2001 10:00:00 AM Z2TSD 0 00000 5/9/2001
10:00:00 PM {guid {21468A36-8013-4BAF-8976-92B271CB8B03}} O Automatic TOD after 12 hours from
TOA VA      N 5/9/2001 10:17:59 AM

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES 8-15-01.mdb Table name: VISITOR**

STATUS UIN NAMELAST NAMEFIRST NAMEMID SSN DOB APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE ACCESS_TYPE NOTE BADGE_NUM ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F DESTINATION LAST_UPDATEDBY POST TERMINAL_SUFFIX LastEntryDate VGUID

NO STATUS AVAIL U11679 ABRAMOFF JACK                    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM  VA        O SH WIN SH 5/17/2001 8:28:20 AM {guid {28798F09-4912-4B14-9DB6-108B31287179}}

OK U00083 ABRAMOFF JACK                         4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  VA        O SH WIS LH 4/17/2001 12:25:00 PM {guid {405A1179-CB5E-43B0-B2A0-6133CB7C5A84}}

NO STATUS AVAIL U07823 ABRAMOFF JACK                    5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM  VA        O SH WIA 20 5/9/2001 7:02:00 AM {guid {21468A36-8013-4BAF-8976-92B271CB8B03}}

OK U80455 ABRAMOFF JACK                         2/21/2001 7:35:00 PM 3/1/2001 4:00:00 PM 3/1/2001 6:00:00 PM  VA        WIA 20 2/21/2001 7:35:00 PM {guid {14071A35-2E0F-4577-9D9C-990ADADA458C}}

OK U83982 ABRAMOFF JACK                         3/3/2001 1:16:00 PM 3/6/2001 4:30:00 PM 3/6/2001 6:30:00 PM  VA        WIJ 49 3/3/2001 1:16:00 PM {guid {DC3EC8E4-2DED-4B43-A041-AA461A282527}}

**Searching: C:\xdata\WAVESTABLES\WAVESTABLES 8-15-01.mdb Table name: VISITOR_LOG**

UIN NAMELAST NAMEFIRST NAMEMID SSN DOB TOA POA USERNBR BDGNBR LCN TOD POD VGUID DESTINATION REMARKS ACCESS_TYPE VISITEE_LAST_NAME VISITEE_FIRST_NAME BADGE_TYPE Agency_Firm Authorize Officer PkgDescription Inspected Status StatusDate IsArchived

U07823 ABRAMOFF JACK                    5/9/2001 10:00:00 AM Z2TSD 0 00000 5/9/2001 10:00:00 PM {guid {21468A36-8013-4BAF-8976-92B271CB8B03}} O Automatic TOD after 12 hours from TOA VA      N 5/9/2001 10:17:59 AM

**Searching: C:\NWHACS\ACR\2004\ACR_2004.mdb Table name: ACR-2004**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName
BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2004\ORIGINAL_ACR_2004.mdb Table name: 2004 - Card Swipe Data**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName
BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2004\ORIGINAL_ACR_2004.mdb Table name: 2004-EOP CARD DATA**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName
BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2004\ORIGINAL_ACR_2004.mdb Table name: ACR-2004**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName
BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2004\Monthly_records\Monthly_2004.mdb Table name: JANUARY-2004**

AccessLogId BadgeNbr MsgDateTime RdrName MsgName Reason UserLastName UserFirstName
BadgeStsName ARTWORKFRONT BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching:  C:\NWHACS\ACR\2005\Copy of ACR_2005.mdb Table name: 2004 - Card Swipe Data**

AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching:  C:\NWHACS\ACR\2005\Copy of ACR_2005.mdb Table name: 2004-EOP CARD DATA**

AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching:  C:\NWHACS\ACR\2005\Copy of ACR_2005.mdb Table name: ACR-2004**

AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching:  C:\NWHACS\ACR\2005\ORIGINAL_ACR_2005.mdb Table name: 2004 - Card Swipe Data**

AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching:  C:\NWHACS\ACR\2005\ORIGINAL_ACR_2005.mdb Table name: 2004-EOP CARD DATA**

AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\ACR\2005\ORIGINAL_ACR_2005.mdb Table name: ACR-2004**

AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName
BadgeStsName  ARTWORKFRONT  BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: C:\NWHACS\REAL_DATA\REAL_WAVESn.mdb Table name: WAVES-4-2-2003**

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA
TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE
Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY
POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone
MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST
CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                        U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001
5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326     J9 WIJ
12/7/2001 6:02:00 PM 49 POTUS                  0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK              U11679 VA   5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM
5/17/2001 11:59:00 PM 40  SH WIN 5/17/2001 8:28:20 AM SH RYUN                  0065675
OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                        U00083 VA   4/17/2001 12:25:00 PM 4/20/2001 12:00:00
PM 4/20/2001 2:00:00 PM 1     SH WIS 4/17/2001 12:25:00 PM LH CONDA                  0-0
OEOB 286 REES NINA 6-9012
ABRAMOFF JACK                        U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001
10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31     SH WIA 5/9/2001
7:02:00 AM 20 ESTES                  0062930 OEOB 476 ESTES JOHN 0000000

**Searching: C:\NWHACS\REAL_DATA\REAL_WAVESnote.mdb Table name: WAVES-ALL-2-5**

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA
TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE
Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY
POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone
MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST
CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                        U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001
5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326     J9 WIJ
12/7/2001 6:02:00 PM 49 POTUS                  0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK              U11679 VA   5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM
5/17/2001 11:59:00 PM 40  SH WIN 5/17/2001 8:28:20 AM SH RYUN                  0065675
OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                        U00083 VA   4/17/2001 12:25:00 PM 4/20/2001 12:00:00
PM 4/20/2001 2:00:00 PM 1     SH WIS 4/17/2001 12:25:00 PM LH CONDA                  0-0
OEOB 286 REES NINA 6-9012

ABRAMOFF JACK                U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31        SH WIA 5/9/2001 7:02:00 AM 20 ESTES                0062930 OEOB 476 ESTES JOHN 0000000

**Searching: C:\Steve 05\REAL WAVES1.mdb Table name: WAVES-4-2-2003**

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326        J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS                0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK                U11679 VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40    SH WIN 5/17/2001 8:28:20 AM SH RYUN            0065675 OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                U00083 VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM 1        SH WIS 4/17/2001 12:25:00 PM LH CONDA            0-0 OEOB 286 REES NINA 6-9012
ABRAMOFF JACK                U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31        SH WIA 5/9/2001 7:02:00 AM 20 ESTES                0062930 OEOB 476 ESTES JOHN 0000000

**Searching: C:\Steve 05\REAL WAVES1.mdb Table name: WAVES-ALL-2-5**

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK                U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326        J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS                0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK                U11679 VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40    SH WIN 5/17/2001 8:28:20 AM SH RYUN            0065675 OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK                J00083 VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM 1        SH WIS 4/17/2001 12:25:00 PM LH CONDA            0-0 OEOB 286 REES NINA 6-9012
ABRAMOFF JACK                U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31        SH WIA 5/9/2001 7:02:00 AM 20 ESTES                0062930 OEOB 476 ESTES JOHN 0000000

Searching: C:\Steve 05\REAL_WAVESNOTE.mdb Table name: WAVES-4-2-2003

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK            . U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326     J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS            0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK            . . . U11679 VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40  SH WIN 5/17/2001 8:28:20 AM SH RYUN            0065675 OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK            . U00083 VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM 1     SH WIS 4/17/2001 12:25:00 PM LH CONDA            0-0 OEOB 286 REES NINA 6-9012
ABRAMOFF JACK            . U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31     SH WIA 5/9/2001 7:02:00 AM 20 ESTES            0062930 OEOB 476 ESTES JOHN 0000000

Searching: C:\Steve 05\REAL_WAVESNOTE.mdb Table name: WAVES-ALL-2-5

NAMELAST NAMEFIRST NAMEMID DOB SSN UIN BDGNBR ACCESS_TYPE TOA POA TOD POD APPT_MADE_DATE APPT_START_DATE APPT_END_DATE APPT_CANCEL_DATE Total_People ESCORT_TYPE ESCORT_NAME_LAST ESCORT_NAME_F LAST_UPDATEDBY POST LastEntryDate TERMINAL_SUFFIX visitee_namelast visitee_namefirst visitee_phone MEETING_LOC MEETING_ROOM CALLER_NAME_LAST CALLER_NAME_FIRST CALLER_PHONE CALLER_ROOM

ABRAMOFF JACK            U70552 0 VA 12/10/2001 5:30:00 PM WAVES 12/11/2001 5:30:00 AM 12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00 PM 326     J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS            0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
ABRAMOFF JACK            U11679 VA    5/17/2001 8:26:17 AM 5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40  SH WIN 5/17/2001 8:28:20 AM SH RYUN            0065675 OEOB 276 RYUN CATHARINE 0065675
ABRAMOFF JACK            U00083 VA    4/17/2001 12:25:00 PM 4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM 1     SH WIS 4/17/2001 12:25:00 PM LH CONDA            0-0 OEOB 286 REES NINA 6-9012
ABRAMOFF JACK            U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD 5/9/2001 10:00:00 PM 5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM 31     SH WIA 5/9/2001 7:02:00 AM 20 ESTES            0062930 OEOB 476 ESTES JOHN 0000000

**Searching: D:\NWHACS\EPASS-Old ACR's\EPASS-1-20-2001-FORWARD.mdb Table name: EPASS 1-20-2001 12NOON FORWARD**

BADGE  DATE  TIME  POST  STATUS  NAME_LAST  NAME_FIRST  NAME_MI  PASS_TYPE  EPASS_TYPE

346C25 3/6/2001 16:23:35 A4 ENTERING ABRAMOFF JACK  A
346C25 3/6/2001 16:49:50 A4 EXITING ABRAMOFF JACK  A

**Searching: D:\NWHACS\EPASS-Old ACR's\EPASS-2001all.mdb Table name: EPASS-2001**

BADGE  DATE  TIME  POST  STATUS  NAME_LAST  NAME_FIRST  NAME_MI  PASS_TYPE  EPASS_TYPE

346C25 3/6/2001 16:23:35 A4 ENTERING ABRAMOFF JACK  A
346C25 3/6/2001 16:49:50 A4 EXITING ABRAMOFF JACK  A

**Searching: D:\NWHACS\EPASS-Old ACR's\ACR\2003\ACR_2003.mdb Table name: ACR-2003**

AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: D:\NWHACS\EPASS-Old ACR's\ACR\2003\Original_ACR_2003.mdb Table name: ACR-2003**

AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: D:\NWHACS\EPASS-Old ACR's\ACR\2004\ACR_2004.mdb Table name: ACR-2004**

AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: D:\NWHACS\EPASS-Old ACR's\ACR\2004\Original_ACR_2004.mdb Table name: ACR-2004**

AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName  BadgeStsName  ARTWORKFRONT  BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active

7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

**Searching: D:\NWHACS\EPASS-Old ACR's\ACR\2004\Monthly_records\Monthly_2004.mdb Table name: JANUARY-2004**

AccessLogId  BadgeNbr  MsgDateTime  RdrName  MsgName  Reason  UserLastName  UserFirstName BadgeStsName  ARTWORKFRONT  BADGE_TYPE

7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active
7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF JACK Active
7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK Active

```
                    New_PC_C_Drive_Output_Hits.txt
      AccessLogId  BadgeNbr  MsgDateTime   RdrName  MsgName   Reason
  UserLastName  UserFirstName   BadgeStsName   ARTWORKFRONT   BADGE_TYPE

    7554337 37581 1/20/2004 10:42:20 AM D1 Entry Lane 1 AcsGrant Normal ABRAMOFF
JACK Active
    7554802 37581 1/20/2004 11:29:34 AM D1 Exit Lane AcsGrant Normal ABRAMOFF JACK
Active




      NAMELAST   NAMEFIRST   NAMEMID   DOB   SSN   UIN   BDGNBR   ACCESS_TYPE   TOA
   POA   TOD   POD   APPT_MADE_DATE   APPT_START_DATE   APPT_END_DATE
APPT_CANCEL_DATE   Total_People   ESCORT_TYPE   ESCORT_NAME_LAST   ESCORT_NAME_F
LAST_UPDATEDBY   POST   LastEntryDate   TERMINAL_SUFFIX   visitee_namelast
visitee_namefirst   visitee_phone   MEETING_LOC   MEETING_ROOM   CALLER_NAME_LAST
CALLER_NAME_FIRST   CALLER_PHONE   CALLER_ROOM

    ABRAMOFF JACK                         U70552 0 VA 12/10/2001 5:30:00 PM WAVES
12/11/2001 5:30:00 AM  12/7/2001 6:02:00 PM 12/10/2001 5:30:00 PM 12/10/2001 7:30:00
PM  326        J9 WIJ 12/7/2001 6:02:00 PM 49 POTUS
    0-0 WH RESIDENCE JOHNSTON MEGAN 6-9702
    ABRAMOFF JACK                     U11679  VA       5/17/2001 8:26:17 AM
5/17/2001 9:15:00 AM 5/17/2001 11:59:00 PM 40     SH WIN 5/17/2001 8:28:20 AM SH
RYUN                      0065675 OEOB 276 RYUN CATHARINE 0065675
    ABRAMOFF JACK                     U00083  VA      4/17/2001 12:25:00 PM
4/20/2001 12:00:00 PM 4/20/2001 2:00:00 PM  1        SH WIS 4/17/2001 12:25:00 PM
LH CONDA                 0-0 OEOB 286 REES NINA 6-9012
    ABRAMOFF JACK                     U07823 0 VA 5/9/2001 10:00:00 AM Z2TSD
5/9/2001 10:00:00 PM  5/7/2001 6:17:00 PM 5/9/2001 10:00:00 AM 5/9/2001 11:59:00 PM
31        SH WIA 5/9/2001 7:02:00 AM 20 ESTES
0062930 OEOB 476 ESTES JOHN 0000000
```

Page 1

```
                          Old_PC_D_Drive_Output_Hits.txt
BADGE    DATE               TIME        POST     STATUS         NAME_LAST
NAME_FIRST      NAME_MI
346C25  3/6/2001            16:23:35    A4       ENTERING       ABRAMOFF       JACK
                A
346C25  3/6/2001            16:49:50    A4       EXITING        ABRAMOFF       JACK
                A


AccessLogId    BadgeNbr      MsgDateTime            RdrName          MsgName
        Reason              UserLastName  UserFirstName  BADGE_TYPE
7554337        37581         1/20/2004 10:42:20 AM  D1 Entry         Lane 1
AcsGrant       Normal        ABRAMOFF      JACK            Active

7554802        37581         1/20/2004 11:29:34 AM  D1 Exit          Lane
AcsGrant                     Normal        ABRAMOFF      JACK       Active
```

Page 1

Old_PC_C_Drive_Output_Hits.txt

| STATUS | UIN | NAMELAST | NAMEFIRST | NAMEMID | SSN | DOB |
|---|---|---|---|---|---|---|
| | APPT_MADE_DATE | | APPT_START_DATE | | APPT_END_DATE | |
| APPT_CANCEL_DATE | | ACCESS_TYPE | | | | |
| NO STATUS AVAIL | U70552 | ABRAMOFF | JACK | | | |
| | 12/7/2001 6:02:00 PM | | 12/10/2001 5:30:00 PM | | 12/10/2001 7:30:00 | |
| PM | | VA | | | | |
| NO STATUS AVAIL | U07823 | ABRAMOFF | JACK | | | |
| | 5/7/2001 6:17:00 PM | | 5/9/2001 10:00:00 AM | | 5/9/2001 11:59:00 PM | |
| | | VA | | | | |
| NO STATUS AVAIL | U11679 | ABRAMOFF | JACK | | | |
| | 5/17/2001 8:26:17 AM | | 5/17/2001 9:15:00 AM | | 5/17/2001 11:59:00 | |
| PM | | VA | | | | |
| OK | U00083 | ABRAMOFF | JACK | | | |
| | 4/17/2001 12:25:00 PM | | 4/20/2001 12:00:00 PM | | 4/20/2001 2:00:00 PM | |
| | | VA | | | | |
| OK | U80455 | ABRAMOFF | JACK | | | |
| | 2/21/2001 7:35:00 PM | | 3/1/2001 4:00:00 PM | | 3/1/2001 6:00:00 PM | |
| | | VA | | | | |
| OK | U83982 | ABRAMOFF | JACK | | | |
| | 3/3/2001 1:16:00 PM | | 3/6/2001 4:30:00 PM | | 3/6/2001 6:30:00 PM | |
| | | VA | | | | |
| | U70552 | ABRAMOFF | JACK | | | |
| | 12/10/2001 | | 12/11/2001 5:30:00 AM | | 12/7/2001 6:02:00 PM | |
| 12/10/2001 5:30:00 PM | 12/10/2001 7:30:00 PM | 326 | | | | |

Page 1

| AccessLogId | BadgeNbr | MsgDateTime | RdrName | MsgName | Reason | UserLastName | UserFirstName |
|---|---|---|---|---|---|---|---|
| 7554337 | 37581 | 1/20/2004 10:42:20 AM | D1 Entry Lane 1 | AcsGrant | Normal | ABRAMOFF | JACK |
| 7554802 | 37581 | 1/20/2004 11:29:34 AM | D1 Exit Lane | AcsGrant | Normal | ABRAMOFF | JACK |

| STATUS | UIN | NAMELAST | NAMEFIRST | NAMEMID | SSN | UIN | DOB | APPT_MADE_DATE |
|---|---|---|---|---|---|---|---|---|
| OK | U00083 | ABRAMOFF | JACK | | | U00083 | | 4/17/2001 12:25:00 PM |
| NO STATUS AVAIL | U00828 | ABRAMOFF | JACK | | | U41679 | | 5/7/2001 6:17:00 PM |
| NO STATUS AVAIL | U41679 | ABRAMOFF | JACK | | | U00828 | | 5/17/2001 8:26:17 AM |
| NO STATUS AVAIL | U41679 | ABRAMOFF | JACK | | | | | 12/7/2001 8:02:00 PM |
| OK | U80455 | ABRAMOFF | JACK | | | | | 2/21/2001 7:35:00 PM |
| OK | U83982 | ABRAMOFF | JACK | | | | | 3/3/2001 1:16:00 PM |

| NAMELAST | NAMEFIRST | NAMEMID | DOB | SSN | UIN | NAME_LAST | NAME_FIRST | TOA | ACCESS_TYPE |
|---|---|---|---|---|---|---|---|---|---|
| ABRAMOFF | JACK | | | | U00083 | | | 5/9/2001 10:00:00 AM | Z2TSD |
| ABRAMOFF | JACK | | | | U41679 | | 0 | | VA |
| ABRAMOFF | JACK | | | | U00828 | | 0 | | VA |
| ABRAMOFF | JACK | | | | U00828 | | 0 | | VA |
| JACK | | | | | | | | 12/10/2001 5:30:00 PM | WAVES |

| BADGE | DATE | TIME | POST | STATUS | NAME_LAST | NAME_FIRST | NAME_MI |
|---|---|---|---|---|---|---|---|
| 346C25 | 3/6/2001 | 16:23:35 | A4 | ENTERING | ABRAMOFF | JACK | |
| 346C25 | 3/6/2001 | 16:49:50 | A4 | EXITING | ABRAMOFF | JACK | |

| BadgeStsName | ARTWORKFRONT | BADGE_TYPE |
| --- | --- | --- |
| Active | | |
| Active | | |

| APPT_START_DATE | APPT_END_DATE | APPT_CANCEL_DATE | ACCESS_TYPE | NOTE | APPT_MADE_DATE |
| --- | --- | --- | --- | --- | --- |
| 4/20/2001 12:00:00 PM | 4/20/2001 2:00:00 PM | | VA | | 4/17/2001 12:25:00 PM |
| 5/9/2001 10:00:00 AM | 5/9/2001 11:59:00 PM | | VA | | 5/17/2001 8:26:17 AM |
| 5/17/2001 9:15:00 AM | 5/17/2001 11:00:00 PM | | VA | | 5/7/2001 6:17:00 PM |
| 12/10/2001 5:30:00 PM | 12/10/2001 7:30:00 PM | | VA | | 12/7/2001 6:02:00 PM |
| 3/1/2001 4:00:00 PM | 3/1/2001 6:00:00 PM | | VA | | |
| 3/6/2001 4:30:00 PM | 3/6/2001 6:30:00 PM | | VA | | |

| TOA | POA | TOD | POD |
| --- | --- | --- | --- |
| 5/9/2001 10:00:00 AM | Z2TSD | 5/9/2001 10:00:00 PM | |
| 12/10/2001 5:30:00 PM | WAVES | 12/11/2001 5:30:00 AM | |

| USERNBR | BDGNBR | LCN | TOD | POD |
| --- | --- | --- | --- | --- |
| 0 | 0 | 00000 | 5/9/2001 10:00:00 PM | |
| 0 | 0 | 00000 | 12/11/2001 5:30:00 AM | |

| PASS_TYPE | EPASS_TYPE |
| --- | --- |
| A | |
| A | |
| A | |

Case 1:06-cv-00310-RCL   Document 41-3   Filed 12/14/2007   Page 57 of 60
Case 1:06-cv-00___-JGP   Document 22   Filed 07/07/06   Page 4 of 7

Page 3 of 6

| BADGE_NUM | ESCORT_TYPE | ESCORT_NAME_LAST | ESCORT_NAME_F |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | Total_People | APPT_START_DATE | APPT_END_DATE | APPT_CANCEL_DATE |
|---|---|---|---|---|
| | 1 | 4/20/2001 12:00:00 PM | 4/20/2001 2:00:00 PM | |
| | 40 | 5/17/2001 9:15:00 AM | 5/17/2001 11:59:00 PM | |
| | 31 | 5/9/2001 10:00:00 AM | 5/9/2001 11:59:00 PM | |
| | 326 | 12/10/2001 5:30:00 PM | 12/10/2001 7:30:00 PM | |

| VGUID | DESTINATION | REMARKS | ACCESS_TYPE |
|---|---|---|---|
| {guid (21468A36-8013-4BAF-8976-92B271CB8B03)} | O | Automatic TOD after 12 hours from TOA | VA |
| {guid (68693164-BF18-4CC3-99DF-3BA52613F42E)} | W | | VA |

| DESTINATION | LAST_UPDATEDBY | POST | TERMINAL_SUFFIX | LastEntryDate |
|---|---|---|---|---|
| O | SH | WIS | LH | 4/17/2001 12:25:00 PM |
| O | SH | WIA | 20 | 5/9/2001 7:02:00 AM |
| O | SH | WIN | SH | 5/17/2001 8:28:20 AM |
| W | | WIJ | 49 | 12/7/2001 6:02:00 PM |
| | J9 | WIA | 20 | 2/21/2001 7:35:00 PM |
| | | WIJ | 49 | 3/3/2001 1:16:00 PM |

| ESCORT_TYPE | ESCORT_NAME_LAST | ESCORT_NAME_F | LAST_UPDATEDBY | POST |
|---|---|---|---|---|
| | | | SH | WIS |
| | | | SH | WIN |
| | | | SH | WIA |
| | | | J9 | WIJ |

| VISITEE_LAST_NAME | VISITEE_FIRST_NAME | BADGE_TYPE | Agency_Firm | Authorize |
|---|---|---|---|---|

| VGUID |
| --- |
| {guid {405A1179-CB5E-43B0-B2A0-6133CB7C5A84}} |
| {guid {21468A36-8013-4BAF-8976-92B271CB8B03}} |
| {guid {28798F09-4912-4B14-9DB6-108B312871791}} |
| {guid {6869316A-BF18-4CC3-99DF-3BA62613F42E}} |
| {guid {14071A35-2E0F-4577-9D9C-990ADADA458C}} |
| {guid {DC3EC8E4-2DED-4B43-A041-AA461A282527}} |

| LastEntryDate | TERMINAL_SUFFIX | visitee_namelast | visitee_namefirst | visitee_phone | MEETING_LOC |
| --- | --- | --- | --- | --- | --- |
| 4/17/2001 12:26:00 PM | LH | CONDA | | 0-0 | OEOB |
| 5/17/2001 8:28:20 AM | SH | RYUN | | 0065675 | OEOB |
| 5/9/2001 7:02:00 AM | 20 | ESTES | | 0062930 | OEOB |
| 12/7/2001 6:02:00 PM | 49 | POTUS | | 0-0 | WH |

| Officer | PkgDescription | Inspected | Status | StatusDate | IsArchived |
| --- | --- | --- | --- | --- | --- |
| | | N | | 5/9/2001 10:17:59 AM | |
| | | N | | 12/11/2001 9:00:03 AM | |

| MEETING_ROOM | CALLER_NAME_LAST | CALLER_NAME_FIRST | CALLER_PHONE | CALLER_ROOM |
|---|---|---|---|---|
| 286 | REES | NINA | 6-9012 | |
| 276 | RYUN | CATHARINE | 0005675 | |
| 476 | ESTES | JOHN | 0000000 | |
| RESIDENCE | JOHNSTON | MEGAN | 6-9702 | |