UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-310 (RMC) |
| ) | (consolidated with 06-833) |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |

ORDER CONSOLIDATING CASES

Judicial Watch, Inc., filed this suit under the Freedom of Information Act, ("FOIA"), 5 U.S.C. § 552. Judicial Watch seeks to compel the Secret Service to release agency records concerning White House visitor logs from January 1, 2001, to the present that reflect the entries/exits of lobbyist Jack Abramoff. The Department of Homeland Security ("DHS"), of which the Secret Service is a component, seeks to consolidate this case with another FOIA case, *Citizens for Responsibility and Ethics in Washington ("CREW") v. Department of Homeland Security*, Civil No. 06-833 (RCL). In the *CREW* case, CREW seeks to compel DHS to release records relating to White House visits by Mr. Abramoff and others.

Federal Rule of Civil Procedure 42 permits consolidation in the court's discretion when "actions involving a common question of law or fact" are pending. Both this case and the *CREW* case involve the issue of whether DHS conducted an adequate search of White House records.[1] Judicial economy would be served by consolidation. Further, no prejudice to the

---

[1] The CREW case is broader, as it involves visits to the White House and to the Vice President's residence, it involves visits by others in addition to Mr. Abramoff, and it involves a claim under the Federal Records Act, 44 U.S.C. §§ 2101-18, 2901-09, 3101-07, 3301-24.

parties has been shown. While the *Judicial Watch* case is older, the *CREW* case is further along in the judicial process. *See, e.g.*, Mem. Op. & Order filed Dec. 17, 2007. Because these cases involve common issues of law and fact, they will be consolidated. Accordingly, it is hereby

**ORDERED** that DHS's motion to consolidate [Dkt. # 35] is **GRANTED**; and it is

**FURTHER ORDERED** that Civil Case Number 06-310 and Civil Case Number 06-833 are hereby **CONSOLIDATED**;[2] and it is

**FURTHER ORDERED** that the Clerk's Office shall **CLOSE** Civil Case Number 06-833 and **TRANSFER** the parties in that case to the earlier case, Civil Case Number 06-310; and it is

**FURTHER ORDERED** that from this date forward all pleadings shall be filed *only* in the earlier case, Civil Case Number 06-310. The parties are advised not to elect to "spread text" when filing on ECF, as this will result in repetitive docketing and emails.


Date: December 17, 2007              /s/
                                     ROSEMARY M. COLLYER
                                     United States District Judge

---

However, Rule 42 does not require the facts and legal issues to be identical. *In re Olsten Corp. Securities Litigation*, 3 F. Supp. 2d 286, 293 (E.D.N.Y. 1998).

[2] By agreement of the judges presiding in these matters, this consolidated case will be transferred to Judge Royce C. Lamberth.