CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH )
)
)
)
            Plaintiff )
    v. ) Civil Case Number 06-0310 (RCL)
)
)
)
U.S. SECRET SERVICE, et al. ) Category I
)
        Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>December 21, 2007</u> from <u>Judge Rosemary M. Collyer</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Case transferred by consent.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Collyer</u> & Courtroom Deputy
      <u>Judge Lamberth</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk