## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 1:06-310 (RCL) |
| UNITED STATES SECRET SERVICE, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 06-883 (RCL) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : | |
| Defendant. | : | |

## [PROPOSED] ORDER

The Court having considered defendant's "supplemental" motion for summary judgment on Claims I-III, plaintiff CREW's opposition and the entire record herein, it is hereby ORDERED that defendant's motion is DENIED.

Dated: _____          _____
                                  ROYCE C. LAMBERTH
                                  United States District Judge