**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES SECRET SERVICE, )<br>)<br>Defendant. )<br>)<br>)<br>CITIZENS FOR RESPONSIBILITY AND )<br>ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-310 (RCL) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT**

The Department of Homeland Security ("DHS"), through undersigned counsel, hereby moves this Court for a three-day extension of time, to January 25, 2008, to file a reply in support its motion for summary judgment with respect to the action filed by Citizens for Responsibility and Ethics in Washington ("CREW"). The reasons for this request are as follows:

1. DHS's reply is due January 22, 2008.

2.        Undersigned lead counsel for DHS will be out of town from the evening of January 17th until the evening of January 21st assisting a family member who is undergoing surgery on January 18th.

3.        Accordingly, DHS will need three additional days to compose its reply.

4.        Pursuant to Local Rule 7(m), counsel for DHS contacted counsel for CREW and Judicial Watch, the other plaintiff.   Neither counsel objects to DHS's request.

Accordingly, DHS requests an extension of time of three days to file a reply brief, making the reply due on or before January 25, 2008.

Dated: January 14, 2008                                    Respectfully submitted,

                                                           JEFFREY S. BUCHOLTZ
                                                           Acting Assistant Attorney General

                                                           JEFFREY A. TAYLOR
                                                           United States Attorney

                                                           CARL J. NICHOLS
                                                           Deputy Assistant Attorney General

                                                           JOSEPH H. HUNT
                                                           Branch Director

                                                           ELIZABETH J. SHAPIRO
                                                           Assistant Branch Director

OF COUNSEL:
                                                           s/ Justin M. Sandberg
LIZA MURPHY                                                JUSTIN M. SANDBERG
MOLLY WEBER                                                (Ill. Bar. No. 6278377)
United States Secret Service                               Trial Attorney
                                                           United States Department of Justice
                                                           Civil Division, Federal Programs Branch
                                                           20 Massachusetts Avenue, N.W. #7224
                                                           Washington, D.C. 20001

Telephone: (202) 514-3489
Facsimile: (202) 616-8202
E-mail: justin.sandberg@usdoj.gov

Attorneys for Defendant