# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | Civil Action No. 06-310 (RCL) |
| CITIZENS FOR RESPONSIBILITY AND ) | |
| ETHICS IN WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **PROPOSED ORDER**

UPON CONSIDERATION of Defendant's Unopposed Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment, January 14, 2008, it is hereby, this ____ day of _____, 2008

ORDERED that Defendant's motion is granted and, accordingly, that Defendant shall have up to and including January 25, 2008 within which to file a reply in support of its motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE