UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SECRET SERVICE,<br><br>Defendant.<br><br>CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 06-310 (RCL) |

### ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment, January 14, 2008, it is hereby, this 15th day of January, 2008

ORDERED that Defendant's motion is granted and, accordingly, that Defendant shall have up to and including January 25, 2008 within which to file a reply in support of its motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE