UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES SECRET SERVICE, )<br>)<br>Defendant. )<br>_____)<br>)<br>CITIZENS FOR RESPONSIBILITY AND )<br>ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-310 (RCL) |

## NOTICE

In the reply brief filed in support of its supplemental motion for summary judgment with respect to plaintiff Citizens for Responsibility and Ethics in Washington's Freedom of Information Act ("FOIA") claims, defendant noted that there might be responsive records in several electronic tables.[1]  Reply in Support of Supplemental Motion for Summary Judgment, Jan. 25, 2008 ("Reply"), Doc. No. 50, at 3 n.4.  Defendant searched these tables for responsive

---

[1] The tables relate to Worker and Visitor Entrance System records and Access Control Records System records, and there are, in fact, at least five relevant tables.  Also, as has been the case throughout this litigation, by use of the phrase "responsive record," defendant does not concede for purposes other than its pending dispositive motions that the records at issue are subject to the FOIA.

records and discovered the records encompassed in the attached ten pages. The visits reflected in these records relate to Shawn Vasell and Patrick Pizzella, and all have been disclosed in records previously released to plaintiff.[2] Thus, as defendant noted in its Reply, "CREW [already] ha[d] the information sought by its FOIA request, i.e., it kn[ew] who visited whom and when." Id.

Also, handwritten access logs maintained by the Secret Service were discovered this week at an office building in Washington, D.C.; the building is used by several components of the Executive Office of the President ("EOP"). The building is not within the White House Complex or on the grounds of the Vice President's Residence. It appears that the handwritten logs were developed informally by Secret Service officers to keep track of key fobs issued to EOP personnel. We also understand that the logs may contain visitor information. The Secret Service is working to verify the nature, purpose, and contents of the logs. Once these issues are resolved, we will advise the Court accordingly.

Dated: April 18, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

---

[2] Defendant redacted (i) Mr. Vasell's date of birth and Social Security number, and the name of a Secret Service Officer, to protect these individuals' privacy interests, see Raulerson v. Reno, 1998 WL 316135 (D.C. Cir. April 30, 1998) (concluding that the propriety of redactions of dates of birth and Social Security numbers is so clear as to warrant summary affirmance of the district court's opinion); 5 U.S.C. §§ 552(b)(6), (b)(7)(C), (ii) limited security information (in the form of instructions to Secret Service officers) to protect the security of the White House Complex, Reply at 4 n.7, see §§ 552(b)(2), (b)(7)(E), and (iii) a record that reflects a visit by an individual not subject to plaintiff's FOIA request. The records without a name relate to Mr. Vasell.

|  |  |
| --- | --- |
|  | CARL J. NICHOLS<br>Deputy Assistant Attorney General |
|  | JOSEPH H. HUNT<br>Branch Director |
|  | ELIZABETH J. SHAPIRO<br>Assistant Branch Director |
| OF COUNSEL:<br><br>LIZA MURPHY<br>MOLLY WEBER<br>United States Secret Service | s/ Justin M. Sandberg<br>JUSTIN M. SANDBERG<br>(Ill. Bar. No. 6278377)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W. #7224<br>Washington, D.C. 20001<br>Telephone: (202) 514-3489<br>Facsimile: (202) 616-8202<br>E-mail: justin.sandberg@usdoj.gov<br><br>Attorneys for Defendant |