| AccessLogId | Access | AcctName | AcctNbr | AlmPktQId | BadgeNbr | BadgeSts |
|---|---|---|---|---|---|---|
| 13663090 | Access Granted | | 0 | 157209919 | 57300 | 0 |
| 13663687 | Access Granted | | 0 | 157216511 | 57300 | 0 |
| 13735455 | Access Granted | | 0 | 157980648 | 51991 | 0 |
| 13736579 | Access Denied | | 0 | 157986762 | 51991 | 0 |
| 13736582 | Access Granted | | 0 | 157986765 | 51991 | 0 |
| 13869035 | Access Granted | | 0 | 159557058 | 54030 | 0 |
| 13869465 | Access Denied | | 0 | 159557486 | 54030 | 0 |
| 14121123 | Access Granted | | 0 | 162153594 | 57280 | 0 |
| 14121827 | Access Granted | | 0 | 162159297 | 57280 | 0 |

| BadgeStsName | ClassName | ClassNbr | EndDate | LCN | Line |
|---|---|---|---|---|---|
| Active | VISITOR YELLOW | 56 | 3/21/2006 | | 4 |
| Active | VISITOR YELLOW | 56 | 3/21/2006 | | 4 |
| Active | VISITOR GRAY | 55 | 3/30/2006 | | 8 |
| Active | VISITOR GRAY | 55 | 3/30/2006 | | 8 |
| Active | VISITOR GRAY | 55 | 3/30/2006 | | 8 |
| Active | VISITOR YELLOW | 56 | 4/17/2006 | | 4 |
| Active | VISITOR YELLOW | 56 | 4/17/2006 | | 4 |
| Active | VISITOR YELLOW | 56 | 5/18/2006 | | 4 |
| Active | VISITOR YELLOW | 56 | 5/18/2006 | | 4 |

| LogDateTime | LogType | MsgDateTime | MsgName | MsgNbr | PPUType |
|---|---|---|---|---|---|
| 3/21/2006 4:54:20 PM | System | 3/21/2006 4:54:19 PM | AcsGrant | 152 | 0 |
| 3/21/2006 5:55:48 PM | System | 3/21/2006 5:55:46 PM | AcsGrant | 152 | 0 |
| 3/30/2006 10:57:20 AM | System | 3/30/2006 10:57:17 AM | AcsGrant | 152 | 0 |
| 3/30/2006 12:10:43 PM | System | 3/30/2006 12:10:42 PM | AcsDnied | 155 | 0 |
| 3/30/2006 12:10:54 PM | System | 3/30/2006 12:10:52 PM | AcsGrant | 152 | 0 |
| 4/17/2006 11:00:02 AM | System | 4/17/2006 11:00:01 AM | AcsGrant | 152 | 0 |
| 4/17/2006 11:37:12 AM | System | 4/17/2006 11:37:10 AM | AcsDnied | 155 | 0 |
| 5/18/2006 4:02:53 PM | System | 5/18/2006 4:02:51 PM | AcsGrant | 152 | 0 |
| 5/18/2006 5:05:19 PM | System | 5/18/2006 5:05:18 PM | AcsGrant | 152 | 0 |

| PPUTypeName | RdrName | RdrNbr | Reason | ReasonNbr | Remark | RefNbr | RMU |
|---|---|---|---|---|---|---|---|
| | D1 Entry Lane 1 | 23 | Normal | 0 | | | 1 |
| | D1 Exit Lane | 28 | Normal | 0 | | | 3 |
| | K1 Entry Lane 2 | 76 | Normal | 0 | | | 2 |
| | K1 Exit Lane | 78 | NotDropd | 40 | | | 3 |
| | K1 Exit Lane | 78 | Normal | 0 | | | 3 |
| | D1 Entry Lane 2 | 25 | Normal | 0 | | | 2 |
| | D1 Exit Lane | 28 | NotDropd | 40 | | | 3 |
| | D1 Entry Lane 2 | 25 | Normal | 0 | | | 2 |
| | D1 Exit Lane | 28 | Normal | 0 | | | 3 |

| SchName | SchNbr | ShiftName | ShiftNbr | StartDate | TimeZone | UserFirstName | UserLastName |
|---|---|---|---|---|---|---|---|
| | 1 | | 13 | 3/21/2006 | | PATRICK | PIZZELLA |
| | 1 | | 13 | 3/21/2006 | | PATRICK | PIZZELLA |
| | 1 | | 13 | 3/30/2006 | | PATRICK | PIZZELLA |
| | 0 | | 0 | 3/30/2006 | | PATRICK | PIZZELLA |
| | 1 | | 13 | 3/30/2006 | | PATRICK | PIZZELLA |
| | 1 | | 13 | 4/17/2006 | | PATRICK | PIZZELLA |
| | 0 | | 0 | 4/17/2006 | | PATRICK | PIZZELLA |
| | 1 | | 13 | 5/18/2006 | | SHAWN | VASELL |
| | 1 | | 13 | 5/18/2006 | | SHAWN | VASELL |

| UserNbr | ValidityName | ValidityType | Zone | ZoneName | ZoneType | ZoneTypeName | Credential |
|---------|--------------|--------------|------|----------|----------|--------------|------------|
| 57300 | Visitor | 3 | 5 | | | | |
| 57300 | Visitor | 3 | 7 | | | | |
| 51991 | Visitor | 3 | 5 | | | | |
| 51991 | Visitor | 3 | 7 | | | | |
| 51991 | Visitor | 3 | 7 | | | | |
| 54030 | Visitor | 3 | 5 | | | | |
| 54030 | Visitor | 3 | 7 | | | | |
| 57280 | Visitor | 3 | 5 | | | | |
| 57280 | Visitor | 3 | 7 | | | | |

| GTourAcctNbr | GTourAcctName | GTourNbr | GTourName | GTourStnNbr | IsArchived |
|---|---|---|---|---|---|
| 0 | | 0 | | 0 | 1 |
| 0 | | 0 | | 0 | 1 |
| 0 | | 0 | | 0 | 1 |
| 0 | | 0 | | 0 | 1 |
| 0 | | 0 | | 0 | 1 |
| 0 | | 0 | | 0 | 1 |
| 0 | | 0 | | 0 | 1 |
| 0 | | 0 | | 0 | 1 |
| 0 | | 0 | | 0 | 1 |

From the Visitor_Log Table:

| UIN | NAMELAST | NAMEFIRST | NAMEMID | SSN | DOB | TOA | POA | USERNBR | BDGNBR | LCN | TOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U21165 | VASELL | SHAWN | | | | 6/25/2006 3:45:00 PM | vis | 0 | 00000 | | 1/1/1980 |

| POD | VGUID | | | DESTINATION | REMARKS | ACCESS_TYPE | VISITEE_LAST_NAME | VISITEE_FIRST_NAME |
|---|---|---|---|---|---|---|---|---|
| | {2B8DFE74-CD0B-43D2-8104-FBFBAFDDC7B9} | | | W | AutoTOD | VA | | |

| BADGE_TYPE | Agency_Firm | Authorize | Officer | PkgDescription | Inspected | Status | StatusDate | IsArchived |
|---|---|---|---|---|---|---|---|---|
| | | | | | N | | 6/25/2006 5:42:29 PM | 1 |

From the Visitor Table:

| UIN | NAMELAST | NAMEFIRST | NAMEMID | SSN | DOB | APPT_MADE_DATE | APPT_START_DATE | APPT_END_DATE |
|---|---|---|---|---|---|---|---|---|
| U21165 | VASELL | SHAWN | | | 6/21/2006 3:48:03 PM | 6/21/2006 3:48:03 PM | 6/25/2006 3:45:00 PM | 6/25/2006 11:59:00 PM |

| APPT_CANCEL_DATE | ACCESS_TYPE | NOTE | BADGE_NUM | ESCORT_TYPE | ESCORT_NAME_LAST | ESCORT_NAME_F | DESTINATION |
|---|---|---|---|---|---|---|---|
| | VA | | | | | | W |

| STATUS | UIN | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NO STATUS AVAIL | | | | | | | | |

| LAST_UPDATEDBY | POST | TERMINAL_SUFFIX | LastEntryDate | VGUID |
|---|---|---|---|---|
| J9 | WIN | J9 | 6/21/2006 3:48:04 PM | {2B8DFE74-CD0B-43D2-8104-FBFBAFDDC7B9} |

From the Visitee Table:

| TYPE_REQUESTOR | UIN | ACCESS_TYPE | NAMELAST | NAMEFIRST | APPT_MADE_DATE | APPT_START_DATE | APPT_END_DATE |
|---|---|---|---|---|---|---|---|
| VISITOR | U21165 | VA | POTUS | | 6/23/2006 1:35:46 PM | 6/25/2006 3:45:00 PM | 6/25/2006 11:59:00 PM |

| APPT_COMPLETED_DATE | NOTE | APPT_CANCEL_DATE | MEETING_LOC | MEETING_ROOM | PHONE | Total_People | LastEntryDate |
|---|---|---|---|---|---|---|---|
| 6/25/2006 5:42:30 PM | FORD'S THEATRE GALA RECEPTION/ | | WH | STATE FLOO | 0062372 | 0 | 6/23/2006 1:35:47 PM |

| CALLER_PHONE | CALLER_ROOM | AGENCY | CALLER_NAME_LAST | CALLER_NAME_FIRST |
|---|---|---|---|---|
| 0062372 | | | POTUS | |

| DESCRIPTION |
|---|
| FORD'S THEATRE GALA RECEPTION/ |

| POST | TERMINAL_SUFFIX | LAST_UPDATEDBY |
|---|---|---|
| WIN | L6 | L6 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VGUID | DOB | SSN | MI | UIN | AccessLogID | RequestUserNbr | LogDateTime | IsArchived |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | {16576392-1437-4C31-BF67-349FA841BE51} | | | | U11538 | 14121123 | | 5/18/2006 4:02:53 PM | 1 |
| 5 | {16576392-1437-4C31-BF67-349FA841BE51} | | | | U11538 | 14121827 | | 5/18/2006 5:05:20 PM | 1 |