UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SECRET SERVICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 06-310 (RCL)

## NOTICE OF FILING

In the Notice filed on April 18, 2008, Doc. No. 51, defendant noted that access logs maintained by the Secret Service were discovered at an office building in Washington, D.C. The building is not within the White House Complex or on the grounds of the Vice President's Residence (the focal points of Citizens for Responsibility and Ethics in Washington's ["CREW's"] Freedom of Information Act ["FOIA"] request, see Exhibit A to Second Amended Complaint for Declaratory and Injunctive Relief, Aug. 9, 2006, Doc. No. 30 ["Exh. A to Second Amend. Compl."]); it is located at 1800 G Street, N.W. Several components of the Executive

1

Office of the President, including the White House Presidential Correspondence Office, use this building. The logs were used by Secret Service officers stationed at the building to keep track of key fobs and passes given to those entering the building.[1]

The Secret Service searched the documents found at 1800 G Street and discovered two records that relate to individuals named in CREW's FOIA request, see Exh. A to Second Amend. Compl. These records reflect a visit by "Vasell" in 2004 and "Pizzella" in 2006. The records are attached.[2]

Dated: June 13, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN O'QUINN
Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

ELIZABETH J. SHAPIRO
Assistant Branch Director

OF COUNSEL:

s/ Justin M. Sandberg
LIZA MURPHY                    JUSTIN M. SANDBERG
MOLLY WEBER                    (Ill. Bar. No. 6278377)
United States Secret Service   Trial Attorney

---

[1] Several other kinds of documents were found with the access logs; none of these other kinds of documents reflects a visit by an individual named in CREW's FOIA request.

[2] Defendant does not concede for purposes other than its pending dispositive motions that these records are subject to the FOIA, rather than the Presidential Records Act, 44 U.S.C. § 2201 et seq.

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7324
Washington, D.C. 20001
Telephone: (202) 514-3489
Facsimile: (202) 616-8202
E-mail: justin.sandberg@usdoj.gov

<u>Attorneys for Defendant</u>