LOG SHEET

UNITED STATES SECRET SERVICE
1800 G Street, N.W.

Date: MARCH 2, 2004          1ST Floor Post

| Key Number | Pass Number | Name | Affiliation | Time In | Time Out |
|---|---|---|---|---|---|
| | 38 | Vasell | APPT | 1455 | |

**LOBBY POST**               PAGE 5 OF ____

LOG SHEET

UNITED STATES SECRET SERVICE
1800 G Street, N.W.

Date: WED 17 MAZ 2006    1ST Floor Post

| Key Number | Pass Number | Name | Affiliation | Time In | Time Out |
|---|---|---|---|---|---|
| | 15 | Pizzella | VIS. | 1428 | |

LOBBY POST    PAGE 4 OF ___