UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES SECRET SERVICE,<br><br>    Defendant. | CIVIL ACTION NO. 06-310 (RCL) |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | CIVIL ACTION NO. 06-883 (RCL) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) and a settlement agreement between the parties, Plaintiff Citizens for Responsibility and Ethics in Washington and Defendant U.S. Department of Homeland Security hereby stipulate to the dismissal of Civil Action No. 06-883 with prejudice.

Dated: February 19, 2009

Respectfully submitted,

/s/ Anne L. Weismann
ANNE L. WEISMANN (DC Bar 298190)
MELANIE SLOAN (DC Bar 434584)

MICHAEL F. HERTZ
Acting Assistant Attorney General

| | |
|---|---|
| Citizens for Responsibility and Ethics in Washington<br>1400 I Street, N.W., Suite 450<br>Washington, DC 20005<br>Tel: (202) 408-5565<br>Fax: (202) 588-5020<br>aweismann@citizensforethics.org<br><br>Counsel for Plaintiff | JEFFREY A. TAYLOR<br>United States Attorney<br><br>JOHN R. TYLER (DC Bar 297713)<br>Assistant Branch Director<br><br>/s/ Brad P. Rosenberg<br>Brad P. Rosenberg (DC Bar 467513)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Tel: (202) 514-3374<br>Fax: (202) 616-8460<br>brad.rosenberg@usdoj.gov<br><br>Mailing Address:<br>Post Office Box 883<br>Washington, D.C. 20044<br><br>Courier Address:<br>20 Massachusetts Ave., N.W.<br>Washington, D.C. 20001<br><br>Counsel for Defendants |

IT IS SO ORDERED.

Dated this ___ day of February, 2009.

BY THE COURT:

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE